**JENNER & BLOCK LLP**
David R. Singer (Cal. Bar No. 204699)
dsinger@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA  90071-2054
Phone:         (213) 239-5100
Facsimile:    (213) 239-5199

**JENNER & BLOCK LLP**
Andrew H. Bart (applying *pro hac vice*)
abart@jenner.com
Jacob L. Tracer (applying *pro hac vice*)
jtracer@jenner.com
919 Third Avenue, 39th Floor
New York, NY  10022-3908
Phone:         (212) 891-1600
Facsimile:    (212) 891-1699

Attorneys for Defendant
*The Trustees of Princeton University*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER 5D" d/b/a PLANNER 5D,<br><br>                        Plaintiff,<br><br>       v.<br><br>FACEBOOK, INC.; FACEBOOK TECHNOLOGIES, LLC; and THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>                        Defendants. | Case No. 3:19-cv-03132-WHO<br><br>The Honorable William H. Orrick<br><br>**DEFENDANT THE TRUSTEES OF PRINCETON UNIVERSITY'S RULE 7.1 STATEMENT**<br><br>Complaint Filed: June 5, 2019 |

PRINCETON UNIVERSITY'S RULE 7.1 STATEMENT

2921039.1

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant The Trustees of Princeton University ("Princeton") certifies that Princeton is a not-for-profit educational institution organized and existing under the laws of the State of New Jersey, that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated:  July 10, 2019 | JENNER & BLOCK LLP |
| | By: */s/  David R. Singer*<br>         David. R. Singer |
| | David R. Singer (Cal. Bar No. 204699)<br>dsinger@jenner.com<br>JENNER & BLOCK LLP<br>633 West 5th Street, Suite 3600<br>Los Angeles, CA  90071-2054<br>Phone:         (213) 239-5100<br>Facsimile:    (213) 239-5199 |
| | Andrew H. Bart (applying *pro hac vice*)<br>abart@jenner.com<br>Jacob L. Tracer (applying *pro hac vice*)<br>jtracer@jenner.com<br>JENNER & BLOCK LLP<br>919 Third Avenue, 39th Floor<br>New York, NY  10022-3908<br>Phone:         (212) 891-1600<br>Facsimile:    (212) 891-1699 |
| | Attorneys for Defendant<br>*The Trustees of Princeton University* |