**JENNER & BLOCK LLP**
David R. Singer (Cal. Bar No. 204699)
dsinger@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA  90071-2054
Phone:         (213) 239-5100
Facsimile:     (213) 239-5199

**JENNER & BLOCK LLP**
Andrew H. Bart (applying *pro hac vice*)
abart@jenner.com
Jacob L. Tracer (applying *pro hac vice*)
jtracer@jenner.com
919 Third Avenue, 39th Floor
New York, NY  10022-3908
Phone:         (212) 891-1600
Facsimile:     (212) 891-1699

Attorneys for Defendant
*The Trustees of Princeton University*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER 5D" d/b/a PLANNER 5D,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.; FACEBOOK TECHNOLOGIES, LLC; and THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>Defendants. | Case No. 3:19-cv-03132-WHO<br><br>The Honorable William H. Orrick<br><br>**DEFENDANT THE TRUSTEES OF PRINCETON UNIVERSITY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Complaint Filed: June 5, 2019 |

Pursuant to Civil L.R. 3-15, the undersigned counsel of record for Defendant The Trustees of Princeton University certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 10, 2019

JENNER & BLOCK LLP

By: */s/ David R. Singer*
　　　David. R. Singer

David R. Singer (Cal. Bar No. 204699)
dsinger@jenner.com
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, CA  90071-2054
Phone:　　(213) 239-5100
Facsimile:　(213) 239-5199

Andrew H. Bart (applying *pro hac vice*)
abart@jenner.com
Jacob L. Tracer (applying *pro hac vice*)
jtracer@jenner.com
JENNER & BLOCK LLP
919 Third Avenue, 39th Floor
New York, NY  10022-3908
Phone:　　(212) 891-1600
Facsimile:　(212) 891-1699

Attorneys for Defendant
*The Trustees of Princeton University*