**JENNER & BLOCK LLP**
David R. Singer (Cal. Bar No. 204699)
dsinger@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Phone:       (213) 239-5100
Facsimile:    (213) 239-5199

**JENNER & BLOCK LLP**
Andrew H. Bart (*pro hac vice*)
abart@jenner.com
Jacob L. Tracer (*pro hac vice*)
jtracer@jenner.com
919 Third Avenue, 39th Floor
New York, NY 10022
Phone:       (212) 891-1600
Facsimile:    (212) 891-1699

Attorneys for Defendant
*The Trustees of Princeton University*

**KIRKLAND & ELLIS LLP**
Dale M. Cendali (Cal. Bar No. 1969070)
dale.cendali@kirkland.com
Johanna Schmitt (*pro hac vice*)
johanna.schmitt@kirkland.com
Ari E. Lipsitz (*pro hac vice*)
ari.lipsitz@kirkland.com
601 Lexington Avenue
New York, NY 10022
Phone:       (212) 446-4800
Facsimile:    (212) 446-4900

Attorneys for Defendants
*Facebook Inc. and Facebook Technologies, LLC*

**THE BUSINESS LITIGATION GROUP PC**
Marc N. Bernstein (Cal. Bar No. 145837)
mbernstein@blgrp.com
Will B. Fitton (Cal. Bar No. 182818)
wfitton@blgrp.com
150 Spear Street, Suite 800
San Francisco, CA 94105
Phone:       (415) 765-6634
Facsimile:    (415) 283-4804

Attorneys for Plaintiff
*UAB "Planner5D" d/b/a Planner 5D*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER5D" d/b/a PLANNER 5D,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK INC.; FACEBOOK TECHNOLOGIES, LLC; THE TRUSTEES OF PRINCETON UNIVERSITY; *et al.*;<br><br>Defendants. | Case Nos. 3:19-cv-03132-WHO & 3:20-cv-2198-WHO<br><br>The Honorable William H. Orrick<br><br>**STIPULATION AND ORDER EXTENDING TIME TO AMEND COPYRIGHT CLAIMS AND ANSWER TRADE SECRET CLAIMS**<br><br>Complaint filed: June 5, 2019<br>First Amended Complaint filed: December 6, 2019<br>Copyright Complaint filed: March 31, 2020 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## JOINT STIPULATION

Pursuant to Civil L.R. 6-2 and 7-12, it is hereby stipulated by and among Plaintiff UAB "Planner5D" d/b/a Planner 5D ("Plaintiff"), Defendants Facebook Inc. and Facebook Technologies, LLC (together, "Facebook"), and Defendant The Trustees of Princeton University ("Princeton," and together with Facebook, "Defendants"), through their respective attorneys, that:

WHEREAS, Plaintiff filed its Complaint in this action on June 5, 2019, alleging claims of copyright infringement (the "Copyright Claims") and misappropriation of trade secrets (the "Trade Secrets Claims") (ECF No. 1)[1];

WHEREAS, Princeton and Facebook each filed a motion to dismiss the Complaint (ECF Nos. 31 & 33);

WHEREAS, the Court issued an Order on November 21, 2019 granting Defendants' motions to dismiss the Trade Secrets Claims with leave to amend and to dismiss the Copyright Claims with leave either to register the alleged copyrights at issue in the Copyright Claims with the United States Copyright Office (the "Copyright Office") or to amend with allegations showing that the alleged works are exempt from the copyright registration requirement (ECF No. 52);

WHEREAS, Plaintiff filed a First Amended Complaint on December 6, 2019, amending its pleading with regard to its Trade Secrets Claims (ECF No. 53);

WHEREAS, Plaintiff filed a Notice on December 6, 2019, informing the Court that it intended to register its alleged copyrights with the Copyright Office before reasserting its Copyright Claims (ECF No. 54);

WHEREAS, Plaintiff instituted a new action on March 31, 2020 (bearing the docket number 3:20-cv-02198) that reasserted its Copyright Claims (the "Copyright Complaint") (3:20-cv-02198 ECF No. 1);

WHEREAS, the Court issued an Order on April 8, 2020 consolidating the two actions filed by Plaintiff (ECF No. 64);

WHEREAS, Princeton and Facebook each filed a motion to dismiss the First Amended Complaint

---

[1] Unless otherwise noted, all docket entries refer to the docket for the first action filed by Planner 5D, No. 3:19-cv-03132.

and the Copyright Complaint (ECF Nos. 68 & 69);

WHEREAS, the Court issued an Order on July 24, 2020 denying Defendants' motions to dismiss the First Amended Complaint and granting Defendants' motions to dismiss the Copyright Complaint (ECF No. 90). With regard to the Copyright Complaint, the Court dismissed Plaintiff's infringement claim related to its alleged "Object Compilation" with prejudice and otherwise granted Plaintiff 30 days to amend its Copyright Claims;

WHEREAS, pursuant to Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, Defendants must answer the First Amended Complaint on or before August 7, 2020;

WHEREAS, Plaintiff believes that it requires an additional 30 days to amend its Copyright Claims;

WHEREAS, Plaintiff and Defendants have met and conferred, and agree that this action will proceed most efficiently if Defendants answer the Trade Secrets Claims at the same time that they respond to Plaintiff's amended Copyright Claims;

WHEREAS, Plaintiff and Defendants agree that, subject to the approval of the Court, Plaintiff may take until September 23, 2020 to amend its Copyright Claims and Defendants may take until October 14, 2020 to respond to any such amendment and to answer the First Amended Complaint; and

WHEREAS, the foregoing schedule will not affect any other scheduling deadline set by the Court in this action.

NOW, THEREFORE, IT IS STIPULATED AND AGREED THAT, subject to the approval of the Court, Plaintiff's time to amend its Copyright Claims shall be reset to September 23, 2020 and Defendants' time to respond to any such amendment and to answer the First Amended Complaint shall be reset to October 14, 2020.

1     Dated:  August 7, 2020               JENNER & BLOCK LLP

2

3                               By: /s/  Andrew H. Bart
                                ANDREW H. BART (PRO HAC VICE)

4                               Attorneys for Defendant
                              The Trustees of Princeton University

5

6     Dated:  August 7, 2020               KIRKLAND & ELLIS LLP

7

8                               By: /s/  Dale M. Cendali
                                DALE M. CENDALI (CAL. BAR NO. 1969070)

9

10                               Attorneys for Defendants
                              Facebook Inc. and Facebook Technologies, LLC

11     Dated:  August 7, 2020               THE BUSINESS LITIGATION GROUP PC

12

13                               By: /s/  Marc N. Bernstein
                                MARC N. BERNSTEIN (CAL. BAR NO. 145837)

14

15                               Attorneys for Plaintiff
                              UAB "Planner5D" d/b/a Planner 5D

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

PURUSANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT:

1.  The time by which Plaintiff may amend its Copyright Claims shall be reset to September 23, 2020; and

2.  The time by which Defendants must respond to any amendment of Plaintiff's Copyright Claims and answer the First Amended Complaint shall be reset to October 14, 2020.

IT IS SO ORDERED.

Dated: ___August 10____, 2020



The Honorable William H. Orrick
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>ATTESTATION</u>**

I, Andrew H. Bart, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time to Amend Copyright Claims and Answer Trade Secret Claims.  In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from all signatories.

Dated:  August 7, 2020                                          By: */s/ Andrew H. Bart*_____
                                                                                      Andrew H. Bart (*pro hac vice*)