**THE BUSINESS LITIGATION GROUP, P.C.**
MARC N. BERNSTEIN (SBN 145837)
mbernstein@blgrp.com
WILL B. FITTON (SBN 182818)
wfitton@blgrp.com
150 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: 415.765.6633
Facsimile: 415.283.4804

Attorneys for Plaintiff
UAB "PLANNER5D" d/b/a Planner 5D

**JENNER & BLOCK LLP**
DAVID R. SINGER (Cal. Bar No. 204699)
dsinger@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Phone: (213) 239-5100
Facsimile: (213) 239-5199

**JENNER & BLOCK LLP**
ANDREW H. BART (pro hac vice)
abart@jenner.com
JACOB L. TRACER (pro hac vice)
jtracer@jenner.com
919 Third Avenue, 39th Floor
New York, NY 10022
Phone: (212) 891-1600
Facsimile: (212) 891-1699

Attorneys for Defendant
The Trustees of Princeton University

**KIRKLAND & ELLIS LLP**
DALE M. CENDALI (Cal. Bar No. 1969070)
dale.cendali@kirkland.com
JOHANNA SCHMITT (pro hac vice)
johanna.schmitt@kirkland.com
ARI LIPSITZ (pro hac vice)
ari.lipsitz@kirkland.com
601 Lexington Avenue
New York, NY 10022
Phone: (212) 446-4800
Facsimile: (212) 446-4900

Attorneys for Defendants
Facebook Inc. and Facebook Technologies, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER5D" dba PLANNER 5D,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK INC., FACEBOOK TECHNOLOGIES, LLC, THE TRUSTEES OF PRINCETON UNIVERSITY, DOES 1-200, ABC CORPORATIONS 1-20, and XYZ UNIVERSITIES 1-20.<br><br>Defendants. | **Case Nos. 3:19-cv-03132-WHO & 3:20-cv-02198-WHO**<br><br>The Honorable William H. Orrick<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO AMEND COPYRIGHT CLAIMS AND ANSWER TRADE SECRET CLAIMS** |

Under Civil L.R. 6-2 and 7-12, Plaintiff UAB "Planner5D" d/b/a Planner 5D ("Planner 5D"), Defendants Facebook Inc. and Facebook Technologies, LLC (together, "Facebook"), and Defendant The Trustees of Princeton University ("Princeton," and together with Facebook, "Defendants"), through their respective attorneys, submit the following stipulation and proposed order.

## JOINT STIPULATION

WHEREAS, Planner 5D filed its Complaint in this action on June 5, 2019, alleging claims of copyright infringement (the "Copyright Claims") and misappropriation of trade secrets (the "Trade Secret Claims") (ECF No. 1);

WHEREAS, Princeton and Facebook each filed a motion to dismiss the Complaint (ECF Nos. 31 & 33);

WHEREAS, the Court issued an Order on November 21, 2019 granting Defendants' motions to dismiss the Trade Secret Claims with leave to amend and dismiss the Copyright Claims with leave either to register the alleged copyrights at issue in the Copyright Claims with the United States Copyright Office (the "Copyright Office") or to amend the allegations showing that the alleged works are exempt from the copyright registration requirement (ECF No. 52);

WHEREAS, Planner 5D filed a First Amended Complaint on December 6, 2019, amending its pleading with regard to its Trade Secrets Claims (ECF No. 53);

WHEREAS, Planner 5D filed a Notice on December 6, 2019, informing the Court that it intended to register its alleged copyrights with the Copyright Office before reasserting its Copyright Claims (ECF No. 54);

WHEREAS, Planner 5D instituted a new action on March 31, 2020 (bearing the docket number 3:20-cv-02198) that reasserted its Copyright Claims (the "Copyright Complaint") (3:20-cv-02198 ECF No. 1);

WHEREAS, the Court issued an Order on April 8, 2020 consolidating the two actions filed by Planner 5D (ECF No. 64);

|   |   |
|---|---|
| 1 | WHEREAS, Princeton and Facebook each filed a motion to dismiss the First Amended Complaint and the Copyright Complaint (ECF Nos. 68 & 69); |
| 3 | WHEREAS, on July 24, 2020, the Court issued an Order denying Defendants' motions to dismiss Planner 5D's Trade Secret Claims, and granting Defendants' motions to dismiss Planner 5D's Copyright Claims. (ECF No. 90.)  With respect to the Copyright Claims, the Court granted Planner 5D 30 days, until August 23, 2020, to amend other than its alleged object compilation claim, which was dismissed with prejudice. (*Id.* at 16:21–17:1.)  It gave Planner 5D this time to file new copyright applications. (*Id.* at 8:1–9.) |

 1  WHEREAS, Princeton and Facebook each filed a motion to dismiss the First
 2  Amended Complaint and the Copyright Complaint (ECF Nos. 68 & 69);
 3  WHEREAS, on July 24, 2020, the Court issued an Order denying Defendants'
 4  motions to dismiss Planner 5D's Trade Secret Claims, and granting Defendants'
 5  motions to dismiss Planner 5D's Copyright Claims. (ECF No. 90.)  With respect to the
 6  Copyright Claims, the Court granted Planner 5D 30 days, until August 23, 2020, to
 7  amend other than its alleged object compilation claim, which was dismissed with
 8  prejudice. (*Id.* at 16:21–17:1.)  It gave Planner 5D this time to file new copyright
 9  applications. (*Id.* at 8:1–9.)
10  WHEREAS, the Court subsequently granted the parties' stipulated request to
11  extend Planner 5D's amendment deadline as to the Copyright Claims by 30 days,
12  until September 23, 2020, with Defendants' response to all claims due October 14,
13  2020. (ECF No. 92.)
14  WHEREAS, Planner 5D represents as follows: In preparing its new
15  applications, Planner 5D contacted the U.S. Copyright Office for guidance.
16  (Bernstein Decl. ¶ 12.)  Because the materials to be submitted for registration
17  constituted a subset of the materials submitted in Planner 5D's earlier applications
18  (namely, the subset of materials completed by early 2016), and because, under
19  Copyright Office rules, previously-registered works may not be granted a second
20  registration, Planner 5D sought guidance from the Copyright Office about how best
21  to submit its new registrations.  (*Id.*)  The Copyright Office suggested Planner 5D
22  submit a note with its new applications explaining their relationship to the previous
23  ones.  (*Id.* at ¶ 13.)  The Copyright Office also inquired whether Planner 5D could
24  seek an additional 30 days for its amendment, until October 23, to give the Office
25  adequate time to consider how best to respond to Planner 5D's novel circumstances.
26  (*Id.*)  Planner 5D has submitted its new copyright applications with a request that
27  they be handled on an expedited basis, along with an explanatory note as requested
28

1  by the Copyright Office, and continues to work with the Copyright Office to resolve
2  the issues presented by these circumstances. (*Id.* at ¶ 14.)
3        WHEREAS, the parties have met and conferred, and agree to extend Planner
4  5D's time to amend its Copyright Claims until October 23, 2020;
5        WHEREAS, the parties agree that Defendants may take until November 13, to
6  respond to any such amendment and to answer the First Amended Complaint; and
7        WHEREAS, the foregoing schedule will not affect any other scheduled date or
8  deadline set by the Court in this action.
9        NOW, THEREFORE, IT IS STIPULATED AND AGREED THAT, subject to the
10 approval of the Court, Planner 5D's deadline to amend its Copyright Claims shall be
11 reset to October 23, 2020, and that Defendants' time to respond to any such
12 amendment and to answer the First Amended Complaint shall be reset to November
13 13, 2020.

| | | |
|---|---|---|
| 1 | DATED: September 23, 2020 | THE BUSINESS LITIGATION GROUP, P.C. |
| 2 | | By:     /s/*Marc N. Bernstein* |
| 3 | | Marc N. Bernstein |
| 4 | | Attorneys for Plaintiff |
| 5 | | PLANNER 5D |
| 6 | DATED: September 23, 2020 | JENNER & BLOCK LLP |
| 7 | | |
| 8 | | By:     /s/*Andrew H. Bart* |
| 9 | | Andrew H. Bart |
| 10 | | Attorneys for Defendant |
| 11 | | THE TRUSTEE OF PRINCETON UNIVERSITY |
| 12 | | |
| 13 | DATED: September 23, 2020 | KIRKLAND & ELLIS LLP |
| 14 | | By:     /s/*Dale M. Cendali* |
| 15 | | Dale M. Cendali |
| 16 | | Attorneys for Defendants |
| 17 | | FACEBOOK INC. AND FACEBOOK TECHNOLOGIES LLC |

4

Stipulation                                                                                              Case No. 3:19-cv-03132-WHO

# ATTESTATION

I, Marc N. Bernstein, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order to Extend Time to Amend Copyright Claims and Answer Trade Secret Claims. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from all signatories.

DATED:  September 23, 2020		By:	___/s/*Marc N. Bernstein*___
						Marc N. Bernstein

1

Stipulation                                                                                         Case No. 3:19-cv-03132-WHO

# [PROPOSED] ORDER

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT:

1. The time by which Plaintiff may amend its Copyright Claims shall be reset to October 23, 2020; and

2. The time by which Defendants must respond to any amendment of Plaintiff's Copyright Claims and answer the First Amended Complaint shall be reset to November 13, 2020.

DATED:  SEPTEMBER 24, 2020

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE