**THE BUSINESS LITIGATION GROUP, P.C.**
MARC N. BERNSTEIN (SBN 145837)
mbernstein@blgrp.com
WILL B. FITTON (SBN 182818)
wfitton@blgrp.com
150 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: 415.765.6633
Facsimile: 415.283.4804

Attorneys for Plaintiff
UAB "PLANNER5D" d/b/a Planner 5D

**JENNER & BLOCK LLP**
DAVID R. SINGER (Cal. Bar No. 204699)
dsinger@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Phone: (213) 239-5100
Facsimile: (213) 239-5199

**JENNER & BLOCK LLP**
ANDREW H. BART (pro hac vice)
abart@jenner.com
JACOB L. TRACER (pro hac vice)
jtracer@jenner.com
919 Third Avenue, 39th Floor
New York, NY 10022
Phone: (212) 891-1600
Facsimile: (212) 891-1699

Attorneys for Defendant
The Trustees of Princeton University

**KIRKLAND & ELLIS LLP**
DALE M. CENDALI (Cal. Bar No. 1969070)
dale.cendali@kirkland.com
JOHANNA SCHMITT (pro hac vice)
johanna.schmitt@kirkland.com
ARI LIPSITZ (pro hac vice)
ari.lipsitz@kirkland.com
601 Lexington Avenue
New York, NY 10022
Phone: (212) 446-4800
Facsimile: (212) 446-4900
Attorneys for Defendants
Facebook Inc. and Facebook Technologies, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER5D" dba PLANNER 5D,<br><br>Plaintiff,<br>v.<br><br>FACEBOOK INC., FACEBOOK TECHNOLOGIES, LLC, THE TRUSTEES OF PRINCETON UNIVERSITY, DOES 1-200, ABC CORPORATIONS 1-20, and XYZ UNIVERSITIES 1-20.<br><br>Defendants. | **Case Nos. 3:19-cv-03132-WHO & 3:20-cv-02198-WHO**<br><br>The Honorable William H. Orrick<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO AMEND COPYRIGHT CLAIMS AND ANSWER TRADE SECRET CLAIMS** |

1  Under Civil L.R. 6-2 and 7-12, Plaintiff UAB "Planner5D" d/b/a Planner 5D ("Planner 5D"), Defendants Facebook Inc. and Facebook Technologies, LLC (together, "Facebook"), and Defendant The Trustees of Princeton University ("Princeton," and together with Facebook, "Defendants"), through their respective attorneys, submit the following stipulation and proposed order.

As Planner 5D explains more fully below in its representations, the Copyright Office has responded to Planner 5D's newly-filed copyright applications with guidance and directions for refiling portions of its applications, and Planner 5Dis currently working with the Copyright Office to complete the registration process. Because this process will require further time to complete, Planner 5D seeks, and all parties have stipulated to a request for, an additional 30 days to file its renewed copyright claims.

## JOINT STIPULATION

WHEREAS, Planner 5D filed its Complaint in this action on June 5, 2019, alleging claims of copyright infringement (the "Copyright Claims") and misappropriation of trade secrets (the "Trade Secret Claims") (ECF No. 1);

WHEREAS, Princeton and Facebook each filed a motion to dismiss the Complaint (ECF Nos. 31 & 33);

WHEREAS, the Court issued an Order on November 21, 2019 granting Defendants' motions to dismiss the Trade Secret Claims with leave to amend and dismiss the Copyright Claims with leave either to register the alleged copyrights at issue in the Copyright Claims with the United States Copyright Office (the "Copyright Office") or to amend the allegations showing that the alleged works are exempt from the copyright registration requirement (ECF No. 52);

WHEREAS, Planner 5D filed a First Amended Complaint on December 6, 2019, amending its pleading with regard to its Trade Secrets Claims (ECF No. 53);

1        WHEREAS, Planner 5D filed a Notice on December 6, 2019, informing the Court that it intended to register its alleged copyrights with the Copyright Office before reasserting its Copyright Claims (ECF No. 54);

       WHEREAS, Planner 5D instituted a new action on March 31, 2020 (bearing the docket number 3:20-cv-02198) that reasserted its Copyright Claims (the "Copyright Complaint") (3:20-cv-02198 ECF No. 1);

       WHEREAS, the Court issued an Order on April 8, 2020 consolidating the two actions filed by Planner 5D (ECF No. 64);

       WHEREAS, Princeton and Facebook each filed a motion to dismiss the First Amended Complaint and the Copyright Complaint (ECF Nos. 68 & 69);

       WHEREAS, on July 24, 2020, the Court issued an Order denying Defendants' motions to dismiss Planner 5D's Trade Secret Claims, and granting Defendants' motions to dismiss Planner 5D's Copyright Claims. (ECF No. 90.)  With respect to the Copyright Claims, the Court granted Planner 5D 30 days, until August 23, 2020, to amend other than its alleged object compilation claim, which was dismissed with prejudice. (*Id.* at 16:21–17:1.)  It gave Planner 5D this time to file new copyright applications. (*Id.* at 8:1–9.)

       WHEREAS, the Court granted the parties' stipulated request to extend Planner 5D's amendment deadline as to the Copyright Claims by 30 days, until September 23, 2020, with Defendants' response to all claims due October 14, 2020. (ECF No. 92.)

       WHEREAS, upon Planner 5D's representations that the Copyright Office had not reached a conclusion regarding the new copyright applications by the September 23, 2020 amendment deadline, the parties submitted a stipulated request to further extend Planner 5D's amendment deadline as to the Copyright Claims by another 30 days, until October 23, 2020, with Defendants' response to all claims due November 13, 2020, which was granted by the Court. (ECF No. 94.)

1    WHEREAS, Planner 5D represents as follows: Just before Planner 5D's September 23, 2020 deadline for filing its amended Copyright Claims, the Copyright Office issued refusals of each of Planner 5D's new copyright applications, one for objects and one for scenes. Planner 5D set about filing its amended Copyright Claims in this case on the basis of this refusal, as provided in 17 U.S.C. § 411(a). (Bernstein Decl. ¶ 13.) But shortly thereafter, the Copyright Office sent Planner 5D's counsel a letter effectively withdrawing, or at least suspending, its previous refusals, stating that it had decided to allow Planner 5D to amend its applications. (*Id.* ¶ 13.) The Copyright Office subsequently sent another letter with further instructions and guidance on how Planner 5D could amend its applications. (*Id.*) Planner 5D is currently engaged with the Copyright Office regarding the guidance in its letter, addressing open questions about the Office's recommendations. (*Id.* ¶ 15.) Planner 5D is hopeful that these issues will be resolved soon. But it does not expect resolution by its October 23, 2020 amendment deadline. (*Id.*)

WHEREAS, the parties have met and conferred, and agree to extend Planner 5D's time to amend its Copyright Claims until November 23, 2020;

WHEREAS, the parties agree that Defendants may take until December 21, 2020 to respond to any such amendment and to answer the First Amended Complaint, Planner 5D will have until January 18, 2021 to oppose any motion filed by Defendants on or before that date, and Defendants will have until February 1, 2021 to file any reply in further support of any motion so filed; and

WHEREAS, the foregoing schedule will not affect any other scheduled date or deadline set by the Court in this action.

NOW, THEREFORE, IT IS STIPULATED AND AGREED THAT, subject to the approval of the Court, Planner 5D's deadline to amend its Copyright Claims shall be reset to November 23, 2020, and that Defendants' time to respond to any such amendment and to answer the First Amended Complaint shall be reset to December 21, 2020, and that Planner 5D's time to respond to any motion filed by Defendants

on or before that date will be reset to January 18, 2021, and that Defendants' time to file any reply in further support of any motion so filed will be reset to February 1, 2021.

DATED: October 23, 2020          THE BUSINESS LITIGATION GROUP, P.C.

By:      /s/*Marc N. Bernstein*
                Marc N. Bernstein

Attorneys for Plaintiff
PLANNER 5D

DATED: October 23, 2020          JENNER & BLOCK LLP

By:      /s/*Andrew H. Bart*
                Andrew H. Bart

Attorneys for Defendant
THE TRUSTEE OF PRINCETON UNIVERSITY

DATED: October 23, 2020          KIRKLAND & ELLIS LLP

By:      /s/*Dale M. Cendali*
                Dale M. Cendali

Attorneys for Defendants
FACEBOOK INC. AND FACEBOOK TECHNOLOGIES LLC

## ATTESTATION

I, Marc N. Bernstein, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order to Extend Time to Amend Copyright Claims and Answer Trade Secret Claims. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from all signatories.

DATED:  October 23, 2020         By:      /s/*Marc N. Bernstein*  
                                              Marc N. Bernstein

# [PROPOSED] ORDER

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT:

1. The time by which Plaintiff may amend its Copyright Claims shall be reset to November 23, 2020;

2. The time by which Defendants must respond to any amendment of Plaintiff's Copyright Claims and answer the First Amended Complaint shall be reset to December 21, 2020;

3. The time by which Plaintiff must respond to any motion filed by Defendants on or before December 21, 2020 shall be reset to January 18, 2021; and

4. The time by which Defendants may file any reply in further support of any motion so filed shall be reset to February 1, 2021.

DATED: _____ , 2020

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE