MARC N. BERNSTEIN (SBN 145837)
mbernstein@blgrp.com
WILL B. FITTON (SBN 182818)
wfitton@blgrp.com
THE BUSINESS LITIGATION GROUP, P.C.
150 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: 415.765.6633
Facsimile: 415.283.4804

Attorneys for Plaintiff
UAB "PLANNER5D"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER5D" dba PLANNER 5D,<br><br>Plaintiff,<br>v.<br><br>FACEBOOK INC., FACEBOOK TECHNOLOGIES, LLC, THE TRUSTEES OF PRINCETON UNIVERSITY, DOES 1-200, ABC CORPORATIONS 1-20, and XYZ UNIVERSITIES 1-20.<br><br>Defendants. | Case No.  3:19-cv-03132-WHO<br>Case No.  3:20-cv-02198-WHO<br><br>**DECLARATION OF MARC N. BERNSTEIN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO AMEND COPYRIGHT CLAIMS AND ANSWER TRADE SECRET CLAIMS** |

I, Marc N. Bernstein, state and declare as follows:

1. I am counsel for Plaintiff UAB "Planner 5D" in the above-captioned action. Under Civil Local Rule 6-2(a), I submit this declaration in support of the parties' concurrently-filed Stipulation and [Proposed] Order to Extend Time to Amend Copyright Claims and Answer Trade Secret Claims. Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would so testify.

2. Planner 5D filed its Complaint in this action on June 5, 2019, alleging claims of copyright infringement (the "Copyright Claims") and misappropriation of trade secrets (the "Trade Secret Claims") (ECF No. 1).

3. Princeton and Facebook each filed a motion to dismiss the Complaint (ECF Nos. 31 & 33).

4. The Court issued an Order on November 21, 2019 granting Defendants' motions to dismiss the Trade Secret Claims with leave to amend and dismiss the Copyright Claims with leave either to register the alleged copyrights at issue in the Copyright Claims with the United States Copyright Office (the "Copyright Office") or to amend the allegations showing that the alleged works are exempt from the copyright registration requirement (ECF No. 52).

5. Planner 5D filed a First Amended Complaint on December 6, 2019, amending its pleading with regard to its Trade Secrets Claims (ECF No. 53).

6. Planner 5D filed a Notice on December 6, 2019, informing the Court that it intended to register its alleged copyrights with the Copyright Office before reasserting its Copyright Claims (ECF No. 54).

7. Planner 5D instituted a new action on March 31, 2020 (bearing the docket number 3:20-cv-02198) that reasserted its Copyright Claims (the "Copyright Complaint") (3:20-cv-02198 ECF No. 1).

8. The Court issued an Order on April 8, 2020 consolidating the two actions filed by Planner 5D (ECF No. 64).

9. Princeton and Facebook each filed a motion to dismiss the First Amended Complaint and the Copyright Complaint (ECF Nos. 68 & 69).

10. On July 24, 2020, the Court issued an Order denying Defendants' motions to dismiss Planner 5D's Trade Secret Claims, and granting Defendants' motions to dismiss Planner 5D's Copyright Claims. (ECF No. 90.) With respect to the Copyright Claims, the Court granted Planner 5D 30 days, until August 23, 2020, to amend other than its alleged object compilation claim, which was dismissed with prejudice. (*Id.* at 16:21–17:1.) It gave Planner 5D this time to file new copyright applications. (*Id.* at 8:1–9.)

11. The Court subsequently granted the parties' stipulated request to extend Planner 5D's amendment deadline as to the Copyright Claims by 30 days, until September 23, 2020, with Defendants' response to all claims due October 14, 2020. (ECF No. 92.)

12. Upon Planner 5D's representations that it had submitted expedited copyright applications to the United States Copyright Office, and that it and the Copyright Office continued to work together to resolve issues presented by the applications, the parties submitted a stipulated request to further extend Planner 5D's amendment deadline as to the Copyright Claims by another 30 days, until October 23, 2020, with Defendants' response to all claims due November 13, 2020, which was granted by the Court. (ECF No. 94.)

13. Just before Planner 5D's September 23, 2020 deadline for filing its amended Copyright Claims, the Copyright Office had issued refusals of each of Planner 5D's new copyright applications, one for objects and one for scenes. Planner 5D had, accordingly, set about re-filing its copyright claims in this case on the basis of this refusal, as provided in 17 U.S.C. section 411(a).

14. But shortly thereafter, the Copyright Office sent Planner 5D counsel a letter effectively withdrawing, or at least suspending, its previous refusals, stating that it had decided to allow Planner 5D to amend its applications. The Copyright

Office subsequently sent another letter with further instructions and guidance on how Planner 5D could amend its applications.

15. Planner 5D is currently engaged with the Copyright Office regarding the guidance in its letter, addressing open questions about the Office's recommendations. Planner 5D is hopeful that these issues will be resolved soon. But it does not expect resolution by its October 23, 2020 amendment deadline.

16. The parties have met and conferred, and agree to extend Planner 5D's time to amend its Copyright Claims until November 23, 2020; that Defendants may take until December 21, 2020 to respond to any such amendment and to answer the First Amended Complaint; that Planner 5D will have until January 18, 2021 to oppose any motion filed by Defendants on or before that date; and that Defendants will have until February 1, 2021 to file any reply in further support of any motion so filed.

17. The foregoing schedule will not affect any other scheduled date or deadline set by the Court in this action.

18. Listed below are the previous time modifications in this action:
    a. Extensions of the deadlines for Defendants to respond to claims and associated briefing schedules (ECF Nos. 30, 56, 62, 82, 92, & 94);
    b. Rescheduling of the Initial Case Management Conference (ECF Nos. 35 & 87); and
    c. Extending Planner 5D's time to amend copyright claims and associated deadlines for Defendants to respond. (ECF No. 92 & 94).

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 23, 2020        By:    /s/*Marc N. Bernstein*  
                                             Marc N. Bernstein