MARC N. BERNSTEIN (SBN 145837)
mbernstein@blgrp.com
WILL B. FITTON (SBN 182818)
wfitton@blgrp.com
**THE BUSINESS LITIGATION GROUP,
P.C.**
150 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: 415.765.6633
Facsimile: 415.283.4804

Attorneys for Plaintiff
UAB "PLANNER5D"

**JENNER & BLOCK LLP**
DAVID R. SINGER (Cal. Bar No. 204699)
dsinger@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Phone: (213) 239-5100
Facsimile: (213) 239-5199

**JENNER & BLOCK LLP**
ANDREW H. BART (pro hac vice)
abart@jenner.com
JACOB L. TRACER (pro hac vice)
jtracer@jenner.com
919 Third Avenue, 39th Floor
New York, NY 10022
Phone: (212) 891-1600
Facsimile: (212) 891-1699

Attorneys for Defendant
The Trustees of Princeton University

**KIRKLAND & ELLIS LLP**
DALE M. CENDALI (Cal. Bar No. 1969070)
dale.cendali@kirkland.com
JOHANNA SCHMITT (pro hac vice)
johanna.schmitt@kirkland.com
ARI LIPSITZ (pro hac vice)
ari.lipsitz@kirkland.com
601 Lexington Avenue
New York, NY 10022
Phone: (212) 446-4800
Facsimile: (212) 446-4900
Attorneys for Defendants
Facebook Inc. and Facebook Technologies,
LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER5D" dba PLANNER 5D,<br><br>Plaintiff,<br>v.<br><br>FACEBOOK INC., FACEBOOK TECHNOLOGIES, LLC, THE TRUSTEES OF PRINCETON UNIVERSITY, DOES 1-200, ABC CORPORATIONS 1-20, and XYZ UNIVERSITIES 1-20.<br><br>Defendants. | **Case No. 3:19-cv-03132-WHO**<br>**Case No. 3:20-cv-08261-WHO**<br><br>JOINT STIPULATION TO CONSOLIDATE MATTERS FOR ALL PURPOSES AND SET CASE SCHEDULE AND ORDER |

Under Federal Rule of Civil Procedure 42(a) and Civil L.R. 6-2 and 7-12 Plaintiff UAB "Planner5D" d/b/a Planner 5D, Defendants Facebook Inc. and Facebook Technologies, LLC (together, "Facebook"), and Defendant The Trustees of Princeton University ("Princeton," and together with Facebook, "Defendants"), through their respective attorneys, submit the following stipulation and proposed order.

RECITALS

WHEREAS, on June 5, 2019, Planner 5D filed an action alleging claims of copyright infringement (the "Copyright Claims") and misappropriation of trade secrets (the "Trade Secret Claims") in Case No. 3:19-cv-03132-WHO (the "2019 Action") (2019 ECF No. 1);

WHEREAS, Princeton and Facebook each filed a motion to dismiss the 2019 Action (2019 ECF Nos. 31 & 33);

WHEREAS, the Court issued an Order on November 21, 2019 granting Defendants' motions to dismiss the Trade Secret Claims with leave to amend and dismiss the Copyright Claims with leave either to register the alleged copyrights at issue in the Copyright Claims with the United States Copyright Office (the "Copyright Office") or to amend the allegations showing that the alleged works are exempt from the copyright registration requirement (2019 ECF No. 52);

WHEREAS, Planner 5D filed a First Amended Complaint on December 6, 2019, amending its pleading with regard to its Trade Secrets Claims (2019 ECF No. 53);

WHEREAS, Planner 5D filed a Notice on December 6, 2019, informing the Court that it intended to register its alleged copyrights with the Copyright Office before reasserting its Copyright Claims (2019 ECF No. 54);

WHEREAS the Court issued an Order (the "Procedural Order") on March 5, 2020, ruling that Planner 5D can litigate its Trade Secrets Claims in the 2019 Action

1

1    and may assert its Copyright Claims "in a new lawsuit, which would then be related

2    to, and consolidated with, the trade secret claims still pending in this lawsuit" (2019

3    ECF No. 59);

4            WHEREAS, Planner 5D instituted a new action on March 31, 2020 (bearing the

5    docket number 3:20-cv-02198-WHO) that reasserted its Copyright Claims (the

6    "March 2020 Copyright Action") (3:20-cv-02198 ECF No. 1);

7            WHEREAS, the Court issued an Order on April 8, 2020 consolidating the two

8    actions filed by Planner 5D (the "Consolidation Order") (2019 ECF No. 64);

9            WHEREAS, Princeton and Facebook each filed a motion to dismiss the First

10   Amended Complaint and the March 2020 Copyright Action (2019 ECF Nos. 68 & 69);

11           WHEREAS, on July 24, 2020, the Court issued an Order denying Defendants'

12   motions to dismiss Planner 5D's Trade Secret Claims, but granting Defendants'

13   motions to dismiss Planner 5D's Copyright Claims. (2019 ECF No. 90.) With respect

14   to the Copyright Claims, the Court granted Planner 5D leave to amend to file new

15   copyright applications, other than for its alleged object compilation claim, which was

16   dismissed with prejudice. (*Id.* at 8:1-9; 16:21–17:1.);

17           WHEREAS, Planner 5D instituted a new action on November 23, 2020

18   (bearing the docket number 3:20-cv-08261-WHO) that reasserted its Copyright

19   Claims (the "November 2020 Copyright Action") (3:20-cv-08261 ECF No. 1);

20           WHEREAS, Planner 5D has filed concurrently with this Joint Stipulation a

21   Stipulated Administrative Motion to Relate the 2019 Action and the November 2020

22   Copyright Action;

23           WHEREAS the parties have met and conferred, and agree, consistent with the

24   Court's prior Procedural Order and Consolidation Order, that the 2019 Action and

25   the November 2020 Copyright Action meet the requirements for consolidation under

26   Federal Rule of Civil Procedure 42(a) and that the matters will proceed most

27   efficiently if they are consolidated for all purposes; and

28

Joint Stipulation & [Proposed] Order          Case Nos. 3:19-cv-03132-WHO/3:20-cv-08261-WHO

WHEREAS the parties have met and conferred, and agree to the following schedule for responding to the actions and holding the initial Case Management Conference, to sequence filing events and accommodate schedules:

- Defendants' Deadline to Respond, which will be by Answer, to the Trade Secret Claims: December 21, 2020.
- Defendants' Deadline to Respond to the Copyright Claims: January 19, 2021.
- Planner 5D's Deadline for Opposing any Motions filed on January 19, 2021: February 17, 2021.
- Defendants' Deadline for Replying to any Planner 5D Oppositions: March 3, 2021.
- Hearing Date for any Motion filed January 19, 2021: March 17, 2021.
- If no Motion is filed January 19, 2021, the initial Case Management Conference will remain as currently set on March 2, 2021.
- If a Motion is filed January 19, 2021, the initial Case Management Conference will be rescheduled to April 27, 2021, with a statement due on April 20, 2021.

IT IS HEREBY STIPULATED by all parties that the 2019 Action should be consolidated with the November 2020 Copyright Action for all purposes, and the parties hereby request the Court enter an order consolidating the two matters for all purposes. Further, the parties agree to the following case schedule and hereby request the Court adopt it:

- Defendants' Deadline to Respond, which will be by Answer, to the Trade Secret Claims: December 21, 2020.
- Defendants' Deadline to Respond to the Copyright Claims: January 19, 2021.
- Planner 5D's Deadline for Opposing any Motions filed on January 19, 2021: February 17, 2021.
- Defendants' Deadline for Replying to any Planner 5D Oppositions: March 3, 2021.
- Hearing Date for any Motion filed January 19, 2021: March 17, 2021.

- If no Motion is filed January 19, 2021, the initial Case Management Conference will remain as currently set on March 2, 2021.
- If a Motion is filed January 19, 2021, the initial Case Management Conference will be rescheduled to April 27, 2021, with a statement due on April 20, 2021.

RESPECTFULLY SUBMITTED,

DATED:  December 10, 2020                    THE BUSINESS LITIGATION GROUP, P.C.


                                            By:      /s/Will B. Fitton
                                                        Will B. Fitton


                                            Attorneys for Plaintiff
                                            PLANNER 5D

DATED:  December 10, 2020                    JENNER & BLOCK LLP

                                            By:      /s/Andrew H. Bart
                                                        Andrew H. Bart

                                            Attorneys for Defendant
                                            THE TRUSTEE OF PRINCETON
                                            UNIVERSITY

DATED:  December 10, 2020                    KIRKLAND & ELLIS LLP

                                            By:      /s/Dale M. Cendali
                                                        Dale M. Cendali

                                            Attorneys for Defendants
                                            FACEBOOK INC. AND FACEBOOK
                                            TECHNOLOGIES LLC

1

**ATTESTATION**

2       I, Will B. Fitton, am the ECF user whose ID and password are being used to

3   file this Joint Stipulation & [Proposed] Order. In compliance with Local Rule 5-1(i)(3),

4   I hereby attest that concurrence in the filing of this document has been obtained from

5   all signatories.

6

7   DATED:  December 10, 2020              By:       /s/Will B. Fitton

8                                                    Will B. Fitton

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ORDER

2

3        PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS

4  ORDERED THAT:

5        1.   *UAB "Planner5D" dba Planner 5D v. Facebook Inc.*, Case No. 3:20-cv-

6             08261-WHO and *UAB "Planner5D" dba Planner 5D v. Facebook Inc.*, Case

7             No. 3:19-cv-03132-WHO are consolidated for all purposes.

8        2.   Defendants' deadline to respond, which will be by Answer, to the

9             Trade Secret Claims shall remain December 21, 2020.

10       3.   Defendants' deadline to respond to the Copyright Claims shall be set

11            for January 19, 2021.

12       4.   Planner 5D's deadline for opposing any motions filed on January 19,

13            2021 shall be set for February 17, 2021.

14       5.   Defendants' deadline for replying to any Planner 5D opposition shall

15            be set for March 3, 2021.

16       6.   The hearing date for any motion filed on January 19, 2021 shall be set

17            for March 17, 2021.

18       7.   If no motion is filed on January 19, 2021, the initial Case Management

19            Conference will remain as currently set on March 2, 2021.

20       8.   If a motion is filed January 19, 2021, the parties are directed to file

21            promptly a joint administrative motion, referencing this order, to

22            reschedule the initial Case Management Conference to April 27, 2021,

23            with a statement due on April 20, 2021.

24  DATED:  DECEMBER 14, 2020        _____

25                                  THE HONORABLE WILLIAM H. ORRICK
                                    UNITED STATES DISTRICT JUDGE

26

27

28

1