**JENNER & BLOCK LLP**
David R. Singer (Cal. Bar No. 204699)
dsinger@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Phone:	(213) 239-5100
Facsimile:	(213) 239-5199

**JENNER & BLOCK LLP**
Andrew H. Bart (*pro hac vice*)
abart@jenner.com
Jacob L. Tracer (*pro hac vice*)
jtracer@jenner.com
919 Third Avenue, 39th Floor
New York, NY 10022
Phone:	(212) 891-1600
Facsimile:	(212) 891-1699

Attorneys for Defendant
*The Trustees of Princeton University*

**KIRKLAND & ELLIS LLP**
Dale M. Cendali (Cal. Bar No. 1969070)
dale.cendali@kirkland.com
Johanna Schmitt (*pro hac vice*)
johanna.schmitt@kirkland.com
Ari E. Lipsitz (*pro hac vice*)
ari.lipsitz@kirkland.com
601 Lexington Avenue
New York, NY 10022
Phone:	(212) 446-4800
Facsimile:	(212) 446-4900

Attorneys for Defendants
*Facebook Inc. and Facebook Technologies, LLC*

**THE BUSINESS LITIGATION GROUP PC**
Marc N. Bernstein (Cal. Bar No. 145837)
mbernstein@blgrp.com
Will B. Fitton (Cal. Bar No. 182818)
wfitton@blgrp.com
150 Spear Street, Suite 800
San Francisco, CA 94105
Phone:	(415) 765-6634
Facsimile:	(415) 283-4804

Attorneys for Plaintiff
*UAB "Planner5D" d/b/a Planner 5D*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER5D" d/b/a PLANNER 5D,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK INC.; FACEBOOK TECHNOLOGIES, LLC; THE TRUSTEES OF PRINCETON UNIVERSITY; *et al.*;<br><br>　　　　　Defendants. | Case No. 3:19-cv-03132-WHO<br>Case No. 3:20-cv-02198-WHO<br>Case No. 3:20-cv-08261-WHO<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COPYRIGHT COMPLAINT**<br><br>This Document Relates To:<br>Case No. 3:20-cv-08261-WHO<br><br>Complaint filed: November 23, 2020 |

STIPULATION

## JOINT STIPULATION

Pursuant to Civil L.R. 6-2 and 7-12, it is hereby stipulated by and among Plaintiff UAB "Planner5D" d/b/a Planner 5D ("Plaintiff"), Defendants Facebook Inc. and Facebook Technologies, LLC (together, "Facebook"), and Defendant The Trustees of Princeton University ("Princeton," and together with Facebook, "Defendants"), through their respective attorneys, that:

WHEREAS, Defendants currently must respond to the Complaint for Copyright Infringement (the "Copyright Complaint") filed by Plaintiff on November 23, 2020 in Case No. 3:20-cv-08261 on or before January 19, 2021 (ECF No. 100);

WHERAS, Plaintiff and Defendants met and conferred and agree that, subject to the approval of the Court, Defendants may have two additional weeks to respond to the Copyright Complaint (*i.e.*, until February 2, 2021) as a professional courtesy;

WHEREAS, Plaintiff and Defendants further agree that, subject to the approval of the Court, the following dates in this action should be extended for two weeks and the following schedule should apply:

- Defendants shall move to dismiss the Copyright Complaint on or before February 2, 2021;
- Plaintiff shall oppose Defendants' motions to dismiss the Copyright Complaint on or before March 3, 2021;
- Defendants shall file any reply submissions in support of their motions to dismiss on or before March 17, 2021;
- Defendants' motions to dismiss shall be set for hearing on March 31, 2021;
- The parties shall file a joint case management statement on or before May 4, 2021; and
- The initial case management conference shall be held on May 11, 2021; and

WHEREAS, there are no other deadlines set by the Court in this action that will be affected by the foregoing schedule.

NOW, THEREFORE, IT IS STIPULATED AND AGREED THAT, subject to the approval of the Court:

- Defendants shall move to dismiss the Copyright Complaint on or before February 2, 2021;
- Plaintiff shall oppose Defendants' motions to dismiss the Copyright Complaint on or before

March 3, 2021;

- Defendants shall file any reply submissions in support of their motions to dismiss on or before March 17, 2021;
- Defendants' motions to dismiss shall be set for hearing on March 31, 2021;
- The parties shall file a joint case management statement on or before May 4, 2021; and
- The initial case management conference shall be held on May 11, 2021.

Dated:  January 15, 2021  JENNER & BLOCK LLP


By: /s/  *Andrew H. Bart*
   ANDREW H. BART (PRO HAC VICE)

Attorneys for Defendant
The Trustees of Princeton University

Dated:  January 15, 2021  KIRKLAND & ELLIS LLP


By: /s/  *Dale M. Cendali*
   DALE M. CENDALI (CAL. BAR NO. 1969070)


Attorneys for Defendants
Facebook Inc. and Facebook Technologies, LLC

Dated:  January 15, 2021  THE BUSINESS LITIGATION GROUP PC


By: /s/  *Marc N. Bernstein*
   MARC N. BERNSTEIN (CAL. BAR NO. 145837)


Attorneys for Plaintiff
UAB "Planner5D" d/b/a Planner 5D

# **ORDER**

PURUSANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT:

1. Defendants shall move to dismiss the Copyright Complaint on or before February 2, 2021;
2. Plaintiff shall oppose Defendants' motions to dismiss the Copyright Complaint on or before March 3, 2021;
3. Defendants shall file any reply submissions in support of their motions to dismiss on or before March 17, 2021;
4. Defendants' motions to dismiss shall be set for hearing on March 31, 2021;
5. The parties shall file a joint case management statement on or before May 4, 2021; and
6. The initial case management conference shall be held on May 11, 2021

IT IS SO ORDERED.

Dated: __January 19__, 2021



The Honorable William H. Orrick
United States District Judge

## ATTESTATION

I, Andrew H. Bart, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time to Respond to Copyright Complaint. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from all signatories.

Dated: January 15, 2021                                  By: /s/ *Andrew H. Bart*_____
                                                              Andrew H. Bart (*pro hac vice*)