MARC N. BERNSTEIN (SBN 145837)
mbernstein@blgrp.com
WILL B. FITTON (SBN 182818)
wfitton@blgrp.com
THE BUSINESS LITIGATION GROUP, P.C.
150 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: 415.765.6633
Facsimile: 415.283.4804

Attorneys for Plaintiff
UAB "PLANNER5D"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER5D" dba PLANNER 5D,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK INC.,<br>FACEBOOK TECHNOLOGIES, LLC, THE TRUSTEES OF PRINCETON UNIVERSITY, DOES 1-200, ABC CORPORATIONS 1-20, and XYZ UNIVERSITIES 1-20.<br><br>Defendants. | **Case No. 3:19-cv-03132-WHO**<br>**Case No. 3:20-cv-02198-WHO**<br>**Case No. 3:20-cv-08261-WHO**<br><br>**DECLARATION OF MARC N. BERNSTEIN IN OPPOSITION TO THE DISMISSAL MOTION OF THE TRUSTEES OF PRINCETON UNIVERSITY, FACEBOOK INC., AND FACEBOOK TECHNOLOGIES, LLC**<br><br>Judge: Honorable William H. Orrick<br>Courtroom: 2, Seventeenth Floor<br>Hearing Date: March 31, 2021<br>Hearing Time: 2:00 p.m. |

1

**MNB Decl. ISO Opp. to Defendants' MTD**                                   **Case No. 3:19-cv-03132-WHO**

I, Marc N. Bernstein, declare as follows:

1. I am a principal of The Business Litigation Group, P.C. I make this declaration based on personal knowledge except where otherwise indicated, and, if called as a witness, could and would testify about it.

2. On January 4, 2021, counsel for Princeton called me to ask whether Planner 5D intended to seek reconsideration in the Copyright Office of that Office's registration refusals. I confirmed in that call, and again in response to further defense inquires on the same question over the next week and a half, that Planner 5D did plan to seek reconsideration.

3. On February 16, 2021, Planner 5D timely submitted to the Copyright Office a Request for Reconsideration of its refusals to register the two works at issue in this matter.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on March 3, 2021.

/s/ *Marc N. Bernstein*
Marc N. Bernstein

1

**MNB Decl. ISO Opp. to Defendants' MTD**    Case No. 3:19-cv-03132-WHO