MARC N. BERNSTEIN (SBN 145837)
mbernstein@blgrp.com
WILL B. FITTON (SBN 182818)
wfitton@blgrp.com
THE BUSINESS LITIGATION GROUP, P.C.
150 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: 415.765.6633
Facsimile: 415.283.4804

Attorneys for Plaintiff
UAB "PLANNER5D"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER5D" dba PLANNER 5D,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK INC.,<br>FACEBOOK TECHNOLOGIES, LLC, THE TRUSTEES OF PRINCETON UNIVERSITY, DOES 1-200, ABC CORPORATIONS 1-20, and XYZ UNIVERSITIES 1-20.<br><br>Defendants. | **Case No. 3:19-cv-03132-WHO**<br>**Case No. 3:20-cv-02198-WHO**<br>**Case No. 3:20-cv-08261-WHO**<br><br>**DECLARATION OF NATALIA ERMAKOVA IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>Judge:  Honorable William H. Orrick<br>Courtroom:  2, Seventeenth Floor<br>Hearing Date:  March 31, 2021<br>Hearing Time:  2:00 p.m. |

I, Natalia Ermakova, declare as follows:

1. I am employed as a paralegal by Shades of Gray Law Group, P.C. I make this declaration based on personal knowledge except where otherwise indicated.

2. Exhibit A is a true and correct copy of a chart I created calculating the time it took the Copyright Office to process and issue decisions on first and second requests for reconsideration of registration denials ("First Requests" and "Second Requests"). To reflect the most recent processing times, the chart captures decisions on Second Requests ("Second Request Decisions") issued since June 1, 2020.

3. I prepared this chart based on publicly available information in the Copyright Office's online database of Review Board Opinions at https://www.copyright.gov/rulings-filings/review-board/, which I consulted on February 22 and 23, 2021. For each Office decision, the spreadsheet shows: the date of the Copyright Office's initial refusal of registration; the date the applicant filed its First Request; the date the Copyright Office ruled on the First Request; the date the applicant filed its Second Request; and the date the Copyright Office issued its Second Request Decision. I included data relating to all Second Request Decisions issued between June 1, 2020 and February 22, 2021, with three exceptions where the decisions did not provide the date the applicant filed its First Request. Exhibit A accurately reflects the dates I collected from the Copyright Office's Review Board Opinions online database.

4. The sixth column of the chart reflects the number of months from each applicant's First Request to the Copyright Office's Second Request Decision. I calculated this number by determining the number of days between the filing of the First Request and the Second Request Decision and dividing by 30.5, the approximate average number of days in a month. I also calculated the average number of months it took from First Request to the Second Request Decision by summing the numbers in the sixth column of the spreadsheet and dividing by the total number of Second Request Decisions.

**Ermakova Decl.**                                                                  **Case No. 3:19-cv-03132-WHO**

5. I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on March 3, 2021 in Reno, Nevada.

                                        */s/ Natalia Ermakova*
                                        Natalia Ermakova

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with Civil Local Rule 5-3-(i)(3), I attest the concurrence in the filing of this document has been obtained from Natalia Ermakova.

DATED:  March 3, 2021              THE BUSINESS LITIGATION GROUP, P.C.

                                        By:     /s/*Marc N. Bernstein*
                                                          Marc N. Bernstein

                                          Attorneys for Plaintiff
                                          UAB "PLANNER5D"