# Exh. A

## Processing Times for Copyright Office Reconsideration Decisions

| Initial Refusal to Register Date | First Request for Reconsideration Date | Refusal of First Request for Reconsideration Date | Second Request for Reconsideration Date | Second Request for Reconsideration Decision Date | Number of Months from First Request to Second Request Decision[1] | Links to Decision |
|---|---|---|---|---|---|---|
| August 26, 2019 | November 25, 2019 | April 23, 2020 | July 22, 2020 | January 26, 2021 | 14 | Zoe Ambigram |
| March 7, 2019 | June 6, 2019 | October 25, 2019 | January 21, 2020 | January 19, 2021 | 19 | Core Kitchen[2] |
| August 30, 2019 | November 29, 2019 | April 15, 2020 | June 29, 2020 | December 14, 2020 | 12 | T Logo |
| April 9, 2019<br>April 11, 2019<br>June 20, 2019<br>August 12, 2019 | July 8, 2019<br>July 10, 2019<br>September 9, 2019<br>November 7, 2019 | December 18, 2019 | December 18, 2019 | December 14, 2020 | 13[3] | ABCD 1-8 |
| March 27, 2019 | May 13, 2019 | August 27, 2019 | November 21, 2019 | December 14, 2020 | 19 | Artistic Features of Fast XP & Fast SF Helmets |
| October 26, 2018<br>October 19, 2018 | January 15, 2019 | May 21, 2019 | August 19, 2029 | November 17, 2020 | 22 | Barrio Build Your Tacos Menu |
| April 10, 2019 | May 15, 2019 | August 28, 2019 | October 15, 2019 | October 27, 2020 | 17 | Kitchen Helper Children's Stool |
| February 21, 2019 | May 2, 2019 | August 27, 2019 | November 25, 2019 | October 20, 2020 | 18 | Air Mesh Tanks |
| May 14, 2019 | July 8, 2019 | October 23, 2019 | November 21, 2019 | October 20, 2020 | 15 | D Series |
| March 20, 2019 | May 29, 2019 | August 26, 2019 | November 25, 2019 | October 20, 2020 | 17 | Colony Family Offices Logo |
| August 23, 2018 | November 15, 2018 | May 8, 2019 | August 1, 2019 | August 7, 2020 | 21 | Laurel Leaf Bracelet |
| April 11, 2019 | May 7, 2019 | August 27, 2019 | November 27, 2019 | September 3, 2020 | 16 | Sidestroke |
| March 27, 2019 | May 17, 2019 | August 26, 2019 | November 15, 2019 | August 13, 2020 | 15 | Iconic Drop |
| May 31, 2018 | August 31, 2018 | March 6, 2019 | May 4, 2019 | August 12, 2020 | 23 | Cooperstown Vodka |
| June 17, 2019 | August 16, 2019 | November 8, 2019 | February 7, 2020 | August 7, 2020 | 12 | Socorro Chandelier |
| August 23, 2018 | November 15, 2018 | May 8, 2019 | August 1, 2019 | August 7, 2020 | 21 | Equilibrium et al |
| January 11, 2019 | February 12, 2019 | June 20, 2019 | September 5, 2019 | June 26, 2020 | 16 | Pillow Sculpture |
| September 13, 2018 | December 11, 2018 | April 12, 2019 | July 12, 2019 | June 25, 2020 | 18 | TRIO Wall Sconce |
| November 29, 2018 | February 11, 2019 | June 19, 2019 | September 18, 2019 | June 25, 2020 | 16 | Speedway Motors |
| December 12, 2018 | March 12, 2019 | July 1, 2019 | September 30, 2019 | June 24, 2020 | 15 | CFA Logo Design (2011) |
| March 18, 2019 | June 14, 2019 | September 20, 2019 | December 18, 2019 | June 23, 2020 | 12 | BlueMichiganMitten2 |
| October 24, 2018 | November 19, 2018 | April 9, 2019 | August 14, 2019 | June 22, 2020 | 19 | Hex Chest |
| November 9, 2018 | February 8, 2019 | June 19, 2019 | September 19, 2019 | June 15, 2020 | 16 | Palace |
| | | | | **Average Number of Months from First Request to Second Request Decision** | **17** | |

[1] Calculated based on the number of days from the First Request for Reconsideration to the decision on the Second Request for Reconsideration, divided by 30.5 (the approximate average number of days per month).

[2] N.B. The Second Request Decision letter is erroneously dated January 19, 2020. The Copyright Office database shows that the letter issued on January 19, 2021.

[3] Measured from date of latest-filed First Request for Reconsideration.