MARC N. BERNSTEIN (SBN 145837)
mbernstein@blgrp.com
WILL B. FITTON (SBN 182818)
wfitton@blgrp.com
THE BUSINESS LITIGATION GROUP, P.C.
150 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: 415.765.6633
Facsimile: 415.283.4804

Attorneys for Plaintiff
UAB "Planner5D"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER5D" dba PLANNER 5D,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK INC.,<br>FACEBOOK TECHNOLOGIES, LLC, THE TRUSTEES OF PRINCETON UNIVERSITY, DOES 1-200, ABC CORPORATIONS 1-20, and XYZ UNIVERSITIES 1-20.<br><br>Defendants. | Case No.  3:19-cv-03132-WHO<br>Case No.  3:20-cv-02198-WHO<br>Case No.  3:20-cv-08261-WHO<br><br>**PLANNER 5D'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS OPPOSITION TO MOTION TO DISMISS OF THE TRUSTEES OF PRINCETON UNIVERSITY, FACEBOOK INC., AND FACEBOOK TECHNOLOGIES, LLC**<br><br>Judge: Honorable William H. Orrick<br>Courtroom: 2, Seventeenth Floor<br>Hearing Date: March 31, 2021<br>Hearing Time: 2:00 p.m. |

|   |   |
|---|---|
| 1 | Plaintiff UAB "Planner5D" respectfully requests that the Court take judicial notice |
| 2 | under Federal Rule of Evidence 201 of the information contained in the chart attached as |
| 3 | Exhibit A to the Declaration of Natalia Ermakova. This exhibit contains dates and application |
| 4 | information that were collected from the Copyright Office's online database of Review Board |
| 5 | Opinions on the Office's website at (https://www.copyright.gov/rulings-filings/review- |
| 6 | board/). Planner 5D further requests that the Court take judicial notice of documents the |
| 7 | Copyright Office posts to its www.copyright.gov website that are cited in Planner 5D's |
| 8 | Opposition to the Defendants' Motion to Dismiss. |
| 9 | A court may take judicial notice of any fact "not subject to reasonable dispute because |
| 10 | it . . . can be accurately and readily determined from sources whose accuracy cannot |
| 11 | reasonably be questioned." Fed. R. Evid. 201(b). "Administrative agency records are subject |
| 12 | to judicial notice." *Marketquest Grp., Inc. v. BIC Corp.*, 316 F. Supp. 3d 1234, 1252 (S.D. |
| 13 | Cal. 2018) (citing *Interstate Nat. Gas Co. v. S. Cal. Gas Co.*, 209 F.2d 380, 385 (9th Cir. |
| 14 | 1953) and *United States v. 14.02 Acres*, 547 F.3d 943, 955 (9th Cir. 2008)). Similarly, a court |
| 15 | may take judicial notice of correspondence between a copyright applicant and the Copyright |
| 16 | Office regarding a pending application. *Blue Book Servs., Inc. v. Farm Journal, Inc.*, No. 18- |
| 17 | cv-07155, 2020 WL 419405, at *3 (N.D. Ill. Jan. 27, 2020) (taking judicial notice of |
| 18 | correspondence with Copyright Office regarding registrations); *Cole Asia Bus. Ctr., Inc. v.* |
| 19 | *Manning*, No. 12-cv-00956, 2013 WL 3070913, at *7 (C.D. Cal. June 18, 2013) (taking |
| 20 | judicial notice of an email receipt from Copyright Office of registration application); |
| 21 | *Kaseberg v. Conaco, LLC*, No. 15-cv-1637, 2018 WL 1782914, at *2 n.2 (S.D. Cal. Apr. 13, |
| 22 | 2018) (taking judicial notice of Copyright Office's letter reversing refusal to register |
| 23 | application). |
| 24 | Accordingly, the Court may take judicial notice of the dates and other information in |
| 25 | Exhibit A to the Ermakova Declaration, in that they are taken from administrative agency |
| 26 | records. Similarly, the Court may take judicial notice of the time frame computations made |
| 27 | using those dates, as they can be accurately and readily determined from sources whose |
| 28 | accuracy cannot reasonably be questioned. Finally, the Court may take judicial notice of the |

agency records on the Copyright Office's website that are cited by Planner 5D in its opposition papers.

RESPECTFULLY SUBMITTED,

DATED: March 3, 2021                    THE BUSINESS LITIGATION GROUP, P.C.

By:     /s/ *Marc N. Bernstein*
             Marc N. Bernstein

Attorneys for Plaintiff
UAB "PLANNER5D"