# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** April 7, 2021 | **Time:** 16 minutes 1:59 p.m. to 2:15 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case Nos.**: 19-cv-03132-WHO<br>20-cv-2198-WHO<br>20-cv-8261-WHO | **Case Name:** UAB "Planner5D" v. Facebook, Inc. | |

**Attorneys for Plaintiff:**  Marc N. Bernstein and Will Fitton
**Attorney for Defendant:**  Dale Cendali, Jacob Tracer, and Andy Bart

**Deputy Clerk:** Jean Davis          **Court Reporter:** JoAnn Bryce

## PROCEEDINGS

Hearing on motion to dismiss conducted via videoconference. The Court announces tentative. Argument of counsel heard. Motion taken under submission; written order to follow.