UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** May 11, 2021 | **Time:** 23 minutes 2:07 p.m. to 2:30 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 19-cv-03132-WHO | **Case Name:** UAB "Planner5D" v. Facebook, Inc. *(Member Cases 20-cv-2198-WHO and 20-cv-8261-WHO)* | |

**Attorneys for Plaintiff:**   Marc N. Bernstein and Will B. Fitton
**Attorneys for Defendant:**   Andrew Bart, Jacob Tracer, Dale Cendali and Johanna Schmitt

**Deputy Clerk:** Jean Davis               **Court Reporter:** JoAnn Bryce

PROCEEDINGS

Case Management Conference conducted via videoconference. Case schedule discussed and set.

The number of depositions necessary in the case is discussed; counsel should discuss this further when they have a better sense of who will need to be deposed.

Disclosure of trade secret information discussed.  Plaintiff should disclose with specificity the trade secret claims within 30 days (June 10, 2021).  If the specificity of the disclosure is insufficient for defendants, the parties should meet and confer in an attempt to resolve the issue before raising the matter with the Court.

Discussion of ADR deferred at least until the next conference.

**Further Case Management Conference set for November 16, 2021 at 2:00 p.m.**

**PRETRIAL SCHEDULE:**

| | |
|---|---|
| **Deadline to amend/add parties:** | **September 15, 2021** |
| **Fact discovery cutoff:** | **May 11, 2022** |
| **Expert disclosure:** | **June 23, 2022** |
| **Expert rebuttal:** | **July 29, 2022** |
| **Expert discovery cutoff:** | **September 2, 2022** |
| **Dispositive Motion filing:** | **October 3, 2022** |
| **Dispositive Motion Opposition:** | **November 2, 2020** |
| **Dispositive Motion Reply:** | **November 16, 2022** |
| **Dispositive Motions heard by:** | **December 7, 2022** |
| **Pretrial Conference:** | **February 27, 2023 at 2:00 p.m.** |

**Trial:** **March 27, 2023 at 8:30 a.m. by Jury**