1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UAB "PLANNER5D",

Plaintiff<< (s) >>,

v.

META PLATFORMS, Inc. et,

Defendant<< (s) >>.

Case No. 3:19-cv-03132

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

10  I, Michelle Six, an active member in good standing of the bar of
11  New York, hereby respectfully apply for admission to practice pro hac
12  vice in the Northern District of California representing: Meta Platforms & Facebook Tech in the
13  above-entitled action. My local co-counsel in this case is Ashley Littlefield, an
14  attorney who is a member of the bar of this Court in good standing and who maintains an office
15  within the State of California. Local co-counsel's bar number is: 281027.

16
17  601 Lexington Avenue, New York NY 10022
    MY ADDRESS OF RECORD

    555 California St, San Francisco CA 94104
    LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18  (212) 446-4800
    MY TELEPHONE # OF RECORD

    (415) 439-1400
    LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

19
20  michelle.six@kirkland.com
    MY EMAIL ADDRESS OF RECORD

    ashley.littlefield@kirkland.com
    LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21
22      I am an active member in good standing of a United States Court or of the highest court of
23  another State or the District of Columbia, as indicated above; my bar number is: 4304812.
24      A true and correct copy of a certificate of good standing or equivalent official document
25  from said bar is attached to this application.
26      I have been granted pro hac vice admission by the Court  1  times in the 12 months
27  preceding this application.
28

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/18/2021

Michelle Six
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michelle Six is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE