# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

| **Date:** 11/23/2021 | **Time:** 38 minutes 2:10 p.m. to 2:48 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 19-cv-03132-WHO | **Case Name:** UAB "Planner5D" v. Meta Platforms, Inc. | |

**Attorneys for Plaintiff:**   Marc N. Bernstein and Christian G. Andreu-von Euw

**Attorneys for Defendants:**   Dale Cendali, Johanna Schmitt, Michelle Six, Jacob Tracer and Andy Bart

**Deputy Clerk:** Jean Davis                    **Court Reporter:** Ana Dub

### PROCEEDINGS

Case Management Conference conducted via videoconference.  Three primary issues are discussed:

1. Argument is heard concerning the Joint Letter Brief Re: Protective Order (Dkt. No. 135). Meta seeks to restrict dissemination of its Protected Material outside the United States in light of the international scrutiny it is under; its internal documents have been the target of misuse and leaks, according to Meta, resulting in substantial reputational harm.  There is no case where this issue has been litigated to conclusion.  While the Court understands the basis of Meta's concern, that concern is outweighed by the burden the restriction would place on Planner 5D's ability to litigate this case.  Planner 5D lacks Meta's resources.  It needs to utilize its internal expertise to help counsel understand the complex technical issues involved in this case.  The Protective Order, ESI Order and Clawback Order all protect against Meta's concern; there is no allegation that either Planner 5D or its counsel have or would violate those Orders.  Meta's requested restriction is DENIED.

2. Plaintiff seeks expansion of the number of depositions it is allowed from 10 to 23.  After argument, the Court increases the number of allowed depositions to 12, without prejudice to increasing the number at a later date once enough discovery has occurred for the parties to have a reasonable meet and confer session and then present their views with sufficient information for the Court to address it.

3. The parties disagree about the timing of defendants' document production.  After argument, the Court adopts the defendants' proposal of a rolling production, beginning with a substantial production on December 17, 2021, with March 4, 2022 as the date for substantial completion of document production.

IT IS SO ORDERED.

**Further Case Management Conference set for March 1, 2022 at 2:00 p.m.**