MARC N. BERNSTEIN (SBN 145837)
mbernstein@blgrp.com
WILL B. FITTON (SBN 182818)
wfitton@blgrp.com
THE BUSINESS LITIGATION GROUP, P.C.
150 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: 415.765.6633
Facsimile: 415.283.4804

Attorneys for Plaintiff
UAB "PLANNER5D"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER5D" dba PLANNER 5D,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., FACEBOOK TECHNOLOGIES, LLC, THE TRUSTEES OF PRINCETON UNIVERSITY, DOES 1-200, ABC CORPORATIONS 1-20, and XYZ UNIVERSITIES 1-20.<br><br>Defendants. | **Case No. 3:19-cv-03132-WHO**<br>**Case No. 3:20-cv-02198-WHO**<br>**Case No. 3:20-cv-08261-WHO**<br><br>**DECLARATION OF WILL B. FITTON IN SUPPORT OF STIPULATED PROTECTIVE ORDER** |

1

I, Will B. Fitton, declare as follows:

1. I am counsel for Plaintiff UAB "Planner 5D" in this matter. I make this declaration to explain the justification for departures in the parties' Stipulated Protective Order (the "Proposed Order") from the Northern District's Model Protective Order, as required by Section 5 of the Court's Standing Order for Civil Case.

2. A redline version of the parties' Proposed Order compared with the model order is attached, as required by the Court's Standing Order.

3. Unless otherwise identified below, any changes proposed to the model order were intended to create clarity, ensure internal consistency, and/or correct typographical and other minor errors.

4. Section 2.2: The Proposed Order seeks to clarify that Confidential materials would include items that were not necessarily "trade secret or other confidential research, development, or commercial information," but could nonetheless cause harm if made generally known to the public.

5. Section 2.5: The Proposed Order seeks to modify the model order's definition of "Expert" because it is both too narrow and too broad. The Proposed Order extends the scope of this provision beyond just current and past "employees" of the parties to "self-employed independent contractors," adds time limits for "past" faculty members, students, graduate students, and post-doctoral researchers of Defendant Princeton's Computer Science Department, provides clarity and certainty to the "prospective" personnel prohibition, makes more concrete the "competitor" prohibition by listing specific companies, and also shortens the time limit for exclusion of past employees of those specific companies.

6. Section 2.6: The Proposed Order provides further clarification as to what materials merit the highest confidentiality designation, an issue that often arises in trade secret litigation.

7. Section 2.9: Planner 5D's Counsel of Record is a boutique litigation firm, and Planner 5D has consulted with other outside counsel with specific subject matter

1

Fitton Decl. ISO Stip. Protective Order                                    Case No. 3:19-cv-03132-WHO

expertise in prosecuting this lawsuit.  Planner 5D requested this provision to permit such counsel access to designated materials as necessary to advise Planner 5D.

8. Section 3: Meta has explained that it requested the inclusion of the additional language to this provision because of the significant scrutiny it receives, and the unsubstantiated press reports generated about it.

9. Section 4: The Proposed Order seeks to extend the duration of the Protective Order through cert. petitions to the U.S. Supreme Court.

10. Section 5.2 (a): The Proposed Order seeks to provide further clarity to confidentiality-designation procedures related to natively produced materials.

11. Section 5.2 (b): The Proposed Order seeks to provide more clarity to the transcript designation process.  Planner 5D requested, and Defendants agreed, to shorten the designation period from twenty-one days to seven business days from the receipt of the transcript to facilitate timely updates to the parties regarding deposition developments.

12. Section 5.3: Meta has explained that the proposed modifications to the model language provide more clarity around and protections for materials that were inadvertently not assigned a confidentiality designation.

13. Sections 6.2 & 6.3: The Proposed Order seeks to modify the model order to track the Court's discovery dispute resolution process in its Standing Order.

14. Sections 7.2 (b), 7.3 (b), & 7.4 (a)(1): Planner 5D requested that the Proposed Order provide a mechanism for Outside Counsel, not of Record, to access materials designated under the Protective Order.

15. Sections 7.2 (g)-(j) & 7.3 (h): The Proposed Order seeks to update the provisions of the model order to conform with current litigation practices, including the use of mock jurors and mediators.

16. Section 7.3 (c): The Proposed Order seeks to include a process by which Designated House Counsel, who have no involvement in competitive decision-making, can access Highly Confidential materials.

2

Fitton Decl. ISO Stip. Protective Order                                              Case No. 3:19-cv-03132-WHO

17. Sections 7.4 (a)(2) & (b): The Proposed Order provides for additional disclosures by potential experts to identify any potential conflicts.

18. Section 7.4(c): The Proposed Order modifies the model order consistent with the Court's Standing Order provisions regarding discovery dispute resolution.

19. Section 8: The Proposed Order seeks to eliminate common ambiguities in the model order patent prosecution bar language.

20. Section 9: The Proposed Order seeks to eliminate an ambiguity as to the scope of any agreement to permit production in response to a subpoena.

21. Deleted Section 13: The Proposed Order omits the privilege clawback provision because it is the subject of a separate stipulation and order, which the Court has entered.

22. Section 12.3: Meta sought the additional export control protections reflected in the proposed additional language.

23. Section 12.4: The Proposed Order conforms the model order language to this Court's Standing Order regarding filing under seal.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on December 17, 2021.

                                                ____/s/ *Will B. Fitton*____
                                                  Will B. Fitton