UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UAB &QUOT;PLANNER5D&QUOT;,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>Defendants. | Case No.  19-cv-03132-WHO   (SK)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY** |

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Sallie Kim for discovery.  The parties must comply with the Standing Order for Magistrate Judge Kim, which is available on the Court's website at http://www.cand.uscourts.gov/sk.

The Court has reviewed the discovery letter brief (Dkt no. 147) filed before the matter was referred to the undersigned and will rule on the dispute based on the existing submission.  Any future discovery disputes must be presented through a joint letter brief in compliance with the Court's Standing Order after the parties have meet and conferred.

Please contact the Courtroom Deputy Clerk Melinda Lock at (415) 522-4158 with any questions.

**IT IS SO ORDERED**.

Dated: March 8, 2022

SALLIE KIM
United States Magistrate Judge