1   MARC N. BERNSTEIN (SBN 145837)
    mbernstein@blgrp.com
2   WILL B. FITTON (SBN 182818)
    wfitton@blgrp.com
3   THE BUSINESS LITIGATION GROUP, P.C.
    150 Spear Street, Suite 800
4   San Francisco, CA 94105
    Telephone: 415.765.6633
5   Facsimile: 415.283.4804

6   Attorneys for Plaintiff
    UAB "PLANNER5D"

7

8

9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13

14   UAB "PLANNER5D" dba PLANNER 5D,          **Case No. 3:19-cv-03132-WHO (SK)**

15                       Plaintiff,

16          v.                                **ADMINISTRATIVE MOTION FOR
                                              CLARIFICATION OF ORDER**
17

18   META PLATFORMS, INC., FACEBOOK
     TECHNOLOGIES, LLC, THE TRUSTEES
19   OF PRINCETON UNIVERSITY, DOES 1-
     200, ABC CORPORATIONS 1-20, and XYZ
20   UNIVERSITIES 1-20.

21
                         Defendants.
22

23

24

25

26

27

28

---

**Admin Motion for Clarification**                    **Case No. 3:19-cv-03132-WHO (SK)**

1    Plaintiff UAB "Planner 5D" moves for clarification of the Court's May 3, 2022,

2  order (ECF No. 163) (the Order). Civil L. R. 7-11.

3    The Order holds that P5D's subpoena "*as currently drafted* is unduly burdensome

4  to Apple" (ECF No. 163 at 2:16 (emphasis added).) P5D seeks clarification whether the

5  Order permits P5D to serve a narrower subpoena, consistent with the Court's concerns

6  with third-party burden. P5D would like to serve a single-request subpoena seeking only

7  Apple's license for the Evermotion data, which Apple has already found (ECF No. 162 at

8  6:12 (the license "is available in Apple's central database"). The new request would *not*

9  seek the attendant purchase orders that underlay Apple's burden objection. (*See* ECF No.

10  162 at 6:12-17 (unlike the license, "purchase orders are not" in central database and

11  would require witness interviews and other searching).)

12    When P5D asked Apple about its understanding of the Order, it responded that it

13  "would object to Planner 5D serving a subpoena that seeks the same or similar

14  materials that are the subject of the Court's order." (Bernstein Decl. Ex. A at 1.) P5D

15  thus requests clarification that the Order does not prohibit a further subpoena to Apple

16  for a subset of materials covered by the original one.

17    Because of the 14-day deadline for seeking relief from the Order, P5D respectfully

18  requests expedited consideration of this request. *See* Fed. R. Civ. P. 72(a); Civil L.R. 72-2.

19  RESPECTFULLY SUBMITTED,

20

21  DATED: May 6, 2022                 THE BUSINESS LITIGATION GROUP, P.C.

22

23                                     By:      ___/s/*Marc N. Bernstein*___

24                                              Marc N. Bernstein

25                                     Attorneys for Plaintiff
                                       UAB "PLANNER5D"
26

27

28

**1**

**Administrative Motion for Clarification**                 **Case No. 3:19-cv-03132-WHO (SK)**