MARC N. BERNSTEIN (SBN 145837)
mbernstein@blgrp.com
WILL B. FITTON (SBN 182818)
wfitton@blgrp.com
THE BUSINESS LITIGATION GROUP, P.C.
150 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: 415.765.6633
Facsimile: 415.283.4804

Attorneys for Plaintiff
UAB "PLANNER5D"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER5D" dba PLANNER 5D,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>META PLATFORMS, INC., FACEBOOK TECHNOLOGIES, LLC, THE TRUSTEES OF PRINCETON UNIVERSITY, DOES 1-200, ABC CORPORATIONS 1-20, and XYZ UNIVERSITIES 1-20.<br><br>　　　　　　Defendants. | Case No. 3:19-cv-03132-WHO (SK)<br><br>**DECLARATION OF MARC N. BERNSTEIN ISO ADMINISTRATIVE MOTION FOR CLARIFICATION OF ORDER** |

I, Marc N. Bernstein, declare as follows:

1. I am a principal of The Business Litigation Group, P.C.

2. Exhibit A is a true and correct copy of an e-mail exchange on May 4 and 5, 2022, between me and Hannah Cannon of Walker Stevens Cannom LLP, attorneys for nonparty Apple Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 6, 2022.

                                            /s/ *Marc N. Bernstein*
                                            Marc N. Bernstein

1

**MNB Decl. ISO Admin Motion for Clarification**　　　　　　　　　　　　**Case No. 3:19-cv-03132-WHO (SK)**