# Exh. A

**From:** Hannah Cannom
**To:** Marc N. Bernstein; Bethany Stevens
**Cc:** Richard A. De Liberty; Amy Kashiwabara; Ethan Jacobs; Christian Andreu-von Euw
**Subject:** Re: [EXTERNAL] Re: Judge Kim"s Order
**Date:** Thursday, May 5, 2022 3:15:15 PM

Marc,

We would object to Planner 5D serving a subpoena that seeks the same or similar materials that are the subject of the Court's order. Notably, the Court found that the relevance of the information sought was "minimal at best" and, in discussing the burden to Apple the Court specifically referenced the work Apple would need to undertake to identify the POs issued pursuant to the Turbosquid license. Therefore, to the extent that the subpoena seeks to retread demands already made (even narrowed), Apple believes it would be improper.

Although the Court quashed the subpoena, we will reengage in our review of the documents related to Planner 5D and SUNCG now that the motion has been resolved and will provide you with a timeline of production once that review is complete.

Please let me know if you would like to discuss.

Best,
Hannah**Hannah Cannom**

**WSC LLP**
(213) 337-9972 | hcannom@wscllp.com

---

**From:** "Marc N. Bernstein" <mbernstein@blgrp.com>
**Date:** Wednesday, May 4, 2022 at 4:18 PM
**To:** Hannah Cannom <hcannom@wscllp.com>, bstevens <bstevens@wscllp.com>
**Cc:** "Richard A. De Liberty" <rdeliberty@blgrp.com>, Amy Kashiwabara <akashiwabara@blgrp.com>, Ethan Jacobs <ejacobs@blgrp.com>, Christian Andreu-von Euw <christian@blgrp.com>
**Subject:** RE: [EXTERNAL] Re: Judge Kim's Order

Hannah,

We are constrained by the court deadline for objecting to the order in the event it does not mean what we think it means – that it's without prejudice to P5D filing a new, narrower subpoena.

If you can commit to getting back to us by COB tomorrow, we'll hold off filing the clarification request for another day.  Otherwise, we'll need to file it tomorrow,

indicating whatever you tell us to about Apple's position.

Separately, there are the documents Apple agreed to gather and produce and that were therefore outside of the motion.

Can you at minimum confirm that that Apple intends to honor that separate agreement?

Or are you saying that Apple's compliance even with that separate agreement is now uncertain?

We look forward to your response.

Best,

Marc


(415) 533-7773 (mobile)

---

**From:** Hannah Cannom <hcannom@wscllp.com>
**Sent:** Wednesday, May 4, 2022 4:02 PM
**To:** Marc N. Bernstein <mbernstein@blgrp.com>; Bethany Stevens <bstevens@wscllp.com>
**Cc:** Richard A. De Liberty <rdeliberty@blgrp.com>; Amy Kashiwabara <akashiwabara@blgrp.com>; Ethan Jacobs <ejacobs@blgrp.com>; Christian Andreu-von Euw <christian@blgrp.com>
**Subject:** [EXTERNAL] Re: Judge Kim's Order


Marc,

We'll need a few days to digest the Court's order and discuss with our client. Can we set aside some time to discuss on Friday afternoon or early next week?

Best,

Hannah

---

**From:** "Marc N. Bernstein" <mbernstein@blgrp.com>
**Date:** Wednesday, May 4, 2022 at 2:15 PM
**To:** Hannah Cannom <hcannom@wscllp.com>, bstevens <bstevens@wscllp.com>
**Cc:** "Richard A. De Liberty" <rdeliberty@blgrp.com>, Amy Kashiwabara <akashiwabara@blgrp.com>, Ethan Jacobs <ejacobs@blgrp.com>, Christian Andreu-von Euw <christian@blgrp.com>
**Subject:** Judge Kim's Order

Hannah,

Now that the Court has ruled on P5D's motion to compel, could you update us on the e-mails that Apple agreed to produce separately from the motion, i.e., those relating to Planner 5D and the SUNCG dataset?

We know you have been collecting these emails for some time, and that your review was nearly done when we last spoke. We recognize that your review was likely interrupted by briefing the motion. But with that over, we wanted to confirm that Apple's production is forthcoming. Could you update us today on the status?

Also, the Court found the subpoena categories to be disproportionately burdensome "as currently drafted." (ECF No. 163 at 2:16–19.) We read this as allowing Planner 5D to serve another, more targeted subpoena.

Planner 5D thus plans to serve a new subpoena asking for the 2017 license with TurboSquid / Evermotion and corresponding purchase orders.

Do you agree that Judge Kim's order allows such a narrow subpoena? Of course, agreeing to this would not limit Apple's right to raise any other objections.

Please let us know as soon as possible whether we are on the same page. If not, we plan to file a motion for clarification with Judge Kim tomorrow.

Best,

Marc

(415) 533-7773 (mobile)