1  MARC N. BERNSTEIN (SBN 145837)
   mbernstein@blgrp.com
2  WILL B. FITTON (SBN 182818)
   wfitton@blgrp.com
3  THE BUSINESS LITIGATION GROUP, P.C.
   150 Spear Street, Suite 800
4  San Francisco, CA 94105
   Telephone: 415.765.6633
5  Facsimile: 415.283.4804

6  Attorneys for Plaintiff
   UAB "PLANNER5D"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UAB "PLANNER5D" dba PLANNER 5D, | Case No. 3:19-cv-03132-WHO (SK) |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER CLARIFYING ORDER ON JOINT DISCOVERY BRIEF |
| META PLATFORMS, INC., FACEBOOK TECHNOLOGIES, LLC, THE TRUSTEES OF PRINCETON UNIVERSITY, DOES 1-200, ABC CORPORATIONS 1-20, and XYZ UNIVERSITIES 1-20. | |
| Defendants. | |

1     Plaintiff UAB "Planner 5D" moves for clarification of the Court's May 3, 2022, order (ECF No. 163) (the Order) under Civil Local Rule 7-11.

    Good cause appearing,

    The motion is GRANTED.

    The Order does not prohibit Planner 5D from serving Apple with a new subpoena for a less burdensome subset of the materials sought in the original subpoena.

DATED:  May 6, 2022

_____
Hon. Sallie Kim
United States Magistrate Judge
Northern District of California