**JENNER & BLOCK LLP**
David R. Singer (Cal. Bar No. 204699)
dsinger@jenner.com
515 S. Flower Street, Suite 3300
Los Angeles, CA  90071
Phone:         (213) 239-5100
Facsimile:    (213) 239-5199

**JENNER & BLOCK LLP**
Andrew H. Bart (*pro hac vice*)
abart@jenner.com
Jacob L. Tracer (*pro hac vice*)
jtracer@jenner.com
1155 Avenue of the Americas
New York, NY  10036
Phone:         (212) 891-1600
Facsimile:    (212) 891-1699

Attorneys for Defendant
The Trustees of Princeton University

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER5D" d/b/a PLANNER 5D,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.; FACEBOOK TECHNOLOGIES, LLC; THE TRUSTEES OF PRINCETON UNIVERSITY; et al.,<br><br>Defendants. | Case No. 3:19-cv-03132-WHO (SK)<br>Case No. 3:20-cv-08261-WHO (SK)<br><br>**DECLARATION OF JACOB L. TRACER IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SET A FURTHER CASE MANAGEMENT CONFERENCE** |

I, Jacob L. Tracer, state and declare as follows:

1. I am a partner at Jenner & Block LLP and counsel for Defendant The Trustees of Princeton University ("Princeton") in the above-captioned action. Pursuant to Civil Local Rule 7-11, I submit this declaration in support of Defendants' concurrently-filed Administrative Motion to Set a Further Case Management Conference. This declaration is based on my personal knowledge, and I would so testify if called as a witness.

2. Attached as Exhibit A is a true and correct copy of an email thread among counsel for all parties to this action spanning from April 19, 2022 to May 12, 2022 addressing the proposed bifurcation of this proceeding. On May 11, 2022, counsel for Defendants Meta Platforms, Inc. and Facebook Technologies, LLC sought Plaintiff's consent to submitting a joint request to the Court to address this issue by scheduling a case management conference. On May 12, 2022, counsel for Plaintiff refused this request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2022                                By: /s/ Jacob L. Tracer
                                                            Jacob L. Tracer (*pro hac vice*)