1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER5D" d/b/a PLANNER 5D,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>META PLATFORMS, INC.; FACEBOOK TECHNOLOGIES, LLC; THE TRUSTEES OF PRINCETON UNIVERSITY; et al.,<br><br>　　　　　　　Defendants. | Case No. 3:19-cv-03132-WHO (SK)<br>Case No. 3:20-cv-08261-WHO (SK)<br><br>**[PROPOSED] ORDER GRANTING THE ADMINISTRATIVE MOTION BY DEFENDANTS TO SET A FURTHER CASE MANAGEMENT CONFERENCE** |

**[PROPOSED] ORDER**

Before the Court is the Administrative Motion by Defendants to Set a Further Case Management Conference in this action. For good cause, the Court hereby GRANTS the Administrative Motion and sets a further case management conference in this action on June 7, 2022. Pursuant to Local Civil Rule 16-10(d), the parties are directed to file a Joint Case Management Statement no fewer than seven (7) days before the conference.

IT IS SO ORDERED.

Dated: _____, 2022        By: _____
                                      The Honorable William H. Orrick
                                      United States District Judge