MARC N. BERNSTEIN (SBN 145837)
mbernstein@blgrp.com
WILL B. FITTON (SBN 182818)
wfitton@blgrp.com
CHRISTIAN G. ANDREU-VON EUW (SBN 265360)
christian@blgrp.com
THE BUSINESS LITIGATION GROUP, P.C.
150 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: 415.765.6633
Facsimile: 415.283.4804

Attorneys for Plaintiff
UAB "PLANNER5D"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UAB "PLANNER5D" dba PLANNER 5D, | Case No. 3:19-cv-03132-WHO (SK) |
|---|---|
| Plaintiff, | Case No. 3:20-cv-08261-WHO (SK) |
| v. | **PLANNER 5D'S RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO SET A FURTHER CASE MANAGEMENT CONFERENCE** |
| META PLATFORMS, INC., FACEBOOK TECHNOLOGIES, LLC, THE TRUSTEES OF PRINCETON UNIVERSITY, DOES 1-200, ABC CORPORATIONS 1-20, and XYZ UNIVERSITIES 1-20. | |
| Defendants. | |

Defendants plan in the future to seek a stay of Planner 5D's discovery on liability and damages and extend the case schedule by many months. Of course, Planner 5D will oppose this prejudicial change. By their administrative motion, Defendants seek to circumvent the usual noticed motion procedure for requests to be relieved from the obligations of the scheduling order, Civil L. R. 16-2(b), and thus deprive Planner 5D of a fair chance to fully respond. However Defendants style their consequential motion, Planner 5D asks to be afforded the ordinary two-week period to respond.

At the last case management conference, Defendants joined Planner 5D in asking the Court for a three-month extension of discovery and other case deadlines. The Court adopted the parties' proposal. Now, two months later, Defendants seek a stay of Planner 5D's discovery and other substantial changes. There is no reason why Defendants could not have made their proposal at that most recent conference, or at any point earlier. Nor do Defendants offer any justification for limiting Planner 5D's opportunity to review the specifics of Defendants' motion and prepare a thorough response.

Planner 5D is open to a further conference. But the process should be fair. Defendants should submit their motion to be relieved from discovery and their supporting evidence of good cause. Once they have done that, Planner 5D should be allowed the ordinary two weeks to respond. This give Planner 5D a reasonable opportunity to address Defendants' arguments and authorities, gather any necessary evidence, and present a well-researched and well-considered response.

To accommodate Defendants' hurry and Planner 5D's need to for a reasonable response period, Planner 5D proposed the following expedited briefing schedule to Defendants:

- May 18 – Defendants' motion
- June 1 – Planner 5D's opposition
- June 8 – Hearing

1  Defendants rejected this proposal, insisting on a case management conference format
2  without any briefing schedule or timeline.
3       Planner 5D's proposed schedule would allow Defendants' motion to be heard
4  on June 8, one day after Defendants' proposed conference, while still affording
5  Planner 5D a reasonable opportunity to respond.  If Defendants need more time to
6  formulate their proposal, each of these dates could be moved out one week.
7       Planner 5D asks the Court to adopt the briefing schedule Planner 5D has
8  proposed or another reasonable schedule.
9  RESPECTFULLY SUBMITTED,

11  DATED: May 16, 2022                THE BUSINESS LITIGATION GROUP, P.C.

13                                         By:     */s/Christian G. Andreu-Von Euw*
14                                                   Christian G. Andreu-Von Euw

15                                   Attorneys for Plaintiff
16                                   UAB "PLANNER5D"