UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UAB &QUOT;PLANNER5D&QUOT;,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>Defendants. | Case No. 19-cv-03132-WHO<br><br>**ORDER GRANTING MOTION REQUESTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 166 |

Having reviewed defendants' joint administrative motion to set a Case Management Conference to discuss the bifurcation of discovery, and good cause appearing, the motion is hereby GRANTED. *See* Dkt. No. 166. A Case Management Conference will allow for a more timely resolution of the request and a motion, briefing, and hearing is not required under Civil Local Rule 16-2(d).

The Case Management Conference is set for June 7, 2022. The parties' Joint Case Management Statement (which should outline their respective positions on the bifurcation of discovery) is due by May 31, 2022.

**IT IS SO ORDERED.**

Dated: May 19, 2022



William H. Orrick
United States District Judge