| Defendants' Proposal | | Current Case Schedule |
|---|---|---|
| Presumed Start Date For Defendants' "3-week" Intervals | 7-Jun | |
| Approximately three weeks to ensure Planner 5D has substantially completed its production of relevant documents; | 28-Jun | |
| Approximately three weeks to conduct two fact depositions of Planner 5D witnesses; | 19-Jul | 10-Aug |
| Approximately three weeks to prepare affirmative expert reports; | 9-Aug | 22-Sep |
| Approximately three weeks to prepare any rebuttal expert reports; | 30-Aug | 28-Oct |
| Approximately three weeks to complete expert depositions; and | 20-Sep | 2-Dec |
| Approximately three weeks to move for summary judgment. | 11-Oct | 8-Feb |