| | |
|---|---|
| 1 | JORDAN A. NELSON, State Bar No. 327915 |
| 2 | jordan.nelson@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation<br>650 Page Mill Road |
| 4 | Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300 |
| 5 | Facsimile: (650) 493-6811 |

*Attorneys for Non-Party Google LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER5D" d/b/a PLANNER 5D, | Case No. 3:19-CV-03132-WHO |
| Plaintiff, | **NOTICE OF APPEARANCE OF JORDAN A. NELSON FOR NON-PARTY GOOGLE LLC** |
| v. | |
| META PLATFORMS, INC. et al., | Judge: Hon. William H. Orrick |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Jordan A. Nelson (State Bar No. 327915) of Wilson Sonsini Goodrich & Rosati, P.C. hereby enters her appearance in the above-captioned matter as attorney of record on behalf of Non-Party Google LLC ("Google").  Google appears for the limited purpose of making a submission to the Court regarding the Parties' Stipulation and Proposed Order re Bifurcation and Case Schedule (Dkt. 178), which purports (at 2) to govern non-party discovery.

DATED:  June 21, 2022

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ Jordan A. Nelson
       Jordan A. Nelson

*Attorneys for Non-Party Google LLC*