

Wilson Sonsini Goodrich & Rosati
Professional Corporation

One Market Street, Suite 3300
San Francisco, California 94105-1126

O: 415.947.2000
F: 415.947.2099

JORDAN A. NELSON
Internet: jordan.nelson@wsgr.com
Direct dial:  415.947.2070

June 22, 2022

**Via eFile through USDC ECF**

The Honorable William H. Orrick
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 2, 17th Floor
San Francisco, CA 94102

Re:   UAB "PLANNER5D" d/b/a PLANNER 5D v. META PLATFORMS, INC., et al.
      USDC Case No. 3:19-cv-03132-WHO

Your Honor:

Non-Party Google, LLC ("Google") has been seeking common ground with Plaintiff UAB "Planner5D" ("Planner5D") regarding a highly burdensome subpoena it served on Google for purposes of supporting its damages claim in this case.

The Parties, Planner 5D and Meta Platforms, Inc. ("Meta"), have submitted a stipulation tabling the damages issue in their case (and consequently staying inter-party discovery on damages) pending the outcome of summary judgment motions to spare them "the extensive damages discovery sought by Planner 5D," which "may well be entirely unnecessary" if Planner 5D's claims do not survive summary judgment. Admin. Mot. to Set Further CMC (Dkt. 166) at 1; Stipulation (Dkt. 178). But this stipulation expressly excludes non-parties from the discovery stay – meaning Planner5D will continue to press Google for damages-related discovery. *See* Stipulation at 2:19-22.

This would turn basic discovery principles on their head. Non-parties should not be burdened with discovery from which the Parties are exempted. *See* Fed. R. Civ. P. 45(d).

Google respectfully requests that the Court make clear that any stay of discovery applies to the Parties and non-parties equally.

Respectfully submitted,

*/s/ Jordan A. Nelson*

Jordan A. Nelson
*Counsel for Non-Party Google LLC*