1  JORDAN A. NELSON, State Bar No. 327915
   jordan.nelson@wsgr.com
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  One Market Street, Spear Tower, Suite 3300
   San Francisco, CA 94105
4  Telephone: (415) 947-2000
   Facsimile: (415) 947-2099
5
   *Attorneys for Non-Party Google LLC*
6

7                 UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO DIVISION

10

11

12 UAB "PLANNER5D" d/b/a PLANNER 5D,    )   Case No. 3:19-CV-03132-WHO
                                        )
13         Plaintiff,                   )   **AMENDED NOTICE OF**
                                        )   **APPEARANCE OF JORDAN A.**
14     v.                               )   **NELSON FOR NON-PARTY**
                                        )   **GOOGLE LLC**
15 META PLATFORMS, INC. et al.,         )
                                        )   Judge: Hon. William H. Orrick
16         Defendants.                  )
                                        )
17                                      )

---

NOTICE OF APPEARANCE                                 CASE NO. 3:19-CV-03132-WHO

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Jordan A. Nelson (State Bar No. 327915) of Wilson Sonsini Goodrich & Rosati, P.C. hereby enters her appearance in the above-captioned matter as attorney of record on behalf of Non-Party Google LLC ("Google"). Google appears for the limited purpose of making a submission to the Court regarding the Parties' Stipulation and Proposed Order re Bifurcation and Case Schedule (Dkt. 178), which purports (at 2) to govern non-party discovery.

DATED: June 22, 2022

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Jordan A. Nelson*
     Jordan A. Nelson

*Attorneys for Non-Party Google LLC*