1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    UAB "PLANNER5D",                          Case No.  19-cv-03132-WHO   (SK)

8                    Plaintiff,

9         v.                                   **ORDER REGARDING DISCOVERY
                                               LETTER BRIEF**
10   META PLATFORMS, INC., et al.,

11                   Defendants.               Regarding Docket No. 184

12        On June 28, 2022, the parties filed a joint discovery letter brief detailing their current

13   dispute over the scope of discovery subpoenas issued in this case.  (Dkt. No. 184.)  Non-party

14   Apple, Inc. ("Apple") again moves to quash a subpoena that Plaintiff UAB "Planne5D"

15   ("Plaintiff") served on it.  The Undersigned quashed an earlier subpoena that Plaintiff served on

16   Apple (Dkt. No. 163), and Plaintiff revised the subpoena to Apple.  Apple continues to complain

17   of the burden of this second subpoena.

18        The parties in this case stipulated to stay all discovery on issues not related to certain

19   discrete issues regarding the copyrightability of Plaintiff's works, Plaintiff's title to the works, and

20   Plaintiff's reasonable efforts to maintain the secrecy of its trade secrets.  (Dkt. No. 182.)  The

21   Court granted that stay to allow the parties to brief a motion or motions for summary judgment.

22   (*Id*.)  Given that stay, it is appropriate to stay this dispute as well, as the information Plaintiff seeks

23   from Apple is not relevant to the issues for the summary judgment motion or motions.  Apple and

24   Plaintiff are ORDERED to notify the Undersigned when the District Court rules on the motion or

25   motions for summary judgment, and the Undersigned will address this motion.

26   / / /

27   / / /

28   / / /

United States District Court
Northern District of California

1    The current motion is thus STAYED pending resolution of the summary judgment motion

2  or motions contemplated in the stipulation.

3    **IT IS SO ORDERED**.

4  Dated: July 7, 2022

5  

6  SALLIE KIM
   United States Magistrate Judge

United States District Court
Northern District of California