1   MARC N. BERNSTEIN (SBN 145837)
    mbernstein@blgrp.com
2   WILL B. FITTON (SBN 182818)
    wfitton@blgrp.com
3   CHRISTIAN G. ANDREU-VON EUW (SBN 265360)
    christian@blgrp.com
4   THE BUSINESS LITIGATION GROUP, P.C.
    150 Spear Street, Suite 800
5   San Francisco, CA 94105
    Telephone: 415.765.6633
6   Facsimile: 415.283.4804

7   Attorneys for Plaintiff
    UAB "PLANNER5D"

8

9

10

11                     UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14
    UAB "PLANNER5D" dba PLANNER 5D,        **Case No. 3:19-cv-03132-WHO (SK)**
15                                          **Case No. 3:20-cv-08261-WHO**
                       Plaintiff,
16
17              v.

18
    META PLATFORMS, INC., FACEBOOK         **[PROPOSED]**
19  TECHNOLOGIES, LLC, THE TRUSTEES        **ORDER GRANTING RELIEF FROM**
    OF PRINCETON UNIVERSITY, DOES 1-       **NONDISPOSITIVE PRETRIAL**
20  200, ABC CORPORATIONS 1-20, and XYZ    **ORDER OF MAGISTRATE JUDGE**
    UNIVERSITIES 1-20.
21
22
                       Defendants.
23

24

25

26

27

28

    Order Granting Relief from Nondispositive Pretrial Order        No. 3:19-cv-03132-WHO (SK)

Planner 5D moves the Court to set aside Judge Kim's May 3, 2022, order, ECF No. 187, which stays decision on a motion to compel Apple Inc. to produce certain documents responsive to a subpoena.

Good cause appearing,

The motion is GRANTED.

The order staying decision (ECF No. 187) is set aside.

The motion to compel (ECF No. 184) is referred to Judge Kim for decision on the merits consistent.

DATED: _____

Hon. William H. Orrick
United States District Court Judge

Order Granting Relief from Nondispositive Pretrial Order                    No. 3:19-cv-03132-WHO (SK)