UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UAB "PLANNER5D",<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>Defendants. | Case No. 19-cv-03132-WHO<br><br>**ORDER DENYING MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 189 |
|---|---|

Plaintiff UAB "Planner 5D" ("Planner 5D") filed a motion to set aside Magistrate Judge Sallie Kim's decision to stay a discovery dispute. The motion is DENIED.

Per a stipulation between the parties, this action has been bifurcated into two phases, with discovery in Phase 1 limited to specific issues related to Planner 5D's copyright claims. *See* Dkt. No. 182. Discovery on Phase 2 issues is stayed pending the resolution of a motion or motions for summary judgment in Phase 1. *Id*. at 1:18-20. Under the terms of the stipulation, third-party document subpoenas served on or before June 7, 2022, are still enforceable. *See id*. at 2:19-22.

The underlying dispute centers on a second subpoena that Planner 5D served on third-party Apple, Inc. *See* Dkt. No. 187. Judge Kim stayed the dispute after determining that the information that Planner 5D seeks "is not relevant to the issues for the summary judgment motion or motions." *Id*. Her decision does not modify the case schedule, as Planner 5D asserts. Rather, it preserves judicial resources and avoids deciding a dispute on material that is irrelevant to what will be decided in Phase 1.

**IT IS SO ORDERED.**

Dated: July 22, 2022

William H. Orrick
United States District Judge