| | |
|---|---|
| **JENNER & BLOCK LLP**<br>David R. Singer (Cal. Bar No. 204699)<br>dsinger@jenner.com<br>515 S. Flower Street, Suite 3300<br>Los Angeles, CA  90071<br>Phone:       (213) 239-5100<br>Facsimile:  (213) 239-5199<br><br>**JENNER & BLOCK LLP**<br>Andrew H. Bart (*pro hac vice*)<br>abart@jenner.com<br>Jacob L. Tracer (*pro hac vice*)<br>jtracer@jenner.com<br>1155 Avenue of the Americas<br>New York, NY  10036<br>Phone:       (212) 891-1600<br>Facsimile:  (212) 891-1699<br><br>Attorneys for Defendant<br>*The Trustees of Princeton University* | **KIRKLAND & ELLIS LLP**<br>Dale M. Cendali (Cal. Bar No. 1969070)<br>dale.cendali@kirkland.com<br>Johanna Schmitt (*pro hac vice*)<br>johanna.schmitt@kirkland.com<br>Aaron Schroeder (*pro hac vice*)<br>aaron.schroeder@kirkland.com<br>601 Lexington Avenue<br>New York, NY  10022<br>Phone:       (212) 446-4800<br>Facsimile:  (212) 446-4900<br><br>Attorneys for Defendants<br>*Meta Platforms, Inc.* and *Facebook Technologies, LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER5D" d/b/a PLANNER 5D,<br><br>    Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.; FACEBOOK TECHNOLOGIES, LLC; THE TRUSTEES OF PRINCETON UNIVERSITY; et al.,<br><br>    Defendants. | Case No. 3:19-cv-03132-WHO (SK)<br>Case No. 3:20-cv-08261-WHO (SK)<br><br>**[PROPOSED]**<br>**ORDER GRANTING RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

**[PROPOSED] ORDER**

Before the Court is Defendants' Motion for Relief from Magistrate Judge Kim's July 8, 2022 Nondispositive Pretrial Order. With good cause appearing therefor, the Court hereby GRANTS Defendants' Motion for Relief. Magistrate Judge Kim's Order denying Defendants' motion to compel (ECF. No. 188) is set aside. Defendants' motion to compel the production of 134 documents identified as Entry Nos. 1-90, 95-136, 138, and 142 on the privilege log of Plaintiff UAB "Planner5D" (ECF No. 186-01) (the "Documents") is GRANTED.

The Court ORDERS that Plaintiff produce unredacted versions of the Documents within five (5) days from this Order.

IT IS SO ORDERED.

Dated: _____, 2022

HON. WILLIAM H. ORRICK
United States District Judge