**JENNER & BLOCK LLP**
David R. Singer (Cal. Bar No. 204699)
dsinger@jenner.com
515 S. Flower Street, Suite 3300
Los Angeles, CA  90071
Phone:         (213) 239-5100
Facsimile:    (213) 239-5199

**JENNER & BLOCK LLP**
Andrew H. Bart (*pro hac vice*)
abart@jenner.com
Jacob L. Tracer (*pro hac vice*)
jtracer@jenner.com
1155 Avenue of the Americas
New York, NY  10036
Phone:         (212) 891-1600
Facsimile:    (212) 891-1699

Attorneys for Defendant
*The Trustees of Princeton University*

**KIRKLAND & ELLIS LLP**
Dale M. Cendali (Cal. Bar No. 1969070)
dale.cendali@kirkland.com
Johanna Schmitt (*pro hac vice*)
johanna.schmitt@kirkland.com
Aaron Schroeder (*pro hac vice*)
aaron.schroeder@kirkland.com
601 Lexington Avenue
New York, NY  10022
Phone:         (212) 446-4800
Facsimile:    (212) 446-4900

Attorneys for Defendants
*Meta Platforms, Inc.* and *Facebook Technologies, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER5D" d/b/a PLANNER 5D,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>META PLATFORMS, INC.; FACEBOOK TECHNOLOGIES, LLC; THE TRUSTEES OF PRINCETON UNIVERSITY; et al.,<br><br>　　　　　　　Defendants. | Case No. 3:19-cv-03132-WHO (SK)<br>Case No. 3:20-cv-08261-WHO (SK)<br><br>**[PROPOSED]**<br>**ORDER GRANTING RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

## [PROPOSED] ORDER

Before the Court is Defendants' Motion for Relief from Magistrate Judge Kim's July 8, 2022 Nondispositive Pretrial Order. With good cause appearing therefor, the Court hereby GRANTS Defendants' Motion for Relief. Magistrate Judge Kim's Order denying Defendants' motion to compel (ECF. No. 188) is set aside. Defendants' motion to compel the production of 134 documents identified as Entry Nos. 1-90, 95-136, 138, and 142 on the privilege log of Plaintiff UAB "Planner5D" (ECF No. 186-01) (the "Documents") is GRANTED.

The Court ORDERS that Plaintiff produce unredacted versions of the Documents within five (5) days from this Order.

IT IS SO ORDERED.

Dated: _____, 2022

HON. WILLIAM H. ORRICK
United States District Judge