# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UAB "PLANNER5D",<br><br>    Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>    Defendants. | Case No. 19-cv-03132-WHO<br><br>**ORDER SETTINIG RESPONSE DEADLINE**<br><br>Re: Dkt. No. 196 |

On July 22, 2022, defendants Meta Platforms, Inc., Facebook Technologies, LLC, and The Trustees of Princeton University filed a motion for relief from a nondispositive pretrial order from Magistrate Judge Sallie Kim. Dkt. No. 196. Pursuant to Civil Local Rule 72-2(d), it is ORDERED that any response to this motion is due by July 29, 2022.

**IT IS SO ORDERED.**

Dated: July 25, 2022



William H. Orrick
United States District Judge