| | |
|---|---|
| Dale M. Cendali (S.B.N. 1969070)<br>dale.cendali@kirkland.com<br>Johanna Schmitt (admitted pro hac vice)<br>johanna.schmitt@kirkland.com<br>Aaron Schroeder (admitted pro hac vice)<br>aaron.schroeder@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Phone: (212) 446-4800<br><br>Kristen Reichenbach<br>kristen.reichenbach@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br><br>Attorneys for Defendants<br>Meta Platforms, Inc. and<br>and Facebook Technologies, LLC | David R. Singer (S.B.N. 204699)<br>dsinger@jenner.com<br>JENNER & BLOCK LLP<br>515 S. Flower Street, Suite 3300<br>Los Angeles, CA 90071<br>Telephone: (213) 239-5100<br><br>Andrew H. Bart (admitted pro hac vice)<br>abart@jenner.com<br>Jacob L. Tracer (admitted pro hac vice)<br>jtracer@jenner.com<br>JENNER & BLOCK LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 891-1600<br><br>Attorneys for Defendant<br>The Trustees of Princeton University<br><br>Marc N. Bernstein (S.B.N. 145837)<br>mbernstein@blgrp.com<br>Will B. Fitton (S.B.N. 182818)<br>wfitton@blgrp.com<br>Christian Gabriel Andreu-von Euw (S.B.N. 265360)<br>christian@blgrp.com<br>THE BUSINESS LITIGATION GROUP, P.C.<br>150 Spear Street, Suite 800<br>San Francisco, CA 94105<br>Telephone: (415) 765-6633<br><br>Attorneys for Plaintiff<br>UAB "Planner5D" |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER5D" d/b/a PLANNER 5D,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>META PLATFORMS, INC., FACEBOOK TECHNOLOGIES, LLC, THE TRUSTEES OF PRINCETON UNIVERSITY, DOES 1-200, ABC CORPORATIONS 1-20 and XYZ UNIVERSITIES 1-20,<br>　　　　Defendants. | CASE NO. 3:19-CV-03132-WHO<br>CASE NO. 3:20-CV-02198-WHO<br>CASE NO. 3:20-CV-08261-WHO<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO ADJUST CASE SCHEDULE<br><br>Judge: Honorable William H. Orrick |

Pursuant to Civil L.R. 6-1, 6-2, and 7-12 it is hereby stipulated by and between Plaintiff UAB "Planner 5D" d/b/a Planner 5D ("Plaintiff"), Defendants Meta Platforms Inc. and Facebook Technologies, LLC and Defendant The Trustees of Princeton University (collectively, "Defendants"), through their respective attorneys, that:

WHEREAS, on June 22, 2022, the Court granted the parties' Stipulation and Proposed Order re Bifurcation and Case Schedule. (Dkt. No. 182);

WHEREAS, the parties have agreed to modify the schedule to accommodate fact witness' availability for depositions;

WHEREAS, the stipulated modifications will not affect any other pending deadline in the case;

WHEREAS, the case schedule and this stipulation include a deadline for filing summary judgment motions on Phase 1 issues, and the parties have agreed to confer on a reasonable and diligent briefing schedule for such motions after they are served:

NOW, THEREFORE IT IS STIPULATED AND AGREED THAT, subject to the approval of the Court, the following deadlines shall apply to Phase 1 discovery:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| The parties shall complete Phase 1 fact witness depositions. | August 12, 2022 | August 26, 2022 |
| Service of movants' expert reports, if any, in support of Phase 1 summary judgment motion. | September 2, 2022 | September 9, 2022 |
| Service of rebuttal expert reports, if any. | September 30, 2022 | October 7, 2022 |
| The parties shall complete expert depositions, if any. | October 21, 2022 | October 28, 2022 |
| Summary judgment motions due regarding Phase 1 issues (maximum of one motion per side). | November 11, 2022 | November 18, 2022 |

1   IT IS FURTHER STIPULATED AGREED THAT, all matters set forth in the parties' Stipulation and Proposed Order re Bifurcation and Case Schedule (Dkt. No. 182), which are not expressly addressed by this Stipulation, remain in full force and effect.

IT IS SO STIPULATED, through Counsel of Record.

Dated: August 2, 2022

KIRKLAND & ELLIS LLP

/s/ Dale M. Cendali
Dale M. Cendali (S.B.N. 1969070)

Attorneys for Defendants
Meta Platforms, Inc.
and Facebook Technologies, LLC

Dated: August 2, 2022

JENNER & BLOCK LLP

/s/ Andrew H. Bart (with consent)
Andrew H. Bart

Attorneys for Defendant
The Trustee of Princeton University

Dated: August 2, 2022

THE BUSINESS LITIGATION GROUP, P.C.

/s/ Will B. Fitton (with consent)
Will B. Fitton

Attorneys for Plaintiff
UAB "Planner5D"

1  IT IS SO ORDERED.

3  Dated: August 3, 2022

_____
HON. WILLIAM H. ORRICK

United States District Judge

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)

I, Dale M. Cendali, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

DATED: August 2, 2022

/s/ Dale M. Cendali
Dale M. Cendali