# EXHIBIT C

MARC N. BERNSTEIN (SBN 145837)
mbernstein@blgrp.com
WILL B. FITTON (SBN 182818)
wfitton@blgrp.com
CHRISTIAN G. ANDREU-VON EUW (SBN 265360)
christian@blgrp.com
THE BUSINESS LITIGATION GROUP, P.C.
150 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: 415.765.6633
Facsimile: 415.283.4804

Attorneys for Plaintiff
UAB "PLANNER5D"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER5D" dba PLANNER 5D,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., FACEBOOK TECHNOLOGIES, LLC, THE TRUSTEES OF PRINCETON UNIVERSITY, DOES 1-200, ABC CORPORATIONS 1-20, and XYZ UNIVERSITIES 1-20.<br><br>Defendants. | Case No.  3:19-cv-03132-WHO (SK)<br>Case No.  3:20-cv-08261-WHO<br><br>**PLANNER 5D'S THIRD SUPPLEMENTAL RESPONSE TO THE TRUSTEES OF PRINCETON UNIVERSITY'S SECOND SET OF INTERROGATORIES [CORRECTED]**<br><br>**As to Interrogatories Nos. 10 and 11** |

1  PROPOUNDING PARTY: Defendant THE TRUSTEES OF PRINCETON
2  UNIVERSITY (TPU)
3  RESPONDING PARTY: Plaintiff UAB "PLANNER5D" (Planner 5D)
4  SET NO.: Two (2)

GENERAL OBJECTIONS

Planner 5D objects to TPU's Definitions and Instructions to the extent they impose obligations beyond those required by the Federal Rules of Civil Procedure, any applicable Local Rules, or controlling case law, including TPU's definition of "Plaintiff," "Planner 5D," "you," and "your company." Planner 5D further objects to the definitions of "Concerning," "Describe," and "Identify" as overbroad, rendering the requests unduly burdensome and disproportionate to the needs of the case. Planner 5D objects that Instruction Nos. 1, 5, and 6 are overbroad, inconsistent with federal law, and render the requests unduly burdensome and disproportionate to the needs of the case.

**INTERROGATORY NO. 7**

Describe any Website Security Assessments, Including when they were conducted, who conducted them, the results of such Website Security Assessments, and any actions you took or considered taking in response to such Website Security Assessments.

**RESPONSE TO INTERROGATORY NO. 7**

Planner 5D objects to this interrogatory to the extent it requires disclosure of information protected by the attorney-client privilege or the attorney work product doctrine. Planner 5D further objects that the interrogatory is overbroad, unduly burdensome, seeks irrelevant information, and is not proportional to the needs of the case in that it does not contain temporal restrictions and its use of the term "Describe." Planner 5D objects that the definition of "Describe" contains sub-parts and the defined term "Identity," which also has subparts. This renders the

1

interrogatory exceedingly compound. This large volume of subparts is then multiplied by the numerous concepts contained in the defined term "Website Security Assessment" ("penetration testing, secure code review, security architecture/ . . ."). All of this renders the interrogatory exceedingly burdensome and causes it, alone or in combination with other interrogatories, to exceed TPU's 25-interrogatory limit. Planner 5D responds to this interrogatory without reference to the definition of "Describe" and provides an overview of the security measures it used in February 2016 and at present.

Subject to the above objections, Planner 5D responds as follows:

Planner 5D uses a number of means to test and evaluate its website security. For example, Planner 5D has a practice of regularly testing its security through informal penetration testing and has had this practice since its founding. All Planner 5D's developers, and other Planner 5D employees with the requisite desire and skill, are encouraged to try "hack" the company's Website—in other words to find a way to trick the Website into allowing an unauthorized action. This practice is relatively widespread as the company has always been largely made up of computer engineers, and new engineering hires are typically asked to try to hack the company as a means of testing security and getting familiar with the company's software. Any vulnerabilities that are found this way are promptly addressed.

Planner 5D has also regularly used "bug bounties" to find, assess, and address security issues and vulnerabilities in Planner 5D's services. This established practice used by many leading companies encourages third parties to look for bugs in the company's software by offering to compensate them for identifying software vulnerabilities. Planner 5D has paid bounties for bugs since its inception. In October 2020, Planner 5D formalized the bug bounty program, and the current version of the program is described in detail at https://planner5d.com/pages/bounty. Planner 5D generally addresses critical and high-severity issues within a few days, while addressing medium level issues within a week.

1 Planner 5D also assesses the security of its code through a formal code review process. No software can be released to the production environment until senior developer(s), other than the code's authors, review every line of the code and confirm that they found no security issues, memory leaks, or other vulnerabilities. Mission critical software is further reviewed by the company CTO in advance of it going into service. Any bugs or other vulnerabilities found by the code review process are addressed before the code is released.  This review process is tracked through project management software.

Planner 5D also performs pre-production testing to ensure that products function correctly and don't pose security risks.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 7**

Planner 5D uses a number of means to test and evaluate its website security. For example, from its founding and to this day, Planner 5D has had a practice of regularly testing its Website security through informal penetration testing. All Planner 5D's developers, and other Planner 5D employees with the requisite desire and skill, are encouraged to try "hack" the company's Website—in other words to find a way to trick the Website into allowing an unauthorized action.  This practice is relatively widespread as the company has always been largely made up of computer engineers, and new engineering hires are typically asked to try to hack the company as a means of testing security and getting familiar with the company's software.  Any vulnerabilities that are found this way are promptly addressed.

Since at least February 2016, Planner 5D has also regularly used "bug bounties" to find, assess, and address security issues and vulnerabilities in Planner 5D's services. This established practice used by many leading companies encourages third parties to look for bugs in the company's software by offering to compensate them for identifying software vulnerabilities. Planner 5D has paid bounties for bugs since its inception. In October 2020, Planner 5D formalized the bug bounty program, and the current version of the program is described in detail at

https://planner5d.com/pages/bounty. Planner 5D generally addresses critical and high-severity issues within a few days, while addressing medium level issues within a week.

Beginning in November 2013, Planner 5D also assessed the security of its code through a code review process. Documentation of the code review began in April 2017. No software can be released to the production environment until senior developer(s), other than the code's authors, review every line of the code and confirm that they found no security issues, memory leaks, or other vulnerabilities. Mission critical software is further reviewed by the company CTO in advance of it going into service. Any bugs or other vulnerabilities found by the code review process are addressed before the code is released.  This review process is tracked through project management software.

Finally, since its founding and continuing to this day, Planner 5D has also performed pre-production testing to ensure that products function correctly and don't pose security risks.

**INTERROGATORY NO. 8**

Describe your Logging and Monitoring Efforts, Including who conducted them and when they were conducted, both in February 2016 and today.

**RESPONSE TO INTERROGATORY NO. 8**

Planner 5D objects to this interrogatory to the extent it requires disclosure of information protected by the attorney-client privilege or the attorney work product doctrine.  Planner 5D objects that the interrogatory is overbroad, unduly burdensome, seeks irrelevant information, and is not proportional to the needs of the case in its use of the term "Describe." Planner 5D further objects that the definition of "Describe" contains sub-parts and the defined term "Identity," which also has subparts. This renders the interrogatory exceedingly compound. This large volume of subparts is then multiplied by the numerous concepts contained in the defined term "Logging and Monitoring Efforts" ("log, monitor, track or detect"), which itself

contains the term "Security Event," which has been defined broadly to cover a number of concepts. All of this renders the interrogatory exceedingly burdensome and causes it, alone or in combination with other interrogatories, to exceed TPU's 25-interrogatory limit. Planner 5D responds to this interrogatory without reference to the definition of "Describe" and responds with an overview of the logging and monitoring measures it used in February 2016 and the present.

Subject to the above objections, Planner 5D responds as follows:

In February 2016, Planner 5D compiled data regarding users' activity on the Planner 5D Website, which included the date and time that any scene or object was downloaded. At the time and since, the volume of data moving through Planner 5D's Website was extensive. At the time, Planner 5D had over a million unique users, with one to two thousand new users registering daily, and an over 5000 new scenes added to the Planner 5D database daily. Planner 5D logged website activity and Planner 5D's engineers periodically monitored those logs to understand the website's traffic and to improve the usability, reliability, and security of the site.

These efforts continue today and are now overseen by Planner 5D's infrastructure engineering team. In addition, Planner 5D has added Website monitoring alerts, including for unusual activity, such as large inbound or outbound traffic and other user activity that places an undue or unexpected strain on Planner 5D's computing resources. The company CTO is responsible for monitoring the alerts.

**INTERROGATORY NO. 9**

Describe when and how you first became aware of the alleged downloading of Planner 5D's Object and Scene files, as alleged in Paragraphs 7–9 of the Copyright Complaint, Including the time of your first awareness, the means by which you became aware, and any actions you took or considered taking in response to becoming aware.

1  **RESPONSE TO INTERROGATORY NO. 9**

2  Planner 5D objects to this interrogatory to the extent it requires disclosure of
3  information protected by the attorney-client privilege or the attorney work product
4  doctrine. Planner 5D objects that this request mischaracterizes Princeton's
5  downloading as "alleged" because it admitted to the downloading of Planner 5D's
6  data in its interrogatory responses.

7  Subject to these objections, Planner 5D responds that it first became aware of
8  the facts it alleged in paragraphs 7-9 of the Copyright Complaint as follows:

9  On February 13, 2019, a member of Planner 5D's Artificial Intelligence team,
10 Alexander Kisilev, shared a link to the SUMO Challenge Website in a Telegram chat
11 with Alexey Sheremetyev, Tautvydas Andrikys, and Sergey Nosyrev. (*See* P5D-
12 0206302.) He was registering Planner 5D to participate in the contest. Mr. Andrikys
13 looked at the SUMO Challenge dataset and recognized Planner 5D's objects (models)
14 and textures. Privileged internal Planner 5D discussions followed, resulting in
15 Planner 5D reaching out to and retaining litigation counsel the next day, on February
16 14, 2019. Since retaining counsel, Planner 5D has sent cease and desist letters and
17 commenced this litigation.

18 In March 2019, Andrey Ustyugov and Mr. Andrikys compared the vertices of
19 the scenes in the SUNCG dataset with those in Planner 5D's public gallery, which
20 revealed the facts alleged in paragraphs 7-9 of the Copyright Complaint. Since then,
21 Planner 5D has modified its Website to limit the scenes available in the public
22 gallery.

23 **INTERROGATORY NO. 10**

24 For each Object in Planner 5D Objects (2016), Identify whether it was designed
25 based on an image, photograph, or other source material depicting a real-world
26 object or not, and if so, identify such source material.

27
28

**RESPONSE TO INTERROGATORY NO. 10**

Planner 5D objects that the phrase "based on" is vague and ambiguous, and will construe it to mean "inspired by." Planner 5D objects that this interrogatory, to the extent it purports to require a response on an object-by-object basis, is overly burdensome given the number of objects at issue, and accordingly is not proportionate to the needs of the case. Planner 5D also objects that "[i]dentify" is vague to the extent it means something other than to "state." Planner 5D construes "identify" to mean "state."

Subject to the above constructions and objections, Planner 5D responds as follows: The earliest 100 objects or so (as indicated by the lowest object numbers) were created from modeler Konstantin Ketko's imagination. Mr. Ketko reports that roughly 10% of the Objects he created over time were without reference to an inspirational image. For the balance of the Objects, the general practice was for the modelers to conduct an Internet search for objects to use as inspirations.

The general practice for the creation of original Planner 5D Objects was for one or more modelers to conduct an Internet search for two-dimensional images of the desired piece of furniture (e.g., "sectional couch"), feature (e.g., "fireplace mantel"), figure (e.g., "man standing at window"), plant (e.g., "potted tree"), or other item, and then to craft the three-dimensional Object while consulting and studying images responsive to the Internet search(es). Multiple reference images allowed modelers multifaceted inspiration. They also occasionally offered modelers multiple points of view for a given object.

Generally, the modelers navigated to the websites listed near the top of the search engine's results. Thus, Objects were inspired by images from a variety of sources. These included furniture retailers and manufacturers, but also included non-commercial sources. Planner 5D does not have records of the websites visited by the modelers for creation of Objects during the relevant time frame.

Further, Objects would be regularly updated as P5D's modeling standards improved or specific requests were made for changes to a given Object. Modelers generally created all subsequent versions of an Object without reference to any of the original inspirational images and worked on the updated Objects from their own experiences and imaginations.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 10**

Object numbers 1889 through 1955 in Amended Attachment A to Planner 5D's Trade Secret Disclosures were inspired by drawings of products offered by Vasko, an early Planner 5D "B2B" client, as depicted in P5D-0207434 and P5D-0207450.

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 10 [CORRECTED]**

Object numbers 2407- 2411, 2413-2420, and 2423-2429 in Amended Attachment A to Planner 5D's Trade Secret Disclosures were inspired by images of products offered by Cosmorelax, an early Planner 5D "B2B" client, as depicted in P5D-0221379.

Object numbers 2434-2459 in Amended Attachment A to Planner 5D's Trade Secret Disclosures were inspired by images of products offered by Riter, an early Planner 5D "B2B" client, as depicted in P5D-0221380.

Modelers sometimes referred to existing objects when creating new objects, particularly where objects are intended to be used together (*e.g.*, a furniture suite, kitchen cabinetry, etc.).

**INTERROGATORY NO. 11**

Identify any copyrights you own in photographs, images, or other source material that you used to design Objects or licenses that you have obtained from

third parties to use their copyrighted photographs, images, or other source material to design Objects.

**RESPONSE TO INTERROGATORY NO. 11**

To the extent this request seeks information regarding objects not included in the Objects Work or Planner 5D's Trade Secret Disclosures, Planner 5D objects that this request is overbroad, unduly burdensome, and seeks irrelevant information. Planner 5D will presume that the request does not, and that "Objects" refers only to those objects contained in the Objects Work and the Trade Secret Disclosures.

Planner 5D objects that the phrase "used to design" is vague and ambiguous and potentially renders the request overbroad, unduly burdensome, and disproportionate to the needs of the case. Planner 5D objects that "[i]dentify" is vague to the extent it means something other than to "state." Planner 5D construes "identify" to mean "state."

Subject to this construction and the above objections, Planner 5D responds that it claims copyright in all versions of all Objects. With regard to images that may have served as inspiration for the Objects, some may have been the subject of implied or Creative Commons licenses, but Planner 5D did not enter into express licenses with third parties related to the images.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 11**

Planner 5D had authorization from Vasko to create object numbers 1889 through 1955 in Amended Attachment A to Planner 5D's Trade Secret Disclosures from drawings of products offered by Vasko depicted in P5D-0207434 and P5D-0207450.

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 11 [CORRECTED]**

Planner 5D had authorization from Cosmorelax to create object numbers 2407-2411, 2413-2420, and 2423-2429 in Amended Attachment A to Planner 5D's Trade

Secret Disclosures from images of products offered by Cosmorelax depicted in P5D-0221379.

     Planner 5D had authorization from Riter to create object numbers 2434-2459 in Amended Attachment A to Planner 5D's Trade Secret Disclosures from images of products offered by Riter depicted in P5D-0221380

DATED:  August 1, 2022          THE BUSINESS LITIGATION GROUP, P.C.


By:      /s/*Will B. Fitton*
          Will B. Fitton

Attorneys for Plaintiff
PLANNER 5D