UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UAB "PLANNER5D",<br><br>   Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>   Defendants. | Case No. 19-cv-03132-WHO (SK)<br>Case No. 20-cv-08261-WHO (SK)<br><br>**ORDER REGARDING DISCOVERY LETTER BRIEF**<br><br>Regarding Docket No. 202 |

The Court DENIES WITHOUT PREJUDICE the motion by Defendants to require Plaintiff to provide a witness to testify about the creation of specific works (Topic 1 in Defendants' Notice of 30(b)(6) Deposition of Plaintiff). The motion is premature. If, after the deposition, Defendants contend that Plaintiff has not provided a witness who can testify adequately in the Rule 30(b)(6) deposition, Defendants may then move again.

The Court notes, however, that it is axiomatic under copyright law that Plaintiff is required to prove that it has a valid copyright in each of the works for which Plaintiff alleges copyright infringement. If Plaintiff fails to provide sufficient information to do so, then Plaintiff may fail in its attempt to allege infringement. If Plaintiff's witness at the Rule 30(b)(6) deposition answers that she or he does not know where certain works originated, then Plaintiff may not be able to meet its burden to establish copyright infringement, and Defendants may be able to point to the absence of a disputed fact in moving for summary judgment. The Court dismisses in general that the burden is too high to prepare a witness for the Rule 30(b)(6) deposition to testify about the creation of all parts of the allegedly infringed works. Plaintiff chose to assert copyright infringement of complicated works created over a long period time with input by many people, and Defendants are entitled to obtain evidence about the creation of those works.

Given that the purpose of discovery is to identify all disputed and undisputed facts before

trial and within the schedule established by the District Court, the time for Plaintiff to provide information to prove its case is now – before the deadline for factual discovery in this phase of the case.

The Court will provide Plaintiff additional time to prepare the witness for the Rule 30(b)(6) deposition, if the Plaintiff chooses this path.  Plaintiff has two options:  (1) to proceed on the currently scheduled date, before the deadline for factual discovery, or (2) to notify Defendants, by close of business on August 22, 2022, that Plaintiff chooses to continue the deposition to a date no later than August 29, 2022 for the deposition for Topic 1 of the Rule 30(b)(6) deposition.  If Plaintiff chooses option (2), then the deposition can take place on any date (mutually convenient for the parties) before August 29, 2022.  The District Court is aware of the possible extension.

**IT IS SO ORDERED**.

Dated:  August 19, 2022

_____
SALLIE KIM
United States Magistrate Judge