| | |
|---|---|
| Dale M. Cendali (S.B.N. 1969070)<br>dale.cendali@kirkland.com<br>Johanna Schmitt (admitted pro hac vice)<br>johanna.schmitt@kirkland.com<br>Abbey Gauger Quigley (admitted pro hac vice)<br>abbey.quigley@kirkland.com<br>Aaron Schroeder (admitted pro hac vice)<br>aaron.schroeder@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Phone: (212) 446-4800<br><br>Kristen Reichenbach<br>kristen.reichenbach@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br><br>Attorneys for Defendants<br>Meta Platforms, Inc. and<br>and Facebook Technologies, LLC | David R. Singer (S.B.N. 204699)<br>dsinger@jenner.com<br>JENNER & BLOCK LLP<br>515 S. Flower Street, Suite 3300<br>Los Angeles, CA 90071<br>Telephone: (213) 239-5100<br><br>Andrew H. Bart (admitted pro hac vice)<br>abart@jenner.com<br>Jacob L. Tracer (admitted pro hac vice)<br>jtracer@jenner.com<br>JENNER & BLOCK LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 891-1600<br><br>Attorneys for Defendant<br>The Trustees of Princeton University<br><br>Marc N. Bernstein (S.B.N. 145837)<br>mbernstein@blgrp.com<br>Will B. Fitton (S.B.N. 182818)<br>wfitton@blgrp.com<br>Christian Gabriel Andreu-von Euw (S.B.N. 265360)<br>christian@blgrp.com<br>THE BUSINESS LITIGATION GROUP, P.C.<br>150 Spear Street, Suite 800<br>San Francisco, CA 94105<br>Telephone: (415) 765-6633<br><br>Attorneys for Plaintiff<br>UAB "Planner5D" |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER5D" d/b/a PLANNER 5D,<br><br>   Plaintiff,<br><br>   v.<br><br>META PLATFORMS, INC., FACEBOOK TECHNOLOGIES, LLC, THE TRUSTEES OF PRINCETON UNIVERSITY, DOES 1-200, ABC CORPORATIONS 1-20 and XYZ UNIVERSITIES 1-20,<br>   Defendants. | ) CASE NO. 3:19-CV-03132-WHO<br>) CASE NO. 3:20-CV-02198-WHO<br>) CASE NO. 3:20-CV-08261-WHO<br>)<br>) STIPULATION AND ~~PROPOSED~~ ORDER<br>) TO ADJUST CASE SCHEDULE<br>)<br>)<br>) Judge: Honorable William H. Orrick<br>)<br>)<br>) |

Pursuant to Civil L.R. 6-1, 6-2, and 7-12 it is hereby stipulated by and between Plaintiff UAB "Planner 5D" d/b/a Planner 5D ("Plaintiff"), Defendants Meta Platforms Inc. and Facebook Technologies, LLC and Defendant The Trustees of Princeton University (collectively, "Defendants"), through their respective attorneys, that:

WHEREAS, on June 22, 2022, the Court granted the parties' Stipulation and Proposed Order re Bifurcation and Case Schedule (Dkt. No. 182);

WHEREAS, pursuant to the current case schedule, the parties' deadline to complete Phase 1 fact witness depositions is August 26, 2022 (Dkt. No. 201);

WHEREAS, in an Order dated August 19, 2022, which was docketed on August 22, 2022, Magistrate Judge Kim denied without prejudice Defendants' motion to compel Plaintiff to provide a witness to testify about Topic 1 in Defendants' Notice of 30(b)(6) Deposition of Plaintiff (Dkt. No. 203);

WHEREAS, Magistrate Judge Kim's Order directed the parties to proceed with Plaintiff's 30(b)(6) Deposition on Topic 1 no later than August 29, 2022, on any date mutually convenient for the parties;

WHEREAS, the parties have conferred, and, due to scheduling conflicts, have agreed to conduct Plaintiff's 30(b)(6) Deposition on Topic 1 on August 31, 2022;

WHEREAS the parties have agreed to modify the case schedule to account for this scheduling conflict;

WHEREAS, the stipulated modifications will not affect any other pending deadline in the case;

NOW, THEREFORE IT IS STIPULATED AND AGREED THAT, subject to the approval of the Court, the deadline for the parties to complete Phase 1 fact witness depositions is hereby extended from August 26, 2022, to and including August 31, 2022.

IT IS FURTHER STIPULATED AGREED THAT, all matters set forth in the parties' Stipulation and Proposed Order re Bifurcation and Case Schedule (Dkt. No. 182), as amended (Dkt. No. 201), which are not expressly addressed by this Stipulation, remain in full force and effect.

IT IS SO STIPULATED, through Counsel of Record.

Dated: August 22, 2022

KIRKLAND & ELLIS LLP

/s/ Dale M. Cendali
Dale M. Cendali (S.B.N. 1969070)

Attorneys for Defendants
Meta Platforms, Inc.
and Facebook Technologies, LLC

Dated: August 22, 2022

JENNER & BLOCK LLP

/s/ Andrew H. Bart (with consent)
Andrew H. Bart

Attorneys for Defendant
The Trustee of Princeton University

Dated: August 22, 2022

THE BUSINESS LITIGATION GROUP, P.C.

/s/ Will B. Fitton (with consent)
Will B. Fitton

Attorneys for Plaintiff
UAB "Planner5D"

IT IS SO ORDERED.

Dated: August 24, 2022

HON. WILLIAM H. ORRICK
United States District Judge

2

STIPULATION RE BIFURCATION                                CASE NO. 3:19-cv-003132

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)

I, Dale M. Cendali, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

DATED: August 22, 2022  /s/ Dale M. Cendali
                        Dale M. Cendali