# EXHIBIT C

HIGHLY CONFIDENTIAL

Page 162

1        communications to people in English?

2              A.    Sometimes I send written

3        communications to people in English.

4              Q.    I would like to mark as exhibit --

5        the next Exhibit Number 28, a document

6        marked -- produced by Planner 5D at P5D-65411

7        to 65463.

8                    (Exhibit 28 was marked for

9                    identification.)

10                   CHECK INTERPRETER:  This is the

11                   check interpreter speaking.

12       BY MS. SCHMITT:

13             Q.    Is this Planner 5D's application

14       to register its objects work that it alleges

15       was infringed in this case?

16                   MR. BERNSTEIN:  Object.  The

17                   document speaks for itself and is a

18                   legal document.  So calls for a legal

19                   conclusion.

20                   MS. SCHMITT:  So, Marc, are you

21                   testifying for him that this is the

22                   application because it speaks for

23                   itself?

24                   MR. BERNSTEIN:  If you ask for

25                   object application, then I'm happy to

HIGHLY CONFIDENTIAL

Page 163

1        stipulate this is.

2                MS. SCHMITT:  So is this the

3        application to register Planner 5D's

4        object work that it alleges was

5        infringed in this case.

6                MR. BERNSTEIN:  Why don't you

7        translate, then I have an answer.

8                I can answer for the first 3 of

9        the 53 pages that this is the covering

10        materials.  The rest seem to be the

11        deposit copy, which I would need to

12        review, and I'm not sure even then I

13        could answer authoritatively.

14                MS. SCHMITT:  Well, Marc, this

15        witness has been designated on the

16        topic that covered Planner 5D's

17        copyright applications, so I will ask

18        the witness.

19    BY MS. SCHMITT:

20        Q.    Is this Planner 5D's application

21    to register Planner 5D's objects work that it

22    alleges was infringed in this case?

23                MR. BERNSTEIN:  Objection.

24        Document speaks for itself and calls

25        for a legal conclusion.

HIGHLY CONFIDENTIAL

Page 164

1              You can answer.

2         A.    May I read what this document says

3    here?  It says application.  And it also

4    gives the number of this application.  Also,

5    it's somehow -- for some reason it says mail

6    certificate.

7    BY MS. SCHMITT:

8         Q.    Have you seen this document

9    before?

10        A.    I have not completed my answer.

11        Q.    I'm going to withdraw my question.

12              Have you seen this document

13   before?

14        A.    Most likely I have.

15              MR. BERNSTEIN:  The partial

16         answer and the question are on the

17         record, and as such, I would like the

18         witness to be able, if he chooses to

19         exercise his right, to complete his

20         answer.  So, Madam Interpreter, if you

21         could interpret this please.

22   BY MS. SCHMITT:

23        Q.    Most likely you have, but you

24   don't know?

25        A.    This document contains 53 pages.

HIGHLY CONFIDENTIAL

Page 165

1      Now I cannot double check whether this is the

2      document that I have ever seen before.

3           Q.    Take a look at it and then let me

4      know.

5           A.    How do you think I will be able to

6      retrieve 53 pages of this text from my

7      memory?  May I use the materials?

8           Q.    What materials?

9           A.    I will ask my lawyers to provide

10     the copyright application for me.  I'm

11     practically sure that it has been provided to

12     you earlier.  If this is the document, then

13     Marc will confirm that this is it.

14               MS. SCHMITT:  This is completely

15               improper, Marc.  He's the witness

16               designated to talk about the copyright

17               application, and we are wasting time

18               with this.

19     BY MS. SCHMITT:

20          Q.    I'm going to ask again, sir.  Take

21     a look at the document, and let me know if

22     you recognize this as Planner 5D's copyright

23     application for its object works.

24               MR. BERNSTEIN:  Object.  This is

25               outside of the agreed scope of the

HIGHLY CONFIDENTIAL

Page 166

1           topics.

2                   Counsel, if you want to

3           represent that this is what was

4           produced at the application, I'm happy

5           to stipulate to it, which I did.  But

6           the exact agreement between us is that

7           the parties agree, quote, that Planner

8           5D's witness shall be knowledgeable

9           about the factual matter captured by

10          defendant's topics.  If you want to

11          stipulate that these 53 pages are the

12          ones we produced at the application,

13          that's fine with me, out otherwise

14          let's move on.  We're wasting time.

15    BY MS. SCHMITT:

16          Q.    Sir -- the --

17                MR. BERNSTEIN:  The witness is

18          entitled to a translation of my

19          statement.  Madam Translator, please

20          translate it.

21    BY MS. SCHMITT:

22          Q.    Planner 5D's copyright application

23    for its object works covers the JSON files

24    associated with Planner 5D's objects,

25    correct?

HIGHLY CONFIDENTIAL

Page 167

1               MR. BERNSTEIN:  Object.  Calls

2          for legal interpretation outside the

3          scope of the agreed topics.

4               You can answer.

5          A.    This document was prepared by my

6     lawyers.

7     BY MS. SCHMITT:

8          Q.    Do you know how many object files

9     are included in the objects work that Planner

10    5D has sought to register?

11         A.    As far as I remember, about 3,000.

12         Q.    Do you have the exact number?

13         A.    What I was able to retrieve from

14    my memory I told you.

15         Q.    How many objects are covered by

16    the objects work?

17              MR. BERNSTEIN:  Objection to it

18         calls for an interpretation of the

19         application.

20              You can answer.

21         A.    What do you mean the objects work?

22    BY MS. SCHMITT:

23         Q.    Does one object file relate to one

24    object?

25              MR. BERNSTEIN:  Objection.

HIGHLY CONFIDENTIAL

Page 168

1              Vague.

2              A.    What is an object file?

3    BY MS. SCHMITT:

4              Q.    Does Planner 5D have object file

5    or JSON files that render its objects?

6              A.    It doesn't render.

7              Q.    Can you turn to Page 65414.  Is

8    this one of Planner 5D's object files?

9                   MR. BERNSTEIN:  Objection.  This

10                  calls for interpretation of the

11                  application instead of the facture

12                  matter underlying it, which was the

13                  agreed topics, so out of scope.

14                  But you can answer.

15             A.    This is, again, part of the

16   document prepared by my lawyers.

17   BY MS. SCHMITT:

18             Q.    So you don't know what that is?

19                  MR. BERNSTEIN:  Same objection.

20             A.    It looks like a description of an

21   object.  It -- and it's more precise.  It

22   looks like the beginning of this -- the

23   description of the object -- of the object.

24   But it would be cool if I had an opportunity

25   to control the file so that I can review it.

HIGHLY CONFIDENTIAL

Page 169

1      BY MS. SCHMITT:

2            Q.    Okay.

3            A.    Okay.  This looks like an object

4      description; however, the large part of the

5      text is hidden.

6            Q.    And you don't know what's under

7      that black redacted box?

8            A.    Again, I could speculate, but

9      again, it's written there that this is the

10     description of the vertex programming code.

11           Q.    But you don't --

12                 CHECK INTERPRETER:  This is the

13           check interpreter.

14                 Vertices.

15                 THE INTERPRETER:  Vertices

16           programming code.

17     BY MS. SCHMITT:

18           Q.    But you don't know for sure?

19           A.    No.  I said what I see with my on

20     eyes in this document.  I did not prepare

21     this document.

22                 MS. SCHMITT:  Marc, this is

23           completely improper.  Your witness is

24           not adequately prepared on the topic

25           about the copyright applications

HIGHLY CONFIDENTIAL

Page 170

1           including what was covered by the
2           application.  So we will seek relief
3           from the court on this.
4                 I will move on, but this is --
5           and I'll keep going, but this is
6           completely improper.  I would like
7           to --
8      BY MS. SCHMITT:
9           Q.   Sir, is this written in JSON?
10          A.    Yes, those parts of the text that
11     I can see look like JSON, yes.
12                MR. BERNSTEIN:  Excuse me,
13          please.  Johanna, I just want to
14          respond in a way that I hope will be
15          helpful about your objection.
16                The issue here is that the
17          witness does not know about the
18          copyright office procedure including
19          deposit copies and how that works.
20          However, if you're interested in
21          submitting to him a JSON file not from
22          this application, which we produced in
23          the case, and asking him whatever you
24          like about the JSON file as it relates
25          to the factual matters underlying the

HIGHLY CONFIDENTIAL

Page 171

1           applications, he's prepared to answer.

2      BY MS. SCHMITT:

3           Q.    Has Planner 5D amended its deposit

4      copy for the object work application?

5                MR. BERNSTEIN:  Objection.  This

6                is outside of the agreed scope, which

7                I will again state quoting from

8                Planner 5D -- defendant's e-mail, the

9                parties agree that the witness shall

10               be knowledgeable about the factual

11               matter captured by defendant's topics

12               and not any work product or

13               attorney-client.  This is legal

14               information and it's outside the

15               scope.

16                    I'm asking counsel to move on.

17               I will let him answer this, but if we

18               continue in this vein, I will instruct

19               not to answer.

20                    But please go ahead and answer

21               after the translation, sir.

22           A.    Can you please repeat the

23      question?

24      BY MS. SCHMITT:

25           Q.    Has Planner 5D submitted any other

HIGHLY CONFIDENTIAL

Page 172

1    material to the copyright office as a deposit

2    copy for its objects work application?

3              MR. BERNSTEIN:  Same objection.

4              You can answer.

5         A.    Well, I do not understand what

6    other material means.

7    BY MS. SCHMITT:

8         Q.    Any other document -- any other

9    material other than the pages in this

10   document.

11        A.    Well, our legal department people,

12   our lawyers were in communication with the

13   legal department office with the copyright

14   office.

15             CHECK INTERPRETER:  This is the

16        check interpreter.

17             Just to make sure, the witness

18        did not say legal department.  Please

19        follow the communication that it was

20        our lawyers who were in communication

21        with the copyright office.

22   BY MS. SCHMITT:

23        Q.    Again, I will ask, do you know if

24   any other material other than the pages in

25   this document were submitted to the copyright

HIGHLY CONFIDENTIAL

Page 173

1          office in support of Planner 5D's application

2          for the objects work?

3                    MR. BERNSTEIN:  Objection.

4               Asked and answered.  Calls for

5               materials outside this topic.  Calls

6               for legal interpretation of the scope

7               of an application.  And I'm going to

8               allow this question, but it's been

9               asked twice and soon we're going to

10              instruct that we're beyond the

11              topics -- the proper topics for this

12              deposition as agreed by the parties.

13                   Please translate this objection.

14         A.   Our lawyers communicated with the

15    copyright office, and I'm sure that they

16    provided all necessary documents.

17    BY MS. SCHMITT:

18         Q.   Do you know what documents they

19    provided?

20                   MR. BERNSTEIN:  Objection.

21              Outside the scope of the agreed

22              discussion -- or the agreed questions.

23                   Counsel, let's move on.

24    BY MS. SCHMITT:

25         Q.   When was -- when was the last

HIGHLY CONFIDENTIAL

Page 174

1          communication between Planner 5D's

2          representatives and the copyright office?

3                    MR. BERNSTEIN:  Objection.

4               Outside the scope of the agreed

5               questions.  These documents have been

6               produced in their entirety.  I can

7               stipulate counsel so you have all

8               communications.

9                    Let's move to something that's

10              within the scope of the agreed

11              questions so I can --

12                   MS. SCHMITT:  This is, Marc, and

13              we will be seeking relief from the

14              Court.  I'm just going to ask the

15              question.

16         BY MS. SCHMITT:

17              Q.   When was the last communication

18         between Planner 5D's representatives and the

19         copyright office, sir?

20                   MR. BERNSTEIN:  Same -- sorry.

21                   Same objection.

22                   You can answer.

23              A.   I think the right way is to ask

24         our attorneys.

25

HIGHLY CONFIDENTIAL

Page 175

1      BY MS. SCHMITT:

2            Q.    Do you know if there were any

3      meetings between Planner 5D's representative

4      and the copyright office?

5                  MR. BERNSTEIN:  Objection.

6            Outside the agreed topics as reflected

7            in the July 20, 2022, e-mail from --

8            well, the e-mail chain culminating

9            July 20th of 2022 from Christian

10           Andreu-von Euw to Abbey Quigley.

11                 You can answer if you know.

12           A.    I know that our lawyers did all

13     necessary actions in order to file this

14     application.

15     BY MS. SCHMITT:

16           Q.    Do you know if they had in-person

17     meetings with the copyright office?

18                 MR. BERNSTEIN:  Same objection.

19           Same instruction.

20                 You can answer.

21           A.    So I'm not sure how the

22     attorney-client privilege works in this case,

23     but what I know is just what I heard from my

24     attorneys.

25

HIGHLY CONFIDENTIAL

Page 176

1     BY MS. SCHMITT:

2          Q.    And what was that?

3               MR. BERNSTEIN:  Objection.

4          Instruct you not to answer.

5     BY MS. SCHMITT:

6          Q.    Are you not going to answer?

7          A.    No, I'm not going to answer.

8          Q.    Can we mark as Exhibit 29 a

9     document produced by Planner 5D at P5D654 --

10    sorry.  65464 through 65516.

11               (Exhibit 29 was marked for

12               identification.)

13    BY MS. SCHMITT:

14         Q.    Please take a look at the

15    document, and when you're done, let me know

16    if you know what this document is.

17         A.    It's not downloading for some

18    reason.

19               MS. SCHMITT:  Let's go off the

20               record.  So tell me when it's

21               downloaded.

22               THE VIDEOGRAPHER:  Excuse me,

23               counsel.  The time is 9:45 a.m., and

24               we're going off the record.

25               (A brief recess was held from

HIGHLY CONFIDENTIAL

Page 177

1              9:45 a.m. to 9:46 a.m.)

2              THE VIDEOGRAPHER:  The time is

3         9:46 a.m., and we're going on the

4         record.

5              THE WITNESS:  Well, I can reply

6         based on what I know.

7    BY MS. SCHMITT:

8         Q.   Do you know what this document --

9    what is this document?

10        A.   It's an application.  It also

11   states the number of service requests that --

12   mail certificate.  There is an address --

13   registration address of a firm Marka

14   (phonetic).

15        Q.   Sir, I'm not asking you -- I'm not

16   asking you --

17              CHECK INTERPRETER:  This is the

18         check interpreter speaking --

19   BY MS. SCHMITT:

20        Q.   I'm not asking you to read the

21   document, I'm just saying do you know what

22   this document is; yes or no?

23              MR. BERNSTEIN:  I request that

24         the check interpreter be allowed to

25         complete his correction, and then

HIGHLY CONFIDENTIAL

Page 178

1          Mr. Ustyugov please finish answering
2          the question you were in the middle of
3          answering.
4               CHECK INTERPRETER:  This is the
5          check interpreter speaking.
6               The witness said that this is
7          Marc's law office's address.
8               MS. SCHMITT:  This is absolutely
9          ridiculous, Marc, and I'm not going to
10         let him read off the mail address.
11    This --
12    BY MS. SCHMITT:
13         Q.   Sir, is this Planner 5D's copy
14    application for its scene work that it
15    alleges was infringed in this case?
16              MR. BERNSTEIN:  Objection.
17         Outside the scope of the agreed
18         topics.  Calls for legal
19         interpretation.
20              Answer if you can.
21         A.   This is some sort of a legal
22    document, and there is a text in this
23    document.  I can read the text.
24    BY MS. SCHMITT:
25         Q.   No.  How many scenes files did

HIGHLY CONFIDENTIAL

Page 179

1      Planner 5D seek copyright registration for?

2           A.    As far as I recall, approximately

3      65,000.

4           Q.    But you don't know the exact

5      number?

6                 MR. BERNSTEIN:  Object.  Outside

7           the scope.

8                 You can answer.

9           A.    I said what I remember.

10     BY MS. SCHMITT:

11          Q.    All the scene files that Planner

12     5D sought copyright registration for are

13     written in JSON, correct?

14          A.    All of the scene files of Planner

15     5D are written in JSON language.

16          Q.    Can you turn to Page 65467 of the

17     document you just reviewed?

18                Is this text from one of the scene

19     files?

20                CHECK INTERPRETER:  This is the

21           check interpreter.

22                THE INTERPRETER:  I agree.

23          A.    This text looks like a program

24     code of one of the scenes of Planner 5D;

25     however, some -- a part of data is hidden.

HIGHLY CONFIDENTIAL

Page 180

1    BY MS. SCHMITT:

2          Q.    And you don't know what that data

3    is?

4                MR. BERNSTEIN:  Objection.

5          Mischaracterizes the testimony.

6                You can answer.

7          A.    Which data?

8    BY MS. SCHMITT:

9          Q.    The data that's blacked out.

10         A.    I can guess that according to our

11   format, there will be coordinates stored

12   there -- that might be there -- might be

13   store there.

14         Q.    But you don't know for sure?

15         A.    For sure what I know is that there

16   are black boxes.

17         Q.    How many scene files are

18   represented in this document?

19                MR. BERNSTEIN:  Objection.  Lack

20         of foundation.

21                You can answer if you can.

22                Also vague.

23         A.    I didn't prepare this document.

24                MS. SCHMITT:  Let's go off the

25         record and --

HIGHLY CONFIDENTIAL

Page 181

1          THE VIDEOGRAPHER:  The time is
2      9:56 a.m., and we're going off the
3      record.
4          (A brief recess was held from
5          9:57 a.m. to 10:16 a.m.)
6          THE VIDEOGRAPHER:  The time is
7      10:16 a.m., and we're going on the
8      record.
9  BY MS. SCHMITT:
10      Q.   Sir, did you speak to anyone
11  during the break?
12          MR. BERNSTEIN:  Instruct you not
13      to -- you can answer yes or no to that
14      question only, please.
15  BY MS. SCHMITT:
16      Q.   Did you speak to your lawyer
17  during the break?
18      A.   Yes.
19      Q.   Did you speak about your
20  testimony?
21          MR. BERNSTEIN:  I'm going to
22      instruct not to answer.  And I will
23      say for the record there was no
24      discussion of the substance of
25      Mr. Ustyugov's testimony.

HIGHLY CONFIDENTIAL

Page 182

1      BY MS. SCHMITT:

2          Q.    All of the object files that

3      Planner 5D sought copyright registration for

4      are JSON -- written in JSON, right?

5          A.    All Planner 5D objects are written

6      in J -- is in the JSON programming language.

7      BY MS. SCHMITT:

8          Q.    In Exhibit 29, how many scene

9      files are included in the deposit copy?

10             MR. BERNSTEIN:  Objection.

11             Calls for a legal conclusion.  Outside

12             the agreed scope.

13             And to the extent your answer

14             would include conversation with

15             counsel, please exclude them.

16         A.    I don't know.  It wasn't me who

17     prepared this document.  My lawyers prepared

18     this document.

19     BY MS. SCHMITT:

20         Q.    In Exhibit 29 -- sorry.  In

21     Exhibit 28, how many object files are

22     included in the deposit copy?

23             MR. BERNSTEIN:  Objection.

24             Calls for a legal interpretation.

25             Outside the agreed scope.

HIGHLY CONFIDENTIAL

Page 183

1              And to the extent your answer

2         would rely on attorney-client

3         communications, please exclude those.

4         A.    I don't know.  It wasn't me who

5    prepared this document.  My lawyers prepared

6    this document.

7              MS. SCHMITT:  For the record,

8         clearly this witness is not prepared

9         on Topic 2.  We will be making a

10        motion with the court to compel

11        Planner 5D to produce a witness who is

12        prepared, but for now we'll stop

13        questions on Topic 2 because it is

14        pointless.

15             MR. BERNSTEIN:  Please

16        translate, and then I will have a

17        comment.

18             This witness is not required to

19        testify about the legal aspects of the

20        applications including the

21        requirements for and satisfaction of

22        those requirements for deposit copies.

23        These are questions suitable for

24        interrogatories for the lawyers to

25        answer, and to the extent asked, have

HIGHLY CONFIDENTIAL

Page 184

1          already been.  So we can move on.

2     BY MS. SCHMITT:

3          Q.    Planner 5D refers to its JSON

4     files as data files or data, correct?

5               MR. BERNSTEIN:  Objection.

6          Vague.

7          A.    Where does Planner 5D say so?

8     BY MS. SCHMITT:

9          Q.    Are you aware of any places where

10    Planner 5D has referred to its JSON files as

11    data files or data?

12         A.    I don't quite understand what

13    we're talking about.  I know what Planner 5D

14    JSON files are all about.

15         Q.    Right.

16         A.    If you want to hear my definition,

17    I can provide it.

18         Q.    No.  Is it your testimony that

19    Planner 5D has never referred to its JSON

20    files in writing as data files?

21         A.    I don't know.  Planner 5D could

22    say that any files could be data files.

23         Q.    Okay.  Let's turn to Exhibit 30,

24    which are Planner 5D's current Terms of

25    Service.