UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UAB "PLANNER5D",<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>META PLATFORMS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-03132-WHO (SK)<br><br>**ORDER DENYING DISCOVERY LETTER BRIEF**<br><br>Regarding Docket No. 208 |

On September 9, 2022, the parties filed a joint discovery letter brief detailing their current discovery dispute. (Dkt. No. 208.) In particular, Plaintiff asks the Court to compel Defendants to provide further guidance regarding the topics Plaintiff's 30(b)(6) witness must prepare to testify to at deposition. (*Id.*) Defendants are not required to provide further guidance regarding their topics, as the notice adequately describes the areas. If Plaintiff believes that a question calls for attorney-client privileged information, Plaintiff's counsel can instruct the witness not to answer the question in the usual manner, but the Court will not rule in advance on those issues and will not require Defendants to resolve those issues before the deposition. The COURT HEREBY DENIES Plaintiff's request to compel further guidance.

**IT IS SO ORDERED**.

Dated: September 12, 2022

_____
SALLIE KIM
United States Magistrate Judge