| | |
|---|---|
| **THE BUSINESS LITIGATION GROUP, P.C.**<br>MARC N. BERNSTEIN (SBN 145837)<br>mbernstein@blgrp.com<br>WILL B. FITTON (SBN 182818)<br>wfitton@blgrp.com<br>150 Spear Street, Suite 800<br>San Francisco, CA 94105<br>Telephone: 415.765.6633<br>Facsimile: 415.283.4804<br><br>Attorneys for Plaintiff UAB "Planner5D"<br>d/b/a Planner 5D<br><br>**KIRKLAND & ELLIS LLP**<br>DALE M. CENDALI (Cal. Bar No. 1969070)<br>dale.cendali@kirkland.com<br>JOHANNA SCHMITT (pro hac vice)<br>johanna.schmitt@kirkland.com<br>ABBEY GAUGER (pro hac vice)<br>abbey.quigley@kirkland.com<br>AARON SCHROEDER (pro hac vice)<br>aaron.schroeder@kirkland.com<br>601 Lexington Avenue<br>New York, NY 10022<br>Phone: (212) 446-4800<br><br>Attorneys for Defendants Meta Platforms, Inc.<br>and Facebook Technologies, LLC | **JENNER & BLOCK LLP**<br>DAVID R. SINGER (Cal. Bar No. 204699)<br>dsinger@jenner.com<br>633 West 5th Street, Suite 3600<br>Los Angeles, CA 90071<br>Phone: (213) 239-5100<br><br>**JENNER & BLOCK LLP**<br>ANDREW H. BART (pro hac vice)<br>abart@jenner.com<br>JACOB L. TRACER (pro hac vice)<br>jtracer@jenner.com<br>CAYMAN C. MITCHELL (pro hac vice)<br>cmitchell@jenner.com<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Phone: (212) 891-1600<br><br>Attorneys for Defendant The Trustees of<br>Princeton University |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER5D" dba PLANNER 5D,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>META PLATFORMS, INC., FACEBOOK TECHNOLOGIES, LLC, THE TRUSTEES OF PRINCETON UNIVERSITY, DOES 1-200, ABC CORPORATIONS 1-20, and XYZ UNIVERSITIES 1-20.<br><br>　　　　　　　Defendants. | **Case Nos. 3:19-cv-03132-WHO**<br>**3:20-cv-02198-WHO**<br>**3:20-cv-08261-WHO**<br><br>The Honorable William H. Orrick<br><br>**STIPULATION AND ORDER TO ADJUST CASE SCHEDULE** |

**Stipulation & Proposed Order to Adjust Case Schedule**　　　　　　　Case No. 3:19-cv-03132-WHO

Pursuant to Civil L.R. 6-1, 6-2, and 7-12 it is hereby stipulated by and between Plaintiff UAB "Planner 5D" d/b/a Planner 5D ("Plaintiff"), Defendants Meta Platforms, Inc. and Facebook Technologies, LLC and Defendant The Trustees of Princeton University (collectively, "Defendants"), through their respective attorneys, that:

WHEREAS, on June 22, 2022, the Court granted the parties' Stipulation and Proposed Order re Bifurcation and Case Schedule (Dkt. No. 182);

WHEREAS, on August 24, 2022, the Court granted the parties' Stipulation and Proposed Order to Adjust Case Schedule, extending the deadline slightly to complete fact depositions in light of scheduling conflicts (Dkt. No. 206);

WHEREAS, between August 30, 2022 and September 23, 2022, Plaintiff produced additional documents and supplemented written discovery responses, and indicated the documents and information were discovered during the course of Phase 1 fact witness deposition preparations and depositions, and the parties agreed to adjourn the remaining Phase 1 fact depositions to provide time for Defendants to analyze the materials;

WHEREAS, during Phase 1 fact depositions, disputes arose as to Plaintiff's 30(b)(6) deposition testimony, including whether Plaintiff's 30(b)(6) designee was adequately prepared on two topics;

WHEREAS, Plaintiff agreed to produce a witness for a supplemental deposition on those two topics, but "requested additional guidance from Defendants" regarding the two topics on which Plaintiff's 30(b)(6) witness must prepare to testify (Dkt. No. 208);

WHEREAS, in an Order dated September 12, 2022, which was docketed on September 15, 2022, Magistrate Judge Kim ruled that "Defendants are not required to provide further guidance regarding their topics, as the notice adequately describes the areas" of examination (Dkt. No. 209);

WHEREAS, in light of Plaintiff's supplemental document productions and discovery responses, Defendants served an Amended Notice of 30(b)(6) Deposition on Plaintiff with one additional topic;

1

**Stipulation & Proposed Order to Adjust Case Schedule**          Case No. 3:19-cv-03132-WHO

WHEREAS, in light of Plaintiff's supplemental document productions and discovery responses, Defendants will proffer an additional expert witness to opine about the nature of Planner 5D's asserted copyrighted works;

WHEREAS, the parties have worked in good faith and successfully resolved a number of subsequent discovery disputes arising from the aforementioned events, including about the scope and timing of further testimony by Plaintiff's Rule 30(b)(6) designees and the scope of Phase 1 expert discovery, and agree to extend certain deadlines relevant to Phase 1 discovery;

NOW, THEREFORE IT IS STIPULATED AND AGREED THAT, subject to the approval of the Court, the following deadlines shall apply to Phase 1 discovery:

| **Event** | **Current Date** | **Proposed Date** |
| --- | --- | --- |
| The parties shall complete Phase 1 fact witness depositions. | August 31, 2022 | November 18, 2022 |
| Service of movants' expert reports, if any, in support of Phase 1 summary judgment motion. | September 9, 2022 | November 23, 2022 (Trade Secret)<br><br>December 9, 2022 (Copyright) |
| Service of rebuttal expert reports, if any. | October 7, 2022 | December 23, 2022 (Trade Secret)<br><br>January 6, 2023 (Copyright) |
| The parties shall complete expert depositions, if any. | October 28, 2022 | January 27, 2023 |
| Summary judgment motions due regarding Phase 1 issues (maximum of one motion per side). | November 18, 2022 | February 17, 2023 |

IT IS FURTHER STIPULATED AND AGREED THAT all matters set forth in the parties' Stipulation and Proposed Order re Bifurcation and Case Schedule (Dkt. No. 182), which are not expressly addressed by this Stipulation, remain in full force and effect.

IT IS SO STIPULATED, through Counsel of Record.

DATED:  November 14, 2022          THE BUSINESS LITIGATION GROUP, P.C.

                                                                                  */s/ Marc N. Bernstein*
                                                                                  Marc N. Bernstein

                                                                                  Attorneys for Plaintiff
                                                                                  UAB "PLANNER 5D"

DATED: November 14, 2022            JENNER & BLOCK LLP

                                                                                  */s/ Andrew H. Bart*
                                                                                  Andrew H. Bart

                                                                                  Attorneys for Defendant
                                                                                  THE TRUSTEE OF PRINCETON
                                                                                  UNIVERSITY

DATED:  November 14, 2022           KIRKLAND & ELLIS LLP

                                                                                 */s/ Dale M. Cendali*
                                                                                  Dale M. Cendali

                                                                                  Attorneys for Defendants
                                                                                  META PLATFORMS, INC. and FACEBOOK
                                                                                  TECHNOLOGIES, LLC

1 | **IT IS SO ORDERED.**

DATED: November 16 , 2022

 _____
HON. WILLIAM H. ORRICK

United States District Judge

## **ATTESTATION PURSUANT TO CIVL L.R. 5-1(i)(3)**

I, Andrew H. Bart, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order to Adjust the Case Schedule.  In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from all signatories.

DATED:  November 14, 2022          By:     */s/ Andrew H. Bart*
                                                    Andrew H. Bart