# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** November 15, 2022 | **Time:** 24 minutes<br>2:06 p.m. to 2:30 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 19-cv-08300-WHO | **Case Name:** Richter v. Ausmus | |

**Plaintiff:** Julia Richter, pro se
**Attorneys for Defendants:** Jocelyn Burton and Arthur James Harris

**Deputy Clerk:** Jean Davis                **Court Reporter:** Irene Rodriguez


## PROCEEDINGS

Case Management Conference conducted via videoconference. The Court revisits the July 22, 2021 order and reviews the planned procedure, as stated at the end of that order, going forward. Ms. Richter confirms that she has not received payment at this date. Ms. Burton represents that she has talked with counsel from CalPERS and it has all information it needs to make the final decision for Ms. Richter's claim.

Assuming that the claim is accepted, the Court orders Ms. Burton to file promptly a notice on ECF that the decision has been made and what its result is.  Within 20 days thereafter, the City shall file a supplemental brief arguing for the City's position that the lawsuit must be dismissed following payment, and seeking judicial notice of any documents that would support such a ruling.  Ms. Richter will then have an opportunity to respond within 14 days, and the City can reply 7 days thereafter.  Ms. Richter argues in her separate CMC Statement that the delay involved in addressing and processing her claim is itself a taking and that defendants' conduct has caused her damages—the City's opening brief should respond to these positions in addition to providing authority for its arguments.  If counsel for Mr. Stanfield wishes to address any of these issues, he may but is not required to.

If Ms. Richter's claim is rejected, the Court will consider next steps at the next CMC.  The Court encourages Ms. Burton to take any and all action that will encourage CalPERS to make its decision.

**Further Case Management Conference set for December 20, 2022 at 2:00 p.m.**