**THE BUSINESS LITIGATION GROUP, P.C.**
MARC N. BERNSTEIN (SBN 145837)
mbernstein@blgrp.com
WILL B. FITTON (SBN 182818)
wfitton@blgrp.com
150 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: 415.765.6633
Facsimile: 415.283.4804

Attorneys for Plaintiff UAB "Planner5D" d/b/a Planner 5D

**KIRKLAND & ELLIS LLP**
DALE M. CENDALI (Cal. Bar No. 1969070)
dale.cendali@kirkland.com
JOHANNA SCHMITT (pro hac vice)
johanna.schmitt@kirkland.com
ABBEY GAUGER (pro hac vice)
abbey.quigley@kirkland.com
AARON SCHROEDER (pro hac vice)
aaron.schroeder@kirkland.com
601 Lexington Avenue
New York, NY 10022
Phone: (212) 446-4800

Attorneys for Defendants Meta Platforms, Inc. and Facebook Technologies, LLC

**JENNER & BLOCK LLP**
DAVID R. SINGER (Cal. Bar No. 204699)
dsinger@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Phone: (213) 239-5100

**JENNER & BLOCK LLP**
ANDREW H. BART (pro hac vice)
abart@jenner.com
JACOB L. TRACER (pro hac vice)
jtracer@jenner.com
CAYMAN C. MITCHELL (pro hac vice)
cmitchell@jenner.com
1155 Avenue of the Americas
New York, NY 10036
Phone: (212) 891-1600

Attorneys for Defendant The Trustees of Princeton University

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER5D" d/b/a PLANNER 5D, <br><br> Plaintiff, <br> v. <br><br> META PLATFORMS, INC., FACEBOOK TECHNOLOGIES, LLC, THE TRUSTEES OF PRINCETON UNIVERSITY, DOES 1-200, ABC CORPORATIONS 1-20, and XYZ UNIVERSITIES 1-20. <br><br> Defendants. | **Case Nos. 3:19-cv-03132-WHO** <br> **3:20-cv-08261-WHO** <br><br> The Honorable William H. Orrick <br><br> **JOINT ADMINISTRATIVE MOTION FOR LEAVE TO FILE PHASE 1 SUMMARY JUDGMENT MEMORANDA OF LAW EXCEEDING PAGE LIMITS AND TO EXTEND EXPERT DEPOSITION SCHEDULE** |

Pursuant to Civil Local Rule 7-11, Defendants Meta Platforms, Inc. and Facebook Technologies, LLC (together, "Meta") and The Trustees of Princeton University (together with Meta, "Defendants"), and Plaintiff UAB "Planner 5D" d/b/a Planner 5D ("Plaintiff"), respectfully request leave from this Court to file Phase 1 summary judgment memoranda of law in excess of the page limits otherwise applicable to summary judgment briefing under the Civil Local Rules. The parties have met and conferred and agree that the number of issues to be briefed constitute good cause for an enlargement of those page limits. The parties jointly propose and have stipulated to the following page limits:

- any memorandum of law in support of any motion for summary judgment on Phase 1 issues (maximum one motion per side) shall not exceed 35 pages;
- any opposition shall not exceed 35 pages; and
- any reply shall not exceed 20 pages.[1]

*See* Stipulation Regarding Phase 1 Summary Judgment Briefing and Expert Deposition Schedule, filed concurrently to this Motion.

Further, the parties request leave from this Court to extend the schedule for Phase 1 expert depositions from January 27, 2023 up to and including February 10, 2023. Good cause for such an extension exists because the parties had to resolve a dispute about the permissible length of expert depositions before they could occur and because the parties shared a mutual desire to accommodate the experts' schedules. Such an extension will not affect any other deadline in the case.

Accordingly, Defendants and Plaintiff respectfully request the Court enter an order granting leave to exceed the page limits for memoranda of law and to extend the schedule for Phase 1 expert depositions as set forth above.

---

[1] Defendants reserve the right to request an additional enlargement of their reply brief after reviewing Plaintiff's opposition to Defendants' Phase 1 summary judgment motion.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: February 9, 2023 | JENNER & BLOCK LLP |
| 3 | | */s/ Andrew Bart* |
| | | Andrew H. Bart |
| 4 | | |
| 5 | | Attorneys for Defendant |
| | | THE TRUSTEE OF PRINCETON UNIVERSITY |
| 6 | | |
| 7 | DATED:  February 9, 2023 | KIRKLAND & ELLIS LLP |
| 8 | | */s/ Dale Cendali* |
| | | Dale M. Cendali |
| 9 | | |
| 10 | | Attorneys for Defendants |
| | | META PLATFORMS, INC. and FACEBOOK |
| 11 | | TECHNOLOGIES, LLC |
| 12 | | |
| 13 | DATED: February 9, 2023 | THE BUSINESS LITIGATION GROUP, P.C. |
| 14 | | */s/ Marc Bernstein* |
| | | Marc N. Bernstein |
| 15 | | |
| 16 | | Attorneys for Plaintiff |
| | | UAB "PLANNER 5D" |

**ATTESTATION**

I, Andrew H. Bart, am the ECF user whose ID and password are being used to file this Administrative Motion to Set a Further Case Management Conference. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from all signatories.

Dated: February 9, 2023                                By: /s/ *Andrew H. Bart*
                                                               Andrew H. Bart (*pro hac vice*)