UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UAB "PLANNER5D",<br><br>    Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC., et al.,<br><br>    Defendants. | Case No. 19-cv-03132-WHO<br><br>**ORDER GRANTING REQUEST TO EXTEND PAGE LIMITATIONS**<br><br>Re: Dkt. Nos. 214, 215 |

## BACKGROUND

The parties have jointly filed an administrative motion and stipulation seeking to extend the page limitations on their forthcoming summary judgment motions regarding Phase 1 issues. Dkt. Nos. 124, 125. They also seek to extend the deadline for Phase 1 expert depositions, from January 27, 2023, up to and including February 10, 2023. Dkt. Nos. 124, 125.

Having reviewed the papers, and good cause appearing, the requests are GRANTED. Any memorandum of law supporting a motion for summary judgment on Phase 1 issues or opposition to such shall not exceed 35 pages. Any reply memorandum shall not exceed 20 pages. The parties shall also have up to and including February 10, 2023, to complete expert depositions.

**IT IS SO ORDERED.**

Dated: February 9, 2023



William H. Orrick
United States District Judge