Dale M. Cendali (S.B.N. 1969070)
dale.cendali@kirkland.com
Johanna Schmitt (admitted *pro hac vice*)
johanna.schmitt@kirkland.com
Abbey Elizabeth Quigley (admitted *pro hac vice*)
abbey.quigley@kirkland.com
Aaron Schroeder (admitted *pro hac vice*)
aaron.schroeder@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Phone: (212) 446-4800

Kristen Reichenbach
kristen.reichenbach@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104

Attorneys for Defendants
*Meta Platforms*, *Inc.* and
*and Facebook Technologies, LLC*

David R. Singer (S.B.N. 204699)
dsinger@jenner.com
**JENNER & BLOCK LLP**
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: (213) 239-5100

Andrew H. Bart (admitted *pro hac vice*)
abart@jenner.com
Jacob L. Tracer (admitted *pro hac vice*)
jtracer@jenner.com
Cayman C. Mitchell (admitted *pro hac vice*)
cmitchell@jenner.com
**JENNER & BLOCK LLP**
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1600

Attorneys for Defendant
*The Trustees of Princeton University*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER5D" d/b/a PLANNER 5D,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., FACEBOOK TECHNOLOGIES, LLC, THE TRUSTEES OF PRINCETON UNIVERSITY, DOES 1-200, ABC CORPORATIONS 1-20 and XYZ UNIVERSITIES 1-20,<br><br>Defendants. | CASE NO. 3:19-CV-03132-WHO<br>CASE NO. 3:20-CV-08261-WHO<br><br>**DECLARATION OF AARON SCHROEDER IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFF'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH SUMMARY JUDGMENT**<br><br>Judge: Honorable William H. Orrick |

I, Aaron Schroeder, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am an attorney at the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Meta Platforms, Inc. and Facebook Technologies, LLC.  I am admitted and in good standing to practice law in the state of New York, and I am admitted *pro hac vice* to practice in this District for the above-captioned case.  I have personal knowledge of the matters set forth below and, if called and sworn as a witness, I could and would testify competently to the facts set forth herein.

2.     I respectfully submit this Declaration in support of Defendants' Administrative Motion to Consider Whether Plaintiff's Material Should be Sealed (the "Administrative Motion"), filed contemporaneously herewith and pursuant to Civil Local Rules 7-11 and 79-5(f).

3.     Defendants' Motion for Summary Judgment ("MSJ") and supporting exhibits quote, cite to, or otherwise reference material or information that has been designated CONFIDENTIAL or HIGHLY CONFIDENTIAL by Plaintiff pursuant to the Stipulated Protective Order entered by the Court in this matter on December 21, 2021 (the "Protective Order").  Dkt. 144.

4.     Defendants take no position as to the confidentiality of the materials designated HIGHLY CONFIDENTIAL or CONFIDENTIAL by Plaintiff, but seek sealing solely to remain in compliance with the Protective Order in this and the Local Rules of the District Court for the Northern District of California, and as such Defendants file the MSJ and following exhibits under seal:

| Document | Reason for Sealing | Designating Party |
|---|---|---|
| Defendants' Motion for Summary Judgment | Contains Information Designated Confidential | Plaintiff |
| Declaration of Johanna Schmitt | Contains Information Designated Confidential | Plaintiff |
| Declaration of Shuran Song | Contains Information Designated Confidential | Plaintiff |
| Declaration of Ryan McKamie | Contains Information Designated Confidential | Plaintiff |
| Declaration of Dr. Daniel Lopresti | Contains Information Designated Confidential | Plaintiff |
| Schmitt Exhibit 1 - Excerpt of Viacheslav Kondaurov Deposition | Contains Information Designated Confidential | Plaintiff |
| Schmitt Exhibit 2 - Excerpt of Andrey Ustyugov Deposition | Designated Confidential | Plaintiff |

| Document | Reason for Sealing | Designating Party |
|---|---|---|
| Schmitt Exhibit 3 - Excerpt of Alexey Sheremetyev Deposition | Designated Confidential | Plaintiff |
| Schmitt Exhibit 4 - Excerpt of Jacqueline Charlesworth Deposition | Designated Confidential | Plaintiff |
| Schmitt Exhibit 5 - Excerpt of Bruce Webster Deposition | Designated Confidential | Plaintiff |
| Schmitt Exhibit 6 - Planner 5D's Seventh Supplemental Objections and Responses to Meta Platforms, Inc.'s and Facebook Technologies, LLC's First Set of Interrogatories, dated November 18, 2022 | Designated Confidential | Plaintiff |
| Schmitt Exhibit 8 - Planner 5D's Objections and Responses to the Trustees of Princeton University's First Set of Interrogatories, dated February 11, 2022 | Contains Information Designated Confidential | Plaintiff |
| Schmitt Exhibit 9 - Planner 5D's Third Amended Supplemental Objections and Responses to Princeton University's First Interrogatories, dated August 30, 2022 | Contains Information Designated Confidential | Plaintiff |
| Schmitt Exhibit 15 - Planner 5D's Trade Secret Disclosures, with Attachments | Contains Information Designated Confidential | Plaintiff |
| Schmitt Exhibit 16 - Rebuttal Expert Report of Bruce Webster, dated Dec. 23, 2022 | Designated Confidential | Plaintiff |
| Schmitt Exhibit 17 - P5D-0063453 | Designated Confidential | Plaintiff |
| Schmitt Exhibit 32 - P5D-0068965a | Designated Confidential | Plaintiff |
| Schmitt Exhibit 33 - P5D-0079618-24 | Designated Confidential | Plaintiff |
| Schmitt Exhibit 34 - P5D-0079765-67 | Designated Confidential | Plaintiff |
| Schmitt Exhibit 35 - P5D-0080131-37 | Designated Confidential | Plaintiff |
| Schmitt Exhibit 40 - P5D-0208819 | Designated Confidential | Plaintiff |
| Schmitt Exhibit 43 - P5D-0221490 | Designated Confidential | Plaintiff |
| Schmitt Exhibit 44 - P5D-0221475 | Designated Confidential | Plaintiff |
| Schmitt Exhibit 45 - Certified translation of P5D-0218287 | Contains Information Designated Confidential | Plaintiff |
| Schmitt Exhibit 46 - P5D-0179142, Kondaurov 13 | Designated Confidential | Plaintiff |
| Schmitt Exhibit 51 - November 16, 2022 Email from C. Andreu-von Euw to A. Quigley and M. Bernstein P5D v. Meta, Princeton - Scheduling Stipulation | Contains Information Designated Confidential | Plaintiff |
| Schmitt Exhibit 52 - October 12, 2022 Email from C. Andreu-von Euw to A. Quigley and M. Bernstein re P5D v. Meta, Princeton - Scheduling Stipulation | Contains Information Designated Confidential | Plaintiff |
| Schmitt Exhibit 54 - October 2, 2022 Email from C. Andreu-von Euw to A. Quigley and M. Bernstein re P5D v. Meta, Princeton - Scheduling Stipulation attaching Comparison Excerpts[87].pdf | Contains Information Designated Confidential | Plaintiff |
| Schmitt Exhibit 57 - Data File Excerpts | Designated Confidential | Plaintiff |

| Document | Reason for Sealing | Designating Party |
|---|---|---|
| Schmitt Exhibit 58 - Exhibit 44 of Alexey Sheremetyev Deposition | Contains Information Designated Confidential | Plaintiff |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th of February 2023.   */s/ Aaron Schroeder*
　　　　　　　　　　　　　　　　　　　　 Aaron Schroeder

DECLARATION ISO ADMINISTRATIVE MOTION TO SEAL　　　CASE NO. 3:19-CV-003132