| | |
|---|---|
| Dale M. Cendali (S.B.N. 1969070)<br>dale.cendali@kirkland.com<br>Johanna Schmitt (admitted *pro hac vice*)<br>johanna.schmitt@kirkland.com<br>Abbey Elizabeth Quigley (admitted *pro hac vice*)<br>abbey.quigley@kirkland.com<br>Aaron Schroeder (admitted *pro hac vice*)<br>aaron.schroeder@kirkland.com<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, NY 10022<br>Phone: (212) 446-4800<br><br>Kristen Reichenbach<br>kristen.reichenbach@kirkland.com<br>**KIRKLAND & ELLIS LLP**<br>555 California Street<br>San Francisco, CA 94104<br><br>Attorneys for Defendants<br>*Meta Platforms, Inc.* and<br>*and Facebook Technologies, LLC* | David R. Singer (S.B.N. 204699)<br>dsinger@jenner.com<br>**JENNER & BLOCK LLP**<br>515 S. Flower Street, Suite 3300<br>Los Angeles, CA 90071<br>Telephone: (213) 239-5100<br><br>Andrew H. Bart (admitted *pro hac vice*)<br>abart@jenner.com<br>Jacob L. Tracer (admitted *pro hac vice*)<br>jtracer@jenner.com<br>Cayman C. Mitchell (admitted *pro hac vice*)<br>cmitchell@jenner.com<br>**JENNER & BLOCK LLP**<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 891-1600<br><br>Attorneys for Defendant<br>*The Trustees of Princeton University* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER5D" d/b/a PLANNER 5D,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., FACEBOOK TECHNOLOGIES, LLC, THE TRUSTEES OF PRINCETON UNIVERSITY, DOES 1-200, ABC CORPORATIONS 1-20 and XYZ UNIVERSITIES 1-20,<br><br>Defendants. | CASE NO. 3:19-CV-03132-WHO<br>CASE NO. 3:20-CV-08261-WHO<br><br>**DECLARATION OF JOHANNA SCHMITT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**ADDITIONAL EXHIBITS**<br><br>Hearing Date: July 12, 2023<br>Time: 2:00 PM<br>Courtroom: 2, 17th Floor<br><br>Judge: Honorable William H. Orrick |