| | |
|---|---|
| Marc N. Bernstein (S.B.N. 145837)<br>mbernstein@blgrp.com<br>Will B. Fitton (S.B.N. 182818)<br>wfitton@blgrp.com<br>Christian Gabriel Andreu-von Euw (S.B.N. 265360)<br>christian@blgrp.com<br>THE BUSINESS LITIGATION GROUP, P.C.<br>150 Spear Street, Suite 800<br>San Francisco, CA 94105<br>Telephone: (415) 765-6633<br><br>Attorneys for Plaintiff<br>*UAB "Planner5D"*<br><br>David R. Singer (S.B.N. 204699)<br>dsinger@jenner.com<br>JENNER & BLOCK LLP<br>515 S. Flower Street, Suite 3300<br>Los Angeles, CA 90071<br>Telephone: (213) 239-5100<br><br>Andrew H. Bart (admitted *pro hac vice*)<br>abart@jenner.com<br>Jacob L. Tracer (admitted *pro hac vice*)<br>jtracer@jenner.com<br>Cayman C. Mitchell (admitted *pro hac vice*)<br>cmitchell@jenner.com<br>JENNER & BLOCK LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 891-1600<br><br>Attorneys for Defendant<br>*The Trustees of Princeton University* | Dale M. Cendali (S.B.N. 1969070)<br>dale.cendali@kirkland.com<br>Johanna Schmitt (admitted *pro hac vice*)<br>johanna.schmitt@kirkland.com<br>Abbey Elizabeth Quigley (admitted *pro hac vice*)<br>abbey.quigley@kirkland.com<br>Aaron Schroeder (admitted *pro hac vice*)<br>aaron.schroeder@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Phone:        (212) 446-4800<br><br>Attorneys for Defendants<br>*Meta Platforms, Inc.* and<br>*and Facebook Technologies, LLC* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UAB "PLANNER5D" dba PLANNER 5D,<br><br>              Plaintiff,<br><br>        v.<br><br>META PLATFORMS, INC., FACEBOOK TECHNOLOGIES, LLC, THE TRUSTEES OF PRINCETON UNIVERSITY, DOES 1-200, ABC CORPORATIONS 1-20, and XYZ UNIVERSITIES 1-20,<br><br>              Defendants. | Case No.  3:19-cv-03132-WHO<br>Case No.  3:20-cv-08261-WHO<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE ON SUMMARY JUDGMENT MOTION AND [~~PROPOSED~~] ORDER** |

Under Civil Local Rule 6-2, it is stipulated by Plaintiff UAB "Planner 5D" d/b/a Planner 5D ("Plaintiff"), Defendants Meta Platforms Inc. and Facebook Technologies, LLC, and Defendant The Trustees of Princeton University (collectively, "Defendants") that:

RECITALS

On February 17, 2023, Defendants filed a motion for summary judgment (Dkt. 220), which was noticed for hearing on July 12, 2023. Under Civil Local Rule 7-3(a), Planner 5D's opposition is currently due March 3, 2023.

Planner 5D opposes the July 12, 2023 hearing date.

The parties are negotiating regarding the briefing schedule and hearing date and anticipate filing further stipulations addressing these issues.

Defendants have agreed that Planner 5D will have until at least March 31, 2023, to file its opposition papers while the parties continue to negotiate the briefing schedule and hearing date.

STIPULATION

It is therefore stipulated that Plaintiff shall have until at least March 31, 2023, to file its opposition to Defendants' summary judgment motion.

| | | |
|---|---|---|
| 1 | Dated: March 1, 2023 | THE BUSINESS LITIGATION GROUP, P.C. |

/s/ *Will B. Fitton*
Will B. Fitton

Attorneys for Plaintiff
*UAB "Planner5D"*

Dated: March 1, 2023                KIRKLAND & ELLIS LLP

/s/ *Dale M. Cendali*
Dale M. Cendali (S.B.N. 1969070)

Attorneys for Defendants
*Meta Platforms, Inc.*
*and Facebook Technologies, LLC*

Dated: March 1, 2023                JENNER & BLOCK LLP

/s/ *Andrew H. Bart*
Andrew H. Bart

Attorneys for Defendant
*The Trustee of Princeton University*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

3  Dated: March 2, 2023

_____
HON. WILLIAM H. ORRICK
United States District Judge

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Will B. Fitton, am the ECF User whose ID and password are being used to file this document.  I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

DATED:  March 1, 2023                          /s/ *Will B. Fitton*
                                               Will B. Fitton