Dale M. Cendali (S.B.N. 1969070)
dale.cendali@kirkland.com
Johanna Schmitt (admitted *pro hac vice*)
johanna.schmitt@kirkland.com
Abbey Elizabeth Quigley (admitted *pro hac vice*)
abbey.quigley@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Phone: (212) 446-4800

Kristen Reichenbach
kristen.reichenbach@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104

Attorneys for Defendants
*Meta Platforms*, *Inc.* and
*and Facebook Technologies, LLC*

David R. Singer (S.B.N. 204699)
dsinger@jenner.com
**JENNER & BLOCK LLP**
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: (213) 239-5100

Andrew H. Bart (admitted *pro hac vice*)
abart@jenner.com
Jacob L. Tracer (admitted *pro hac vice*)
jtracer@jenner.com
Cayman Mitchell (admitted *pro hac vice*)
cmitchell@jenner.com
**JENNER & BLOCK LLP**
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1600

Attorneys for Defendant
*The Trustees of Princeton University*
*UAB "Planner5D"*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UAB "PLANNER5D" d/b/a PLANNER 5D,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., FACEBOOK TECHNOLOGIES, LLC, THE TRUSTEES OF PRINCETON UNIVERSITY, DOES 1-200, ABC CORPORATIONS 1-20 and XYZ UNIVERSITIES 1-20,<br><br>Defendants. | CASE NO. 3:19-CV-03132-WHO<br>CASE NO. 3:20-CV-08261-WHO<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S DECLARATION IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFF'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH SUMMARY JUDGMENT**<br><br>Judge; Honorable William H. Orrick |

Pursuant to Civil Local Rules 7-11 and 79-5(f) of the U.S. District Court for the Northern District of California, as well as this Court's Standing Order on Administrative Motions to File Under Seal, Defendants Meta Platforms, Inc., Facebook Technologies, LLC, and The Trustees of Princeton University (collectively, "Defendants"), respectfully submit this Response to Plaintiff's Declaration of Andrey Ustyugov in Support of Defendants' Administrative Motion to Consider Whether Plaintiff's Material Should Be Sealed in Connection with Summary Judgment (the "Declaration").

The Declaration addresses both material that Plaintiff UAB "Planner5D" ("Planner 5D") contends should be maintained under seal as well as material that Planner 5D contends should not be maintained under seal. As to the material for which Planner 5D seeks sealing, Defendants nominally oppose Planner 5D's sealing request because Defendants' position is that Planner 5D has failed to establish that it owns any trade secrets as a matter of law. However, Defendants recognize that Planner 5D has alleged claims for trade secret misappropriation and that the Court has not yet ruled on the merits of those claims. Defendants do not object to preserving the confidentiality of material that Planner 5D alleges contains trade secrets while its claims are pending before the Court.

As to the material for which Planner 5D does not seek sealing, Defendants have no objection to the public disclosure of that information. Defendants sought to file that material under seal only because Planner 5D designated it as CONFIDENTIAL or HIGHLY CONFIDENTIAL during discovery.

1

RESPONSE TO PLAINTIFF'S DECLARATION                                    CASE NO. 3:19-CV-003132

1  Dated: March 7, 2023
2                                               KIRKLAND & ELLIS LLP
3
                                                */s/ Dale Cendali*
4                                               Dale M. Cendali (S.B.N. 1969070)
5                                               Attorneys for Defendants
                                                *Meta Platforms, Inc.*
6                                               *and Facebook Technologies, LLC*
7
8  Dated: March 7, 2023
                                                JENNER & BLOCK LLP
9
10
                                                */s/ Andrew Bart*
11                                              Andrew H. Bart (*pro hac vice*)
12                                              Attorneys for Defendant
                                                *The Trustees of Princeton University*
13

## ATTESTATION

I, Andrew H. Bart, am the ECF user whose ID and password are being used to file this Response to Plaintiff's Declaration. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from all signatories.

Dated: March 7, 2023                              By: */s/ Andrew Bart*
                                                           Andrew H. Bart (*pro hac vice*)