UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** April 4, 2023 | **Time:** 3 minutes<br>1:44 p.m. to 1:47 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 19-cv-03132-WHO | **Case Name:** UAB "Planner 5D" v. Meta Platforms, Inc. | |

**Attorney for Plaintiff:**      Marc N. Bernstein
**Attorney for Meta:**           Dale Cendali
**Attorneys for Princeton:**     Andrew H. Bart and Jacob L. Tracer

**Deputy Clerk:** Jean Davis                **Court Reporter:** Belle Ball

PROCEEDINGS

Case Management Conference conducted via videoconference. Parties believe that the trial schedule set prior to bifurcation of the case does not apply. In that light, the short continuance requested by counsel is appropriate. The hearing on Motion for Summary Judgment will be set for July 12, 2023.