UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UAB "PLANNER5D",<br><br>    Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC., et al.,<br><br>    Defendants. | Case No. 19-cv-03132-WHO<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE**<br><br>Re: Dkt. No. 242 |

Having considered the plaintiff's administrative motion regarding the briefing schedule and hearing on the pending motion for summary judgment, along with the defendants' opposition, the following schedule is set:

The plaintiff's opposition to the summary judgment motion is due **by April 5, 2023**. Any reply is due **by May 26, 2023**. The motion will be heard on **July 12, 2023**.

**IT IS SO ORDERED.**

Dated: April 4, 2023

William H. Orrick
United States District Judge