```
 1  MARC N. BERNSTEIN (SBN 145837)
    mbernstein@blgrp.com
 2  WILL B. FITTON (SBN 182818)
    wfitton@blgrp.com
 3  CHRISTIAN G. ANDREU-VON EUW (SBN 265360)
    christian@blgrp.com
 4  THE BUSINESS LITIGATION GROUP, P.C.
    150 Spear Street, Suite 800
 5  San Francisco, CA 94105
    Telephone: 415.765.6633
 6  Facsimile: 415.283.4804

 7  Attorneys for Plaintiff
    UAB "PLANNER5D"
 8
```

**FILED**
APR 05 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER5D" dba PLANNER 5D,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., FACEBOOK TECHNOLOGIES, LLC, THE TRUSTEES OF PRINCETON UNIVERSITY, DOES 1-200, ABC CORPORATIONS 1-20, and XYZ UNIVERSITIES 1-20.<br><br>Defendants. | Case No. 3:19-cv-03132-WHO<br><br>**MANUAL FILING NOTIFICATION**<br><br>**EXHIBIT 10 TO THE DECLARATION OF ANDREY USTYUGOV IN SUPPORT OF PLANNER 5D'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**EXHIBIT 10: VIDEO FILE** |

BY FAX

MANUAL FILING NOTIFICATION

Regarding: EXHIBIT 10 to the Declaration of Andrey Ustyugov in Support of Planner 5D's Opposition to Defendants' Motion for Summary Judgment.

This filing is in paper or physical form only and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

☐ Unable to Scan Documents
☐ Physical Object (please describe):
☒ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
☐ Item Under Seal in Criminal Case
☐ Conformance with the Judicial Conference Privacy Policy (General Order 53)
☐ Other (please describe):

RESPECTFULLY SUBMITTED,

DATED: April 5, 2023                THE BUSINESS LITIGATION GROUP, P.C.


                                    By:    /s/Will B. Fitton
                                           Will B. Fitton


                                    Attorneys for Plaintiff
                                    PLANNER 5D

---

Manual Filing Notification                             Case No. 3:19-cv-03132-WHO