Exh. 3

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    SAN FRANCISCO DIVISION

4  _____
                                    )
5  UAB "PLANNER5D" dba PLANNER 5D,  )
                                    )
6                   Plaintiff,      )
                                    )
7  vs.                              ) Case No.:
                                    ) 3:19-CV-03132-WHO
8  META PLATFORMS, INC., FACEBOOK   )
   TECHNOLOGIES, LLC, THE TRUSTEES  )
9  OF PRINCETON UNIVERSITY, DOES    )
   1-200, ABC CORPORATIONS 1-20,    )
10 and XYZ UNIVERSITIES 1-20,       )
                                    )
11                  Defendants.     )
   _____)

12

13

14

15            Videotaped Deposition of

16                  RYAN MCKAMIE

17              (Conducted Remotely)

18           Friday, February 10, 2023

19           7:09 a.m. to 4:08 p.m. PST

20

21

22

23

24  Job No.:  10114253

25  Reported by:  BRENDA MATZOV, CSR NO. 9243

1  to dumping or scraping of information.
2      Q.   And -- and as part of that business,
3  do you ever scrape websites?
4      A.   No.  However, say, for instance,
5  I might review reports compiled by my team
6  which identify if a website is vulnerable
7  to having -- to -- to having unauthorized
8  access or -- or -- or -- of some of its
9  information or dumping of that information.
10     Q.   So members of your team may scrape
11 websites; is that correct?
12          MR. TRACER:  Objection.
13          Mischaracterizes the testimony.
14          THE WITNESS:  I oversee a team that
15 conducts those sorts of activities.  Correct.
16 BY MR. ANDREU-VON EUW:
17     Q.   To your knowledge, has anybody on
18 your team, at -- at least in their capacity
19 as your employee, ever scraped any websites
20 without consent of the website owner?
21     A.   I can't recall any specific instance
22 of that.
23     Q.   Okay.  And it is Certus' policy to
24 obtain express written consent before scraping
25 any website; correct?

1     A.   When we undertake our engagements
2  for our clients, typically there is a -- a
3  letter of authorization, specifying the scope
4  of the work that we're to provide and specifying
5  the balance of the work or basically the rules
6  of engagement of the testing that we perform.
7  And that's kind of part and parcel of the
8  work for -- or -- or normal for most security
9  testing firms like ours.
10    **Q.   So Certus would never scrape a**
11 **website unless it was specifically authorized**
12 **by the letter of -- letter of authorization,**
13 **specifying the scope of your work; is that**
14 **correct?**
15    A.   We engage -- we perform our services
16 at the request of our -- our clients and with
17 a letter of authorization in almost all instances.
18    **Q.   Sir, maybe my question wasn't clear.**
19 **Let me ask it again.**
20         **So Certus would never scrape a**
21 **website unless it was specifically authorized**
22 **by the letter of authorization, specifying**
23 **the scope of Certus' work; is that correct?**
24         MR. TRACER:  Objection.  Asked
25 and answered.

```
 1              THE WITNESS:  We typically on --
 2   on -- on almost all instances have a letter
 3   of authorization or executing work at the
 4   request of our clients and operate within
 5   the rules of engagement that we establish
 6   with our clients, which is typical of --
 7   of security testing firms.
 8   BY MR. ANDREU-VON EUW:
 9       Q.    You say in almost all instances.
10             What other instances are there?
11       A.    Let me pause and consider.
12             I -- I actually -- I -- I -- in --
13   in virtually all the -- the circumstances
14   that I can recall, there's explicit basis for
15   our work, which is a letter of authorization.
16       Q.    So you cannot think of any instances
17   where Certus has scraped a website without
18   an explicit letter of authorization authorizing
19   that scraping; correct?
20       A.    No, I cannot recall any circumstances.
21       Q.    And -- and -- and that's consistent
22   with industry practice; correct?
23       A.    Penetration testing firms in the --
24   in -- in this industry that -- that I'm engaged
25   in, my company's engaged in, typically establish
```

 1  salaried?
 2      A.   All of the members of my team are
 3  salaried.
 4      Q.   To your knowledge, do any Certus
 5  employees have other jobs?
 6      A.   My employees, as security
 7  practitioners, often are affiliated with
 8  security research communities, such as bug
 9  bounty platforms, and may obtain -- a handful
10  of them may obtain income from those bug
11  bounty platforms for vulnerabilities that
12  they identify through their research.
13      Q.   Okay.  Can you explain what a bug
14  bounty platform is?
15      A.   A bug bounty platform is typically
16  an entity that -- that facilitates security
17  research.  They aggregate security researchers
18  into a community.  And they connect those
19  security researchers with corporations or
20  organizations which would like to have the
21  security of their -- their products evaluated.
22           And they -- the -- the -- the work
23  is undertaken -- or the research is undertaken
24  via that platform to identify vulnerabilities
25  for those organizations and for -- depending

1    Q.  As -- as a cybersecurity professional
2 and contractor for Meta, do you know one way
3 or the other whether Meta has a public bug
4 bounty program?
5         MR. TRACER:  Objection to the extent
6 it calls for any information protected by
7 a nondisclosure agreement.
8         MR. ANDREU-VON EUW:  I'll note
9 the question called for public information.
10        THE WITNESS:  I believe I have
11 passingly -- I have some awareness of Meta's
12 participation in bug bounty programs, although
13 I have not reviewed their bug bounty policy.
14 BY MR. ANDREU-VON EUW:
15   Q.  So -- I'm sorry.
16        You said participation in bug bounty
17 programs, which could mean they submit bugs
18 or they request bugs.
19        So Meta has a bug bounty program;
20 correct?
21   A.  I believe that Meta has a bug bounty
22 program.  However, I have not reviewed specific
23 documentation from Meta relating to any bug
24 bounty program.
25   Q.  Okay.  Now, turning back to your --

1  your CV, you say that -- that Certus provides
2  services to the top three largest U.S. banks
3  and top ten Fortune 100 corporation -- or
4  excuse me -- Fortune 100 -- yeah.
5           What is a top ten Fortune 100
6  company?
7       A.   So, one, I would just like to
8  correct the -- the statement that you made
9  that -- that we don't serve all of the top
10 three largest U.S. banks.  I've --
11      Q.   Thank -- thank you, sir.  You're --
12 you're right.  I -- I misread it.  It's one
13 of the top three.
14          My question concerns the top ten
15 Fortune 100 corporations.
16          What is a top ten Fortune 100
17 corporation?
18      A.   Top ten Fortune 100 corporation
19 would be, in my definition, either a company
20 in the top ten of the Fortune 100 list or
21 one of the top ten U.S. corporations by
22 market capitalization.
23      Q.   How many of those corporations
24 are Certus clients?
25      A.   A handful.

```
 1            THE WITNESS:  I -- as I sit here
 2   today, I recall as I developed my report,
 3   I had an understanding that Planner5D was
 4   a start-up with small staffing levels.
 5            The precise document where I came
 6   by that information I cannot recollect.
 7   BY MR. ANDREU-VON EUW:
 8       Q.   And the only basis that you can
 9   provide, as you sit here today, for an
10   estimate of the size of Planner5D's staff
11   is found in Professor Webster's report,
12   which you received after you submitted
13   your expert report; correct?
14            MR. TRACER:  Objection.  Asked
15   and answered.
16            THE WITNESS:  I, of course, obtained
17   and read Mr. Webster's report after I submitted
18   mine.  And at the time I submitted my report,
19   I was -- I had some understanding that Planner5D
20   was a small company with small staffing levels.
21   However, I cannot recall the precise document
22   in my review which -- where I learned that --
23   that -- that -- that information.
24   BY MR. ANDREU-VON EUW:
25       Q.   And -- and -- and -- and you can't
```

1  recall any estimate of -- of the -- of the
2  number -- any source for an estimate of the
3  number -- precise estimate -- or an estimate,
4  as opposed to the word "small" -- let me ask
5  the question again.
6           You -- you allude to an understanding
7  that Planner5D was a small company.
8           You cannot identify any basis to
9  estimate that -- that the number -- the number
10 of employees Planner5D had at the time it was
11 developing its web application other than the
12 expert report of Professor Webster; correct?
13          MR. TRACER:  Objection.  Asked and
14 answered.
15          THE WITNESS:  Give me a moment to
16 think over the information that I reviewed
17 prior to preparing the report.  I'll think
18 about it for a moment.
19          As I -- as I sit here and recall,
20 I -- I cannot remember the -- the source
21 of how I understood the size of Planner5D's
22 staffing.  I -- I cannot recall the exact
23 document where I obtained that understanding.
24 BY MR. ANDREU-VON EUW:
25     Q.   At the time you submitted your

1    **expert report, did you have any understanding**
2    **of the size of Planner5D's research and**
3    **development budget?**
4    A.   So as I mentioned, I was aware that
5    Planner5D was a small company.  And I considered
6    myself quite well aware of the -- you know,
7    the financial resources of small companies
8    and given that I own a small company myself.
9         But I did not have specific data
10    points around the financial resources of
11    Planner5D beyond my own understanding of --
12    as a small business owner, of the constraints
13    and -- and -- and resources that small business
14    owners typically have, beyond my own experience.
15    **Q.   At the time you submitted your expert**
16    **report, did you have any understanding of how**
17    **many users Planner5D had in 2016?**
18    A.   The precise -- at the time I submitted
19    the report, I -- I -- I struggle to recall if
20    I had any information about the user base of
21    Planner5D in 2016.  However, I don't know if
22    it would -- even if I had known that, I --
23    I would have -- it would have significantly
24    in -- influenced my -- my thinking on the --
25    on the -- on the case.

1    Q.   So as you sit here today, you do
2  not recall having any understanding of how
3  many users Planner5D had in 2016 at the time
4  you submitted your report?
5         MR. TRACER:  Objection.  Asked and
6  answered.
7         THE WITNESS:  I don't recall having
8  a pinpoint number or a precise number in my
9  mind of Planner5D's user base that I can
10  recall as I developed the report.  I can't --
11  I can't specifically recall that.
12  BY MR. ANDREU-VON EUW:
13    Q.   Do you recall having any -- having
14  any basis to estimate the number of users
15  Planner5D had in 2016 at the time you submitted
16  your report?
17    A.   Can you re-state the question, please?
18    Q.   Yes.  A second ago, you mentioned the
19  pinpoint number.  So I just want to clarify.
20         Do you recall having any basis to
21  estimate the number of users that Planner5D
22  had in 2016 when you submitted your expert
23  report?
24    A.   Again, I'm -- I have a small business
25  that also serves other small businesses.  So

1  other than that experience working with other
2  start-ups and my awareness that most start-ups,
3  in their early phase of their business, are
4  building traction or focused on building
5  traction in terms of their users or -- or
6  business, I -- I -- I can't recall any other
7  basis other than that -- that knowledge.
8      **Q.  Okay.  At the time you submitted**
9  **your expert report, did you have any**
10 **understanding of Planner5D's 2016 marketing**
11 **budget?**
12     A.  At the time I submitted the report,
13 I do not believe I had an understanding of
14 Planner5D's marketing budget.
15     **Q.  At the time you submitted your**
16 **expert report in 2016, did you have any**
17 **understanding of any aspect of Planner5D's**
18 **budget?**
19     A.  Beyond my experience working with
20 start-ups around the world in my capacity
21 leading my current company, I didn't have
22 any specific understanding of Planner5D's
23 specific budgetary circumstances other than
24 the fact that I understood that Planner5D
25 was a start-up emerging business.

1 an instance where.
2 BY MR. ANDREU-VON EUW:
3      Q.   Where you did that; correct?
4           Just to finish your sentence to make
5 sure it's -- I understand.
6      A.   Please re-state the question.  And
7 I --
8      Q.   Yeah.
9      A.   And I'll -- I'll do my best to answer.
10     Q.   Is it true that you have never looked
11 at the rendered three-dimensional scenes and
12 objects described by Planner5D's files without
13 using Planner5D's viewer?
14     A.   I actually would struggle to agree
15 with that -- that statement.  Because the --
16 the -- the -- when I did view Planner5D's
17 scene and object files -- give me a moment.
18 I'm trying to recall at this moment.  I --
19 I can't recall.
20     Q.   You can't recall ever viewing the
21 three-dimensional scenes or objects described
22 in Planner5D's files without using Planner5D's
23 viewer?
24     A.   I can't recall.
25     Q.   Do you know how to view the

```
 1   three-dimensional scenes or objects described
 2   in Planner5D's files without using the Planner5D
 3   viewer?
 4            MR. TRACER:  Objection.  Vague.
 5            THE WITNESS:  I believe I could --
 6   I believe I could demonstrate how to view the
 7   Planner5D scene and object files in -- in the
 8   clear basically.
 9   BY MR. ANDREU-VON EUW:
10       Q.   How would you look at the
11   three-dimensional scenes or objects described
12   in Planner5D's files without using the Planner5D
13   viewer?
14       A.   Are you referring to the rendered
15   visual of the scenes?
16       Q.   Yes.
17       A.   Oh, no.  Perhaps I misunderstood the
18   question.  If we're referring to the rendered
19   scenes or visual, it would require Planner5D's
20   interface.
21       Q.   Okay.  Now -- now, sir, changing topics
22   again for a few questions.
23            It's your understanding that Dr. Song
24   wrote a custom program to download Planner5D
25   scene and object files; is that correct?
```

1       Q.   Sir, I asked you -- I asked you about
2  today.
3            Does -- does the company you describe
4  in page 3 in your report, do you know if it
5  has more or less than 50 employees today?
6       A.   I don't know.  And I would have to
7  speculate, which I don't want to do, based off
8  its current -- off the -- the -- the company's
9  current headcount.
10      Q.   Do you know if, at any point since
11 2018, the company you describe in paragraph
12 3 of your report had more or less than 50
13 employees?
14      A.   I believe it had in the region of
15 50 employees when my company first provided
16 services to the company that I reference in
17 my report, in the region --
18      Q.   Do you know -- I'm sorry I interrupted
19 you, sir.
20           Do you know one way or the other
21 whether or not the company you reference in
22 paragraph 3 had received more than $10 million
23 in funding prior to 2018?
24      A.   Prior to 2018?
25      Q.   Correct.  Separate and apart from

1    CERTIFICATE OF REPORTER

2

3    I, BRENDA MATZOV, CSR NO. 9243, do hereby

4 certify:

5    That, prior to being examined, the witness

6 named in the foregoing deposition was remotely duly

7 affirmed by me to testify the truth, the whole

8 truth, and nothing but the truth.

9    That the foregoing deposition was taken

10 remotely/virtually before me, at which time the

11 aforesaid proceedings were stenographically recorded

12 by me and thereafter transcribed by me.

13    That the foregoing transcript, as typed,

14 is a true record of the said proceedings;

15    And I further certify that I am not

16 interested in the action.

17

18    Dated this 15th day of February, 2023.

19    *Brenda Matzov* (signature)

20    _____

     BRENDA MATZOV, CSR NO. 9243

21

22

23

24

25