# Exh. 14

Redacted in Full