1  MARC N. BERNSTEIN (SBN 145837)
   mbernstein@blgrp.com
2  WILL B. FITTON (SBN 182818)
   wfitton@blgrp.com
3  CHRISTIAN G. ANDREU-VON EUW (SBN 265360)
   christian@blgrp.com
4  THE BUSINESS LITIGATION GROUP, P.C.
   150 Spear Street, Suite 800
5  San Francisco, CA 94105
   Telephone: 415.765.6633
6  Facsimile: 415.283.4804

7  Attorneys for Plaintiff
   UAB "Planner5D"

8

9

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

14
   UAB "PLANNER5D" dba PLANNER 5D,          **Case No. 3:19-cv-03132-WHO (SK)**
15                                           **Case No. 3:20-cv-08261-WHO**
                      Plaintiff,
16
                      v.
17
                                             **UNOPPOSED ADMINISTRATIVE**
18 META PLATFORMS, INC., FACEBOOK            **MOTION TO ACCEPT LATE FILING**
   TECHNOLOGIES, LLC, THE TRUSTEES
19 OF PRINCETON UNIVERSITY, DOES 1-
   200, ABC CORPORATIONS 1-20, and XYZ
20 UNIVERSITIES 1-20.
21
                      Defendants.
22

23

24

25

26

27

28

---

1    Planner 5D moves the Court to accept its opposition to Defendants' Motion for

2  Summary Judgment, which was filed two hours late due to technical issues arising from

3  distributed editing. Defendants do not oppose this motion. (Bernstein Decl. ¶ 4.)

4    The motion is supported by the declaration of Marc N. Bernstein.

5    A court may extend a deadline "for good cause . . . on motion made after the time has

6  expired if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(B)(1)(b).

7  Courts apply a four-factor equitable test for excusable neglect, "examining: (1) the danger of

8  prejudice to the opposing party; (2) the length of the delay and its potential impact on the

9  proceedings; (3) the reason for the delay; and (4) whether the movant acted in good faith."

10  *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1261 (9th Cir. 2010). Courts applying this

11  test "cannot create or apply any 'rigid legal rule against late filings attributable to any

12  particular type of negligence.'" *Id.* at 1260 (quoting *Pincay v. Andrews,* 389 F.3d 853, 860

13  (9th Cir. 2004) (en banc)).

14    Here, the two-hour delay is too short to affect Defendants, whose reply is due May 26

15  and who do not oppose this motion. (Bernstein Decl. ¶ 4.) Nor will the short delay affect these

16  proceedings. The delay was due to technical problems associated with distributed editing. (*Id.*

17  ¶ 3.) And Planner 5D acted in good faith.

18    Planner 5D respectfully requests the Court to accept its opposition papers.

19  RESPECTFULLY SUBMITTED,

20  DATED: April 12, 2023                THE BUSINESS LITIGATION GROUP, P.C.

21                                       By:     /s/ *Marc N. Bernstein*
                                                 Marc N. Bernstein
22

23                                       Attorneys for Plaintiff
                                         UAB "PLANNER5D"
24

25

26

27

28

**1**

---

**Motion to Accept Late Filing**                                    **Case No. 3:19-cv-03132-WHO**