1  MARC N. BERNSTEIN (SBN 145837)
   mbernstein@blgrp.com
2  WILL B. FITTON (SBN 182818)
   wfitton@blgrp.com
3  CHRISTIAN G. ANDREU-VON EUW (SBN 265360)
   christian@blgrp.com
4  THE BUSINESS LITIGATION GROUP, P.C.
   150 Spear Street, Suite 800
5  San Francisco, CA 94105
   Telephone: 415.765.6633
6  Facsimile: 415.283.4804

7  Attorneys for Plaintiff
   UAB "Planner5D"
8

9

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14
   UAB "PLANNER5D" dba PLANNER 5D,       Case No. 3:19-cv-03132-WHO (SK)
15                                        Case No. 3:20-cv-08261-WHO
              Plaintiff,
16
         v.
17
                                          **DECLARATION OF MARC N.
18 META PLATFORMS, INC., FACEBOOK         BERNSTEIN IN SUPPORT OF
   TECHNOLOGIES, LLC, THE TRUSTEES        UNOPPOSED ADMINISTRATIVE
19 OF PRINCETON UNIVERSITY, DOES 1-       MOTION TO ACCEPT LATE FILING**
   200, ABC CORPORATIONS 1-20, and XYZ
20 UNIVERSITIES 1-20.

21            Defendants.

22

23

24

25

26

27

28

I, Marc N. Bernstein, declare as follows:

1. I am a principal of The Business Litigation Group, P.C.

2. Planner 5D's opposition to Defendants' summary judgment motion (ECF No. 220) was due April 5. (ECF No. 247.)

3. We endeavored to file the motion that evening but were unexpectedly delayed due to technical issues associated with distributed editing. Specifically, our "live" version of the summary judgment opposition became corrupted and would not open. We were able to rescue the file, but it had continued problems that made it difficult to create tables of contents and authorities. We filed the papers as soon as we were able, starting at 1:57 am on April 6.

4. On April 6, I asked Defendants' counsel by e-mail if they would oppose a motion to accept the late filing. Defendants' counsel responded that they "will not challenge the opposition papers on the grounds of lateness."

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on April 12, 2023.

                                                  /s/ *Marc N. Bernstein*
                                                  Marc N. Bernstein