| | |
|---|---|
| Dale M. Cendali (S.B.N. 1969070) <br> dale.cendali@kirkland.com <br> Johanna Schmitt (admitted *pro hac vice*) <br> johanna.schmitt@kirkland.com <br> Abbey Elizabeth Quigley (admitted *pro hac vice*) <br> abbey.quigley@kirkland.com <br> **KIRKLAND & ELLIS LLP** <br> 601 Lexington Avenue <br> New York, NY 10022 <br> Phone: (212) 446-4800 <br><br> Kristen Reichenbach <br> kristen.reichenbach@kirkland.com <br> **KIRKLAND & ELLIS LLP** <br> 555 California Street <br> San Francisco, CA 94104 <br><br> Attorneys for Defendants <br> *Meta Platforms*, *Inc.* and <br> *and Facebook Technologies, LLC* | David R. Singer (S.B.N. 204699) <br> dsinger@jenner.com <br> **JENNER & BLOCK LLP** <br> 515 S. Flower Street, Suite 3300 <br> Los Angeles, CA 90071 <br> Telephone: (213) 239-5100 <br><br> Andrew H. Bart (admitted *pro hac vice*) <br> abart@jenner.com <br> Jacob L. Tracer (admitted *pro hac vice*) <br> jtracer@jenner.com <br> Cayman Mitchell (admitted *pro hac vice*) <br> cmitchell@jenner.com <br> **JENNER & BLOCK LLP** <br> 1155 Avenue of the Americas <br> New York, NY 10036 <br> Telephone: (212) 891-1600 <br><br> Attorneys for Defendant <br> *The Trustees of Princeton University* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER5D" d/b/a PLANNER 5D, <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC., FACEBOOK TECHNOLOGIES, LLC, THE TRUSTEES OF PRINCETON UNIVERSITY, DOES 1-200, ABC CORPORATIONS 1-20 and XYZ UNIVERSITIES 1-20, <br><br> Defendants. | CASE NO. 3:19-CV-03132-WHO <br> CASE NO. 3:20-CV-08261-WHO <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** <br><br> Judge; Honorable William H. Orrick |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

 Please take notice that Aaron Schroeder hereby withdraws his appearances as counsel for Defendants Meta Platforms, Inc. and Facebook Technologies, LLC in the above-referenced action. Meta Platforms, Inc. and Facebook Technologies, LLC will continue to be represented by Dale M. Cendali, Johanna Schmitt, Abbey Quigley, and Kristen P.L. Reichenbach of Kirkland & Ellis LLP.

.

Dated: May 31, 2023

         KIRKLAND & ELLIS LLP


         */s/ Dale M. Cendali*
         Dale M. Cendali (S.B.N. 1969070)

         Attorneys for Defendants
         *Meta Platforms, Inc.*
         *and Facebook Technologies, LLC*