1   Marc N. Bernstein (S.B.N. 145837)           David R. Singer (S.B.N. 204699)
    mbernstein@blgrp.com                        dsinger@jenner.com
2   Will B. Fitton (S.B.N. 182818)              **JENNER & BLOCK LLP**
    wfitton@blgrp.com                           515 S. Flower Street, Suite 3300
3   **THE BUSINESS LITIGATION GROUP, P.C.**     Los Angeles, CA 90071
    150 Spear Street, Suite 800                 Telephone: (213) 239-5100
4   San Francisco, CA 94105
    Telephone: (415) 765-6633                   Andrew H. Bart (admitted *pro hac vice*)
5                                               abart@jenner.com
    Attorneys for Plaintiff                     Jacob L. Tracer (admitted *pro hac vice*)
6   *UAB "Planner5D" d/b/a Planner 5D*          jtracer@jenner.com
                                                Cayman C. Mitchell (admitted *pro hac vice*)
7   Dale M. Cendali (S.B.N. 1969070)            cmitchell@jenner.com
    dale.cendali@kirkland.com                   **JENNER & BLOCK LLP**
8   Johanna Schmitt (admitted *pro hac vice*)   1155 Avenue of the Americas
    johanna.schmitt@kirkland.com                New York, NY 10036
9   Abbey Elizabeth Quigley (admitted *pro hac vice*)  Telephone: (212) 891-1600
    abbey.quigley@kirkland.com
10  **KIRKLAND & ELLIS LLP**                    Attorneys for Defendant
    601 Lexington Avenue                        *The Trustees of Princeton University*
11  New York, NY 10022
    Phone: (212) 446-4800
12
    Attorneys for Defendants
13  *Meta Platforms, Inc.* and
    *Facebook Technologies, LLC*
14
15                       **UNITED STATES DISTRICT COURT**

16                      **NORTHERN DISTRICT OF CALIFORNIA**

17                         **SAN FRANCISCO DIVISION**

18  UAB "PLANNER5D" d/b/a PLANNER 5D,    )   CASE NO. 3:19-CV-03132-WHO
                                         )   CASE NO. 3:20-CV-08261-WHO
19              Plaintiff,               )
                                         )
20        v.                             )   **JOINT NOTICE OF INTENT TO APPEAR IN
                                         )   PERSON AT JULY 12, 2023 HEARING ON
21  META PLATFORMS, INC., FACEBOOK       )   DEFENDANTS' MOTION FOR SUMMARY
    TECHNOLOGIES, LLC, THE TRUSTEES      )   JUDGMENT**
22  OF PRINCETON UNIVERSITY, DOES 1-     )
    200, ABC CORPORATIONS 1-20 and XYZ   )   Judge: Honorable William H. Orrick
23  UNIVERSITIES 1-20,                   )
                                         )
24              Defendants.              )
                                         )
25                                       )
                                         )
26                                       )

27

28

---

Pursuant to the "Notice Re: Appearances and Continued Use of Zoom" on this Court's website,[1] Plaintiff UAB "Planner5D" ("Planner 5D") and Defendants Meta Platforms, Inc., Facebook Technologies, LLC, and The Trustees of Princeton University (collectively, "Defendants" and with Planner 5D, the "Parties"), hereby jointly notify the Court that they wish to be heard in person at the hearing in this action scheduled on July 12, 2023 at 2:00 p.m. to address Defendants' pending motion for summary judgment. *See* Dkt. 217-3 (unredacted, sealed version); 220 (redacted, public version).  So that Defendants' counsel can make cross-country travel arrangements, the Parties respectfully request that the Court acknowledge that it will hear them in person.

Planner 5D further respectfully requests that the hearing also be made available on Zoom. Defendants do not oppose this request.

---

[1] *See* https://www.cand.uscourts.gov/judges/orrick-william-h-who/ (last accessed June 9, 2023).

JOINT NOTICE OF INTENT TO APPEAR                                    CASE NO. 3:19-CV-003132

Dated: June 12, 2023

THE BUSINESS LITIGATION GROUP, P.C.


*/s/ Marc N. Bernstein (with consent)*
Marc N. Bernstein (S.B.N. 145837)

Attorneys for Plaintiff
*UAB "Planner5D" d/b/a/ Planner 5D*

Dated: June 12, 2023

KIRKLAND & ELLIS LLP


*/s/ Dale M. Cendali (with consent)*
Dale M. Cendali (S.B.N. 1969070)

Attorneys for Defendants
*Meta Platforms, Inc.*
and *Facebook Technologies, LLC*

Dated: June 12, 2023

JENNER & BLOCK LLP


*/s/ Andrew H. Bart*
Andrew H. Bart (*pro hac vice*)

Attorneys for Defendant
*The Trustees of Princeton University*

1

## __ATTESTATION__

2     I, Andrew H. Bart, am the ECF user whose ID and password are being used to file this Notice of

3 Intent to Appear in Person.  In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in

4 the filing of this document has been obtained from all signatories.

5

6 Dated:  June 12, 2023                                    By: _/s/ Andrew H. Bart_____

7                                                                    Andrew H. Bart (*pro hac vice*)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Notice of Intent to Appear                                    CASE NO. 3:19-CV-003132