# ATTACHMENT A

**RYAN McKAMIE**
Phone: +1 650 242 5580, Email: ryan@certuscyber.com

## EXPERIENCE

**CERTUS CYBERSECURITY SOLUTIONS LLC** — Redwood City, CA
*Provider of cybersecurity consulting services to Fortune 100 corporations* — 2018-Present
**CEO & co-founder**
- Leads a global team of 30 cybersecurity specialists performing highly technical information security consulting engagements for enterprise clients, including one of top 3 largest US banks and top ten Fortune 100 corporations. Core areas of focus are application security, IoT security, and cloud security
- Guides client information security programs by reviewing and recommending improvements to existing programs and layered defenses, including secure software development lifecycle/application security, vulnerability management, insider threat prevention, and identity and access management. Shapes and helps implement effective information security strategies for enterprise clients aligned to industry standards
- Provides strategic expertise to enhance the enterprise cybersecurity posture of global corporations, financial firms, and high-growth, emerging companies
- Counsels executives (VP to CEO-level) on management of internal and external information security risks and controls
- Retained as a testifying expert by a major international law firm to provide oral and written testimony regarding cybersecurity reasonable measures in trade secret misappropriation litigation

**VISA INC.** — Foster City, CA, London and Singapore
*$400 billion global payments technology company* — 2015-2018
**Director**
- Plans and executes cybersecurity capability assessments of Visa and its international subsidiaries to assess and improve maturity against a NIST-aligned cybersecurity framework. Assessment supports strategic planning and prioritization of $200m of annual cybersecurity spend.
- Conducts assessments spanning across all cybersecurity areas, including incident response, engineering, network security and access control, vulnerability management, IAM, secure software development lifecycle/application security, architecture, data protection and insider threat prevention/DLP
- Communicates cybersecurity risks, incidents, threat intelligence, capability, strategy and metrics on a quarterly basis to executive management, Board of Directors and Audit and Risk Committee. Supports executive management on Technology Portfolio Investment Committee activities
- Maintains relationships with and regularly presents to Visa executives (to CISO and EVP level), providing talking points, metrics and other technical information prior to management and board meetings
- Leads cybersecurity initiatives related to third party processors, agents and card vendors in order to support compliance with Visa and industry standard security requirements. Directs mitigation efforts for breached third party entities, including oversight of remediation plans

**UNITED STATES ARMY** — Kuwait, Afghanistan and Fort Shafter, HI
**Commissioned Officer, Information Technology and Cybersecurity** — 2011-2015
- Served as Company Executive Officer (second-in-command) of a 150-soldier technology unit and Platoon Leader of a 41-soldier tactical satellite communications platoon. Accountable for mission accomplishment and responsible for providing assigned personnel with purpose, direction and motivation
- Led a 6-person cybersecurity operations center watch shift responsible for 24x7 network monitoring, incident response, and service management for a network relied on by a constituency of several thousand end users
- Directed a 10-member IT team that established mission-critical network infrastructure and achieved 100% availability of secure network services at Flight Test Operational-01, a successful national-level ballistic missile live fire

## CYBERSECURITY INDUSTRY CERTIFICATIONS

Certified Information Systems Security Professional (CISSP), conferred by (ISC)2, 2015-Present
Certified in Risk and Information Systems Control (CRISC), conferred by ISACA, 2016- Present
Certified Information Security Manager (CISM), conferred by ISACA, 2017- Present
Certified Information Systems Auditor (CISA), conferred by ISACA, 2018- Present
Qualys Certified Specialist (Vulnerability Management), conferred by Qualys Inc., 2018-Present

## EDUCATION

**COLUMBIA BUSINESS SCHOOL – COLUMBIA UNIVERSITY** — New York, NY
Master of Business Administration, General Management — 2017-2020

**TEMPLE UNIVERSITY** — Philadelphia, PA
Bachelor of Arts, Political Science — 2004-2008