Exh. A

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

------------------------------------x

UAB "PLANNER5D" dba PLANNER 5D,

         Plaintiff,

     vs.

META PLATFORMS, INC.,
FACEBOOK TECHNOLOGIES, LLC,
THE TRUSTEES OF PRINCETON UNIVERSITY,
DOES 1-200, ABC CORPORATIONS 1-20,
and XYZ UNIVERSITIES 1-20,

         Defendants.

Civil Action No. 3:19-cv-03132-WHO

------------------------------------x


       C O N F I D E N T I A L


    VIDEOTAPED DEPOSITION OF PLANNER 5D

      BY ALEXEY SHEREMETYEV

    Thursday, November 10, 2022

      Conducted Remotely




Reported by:

Christina Diaz, CRC, CRR, RMR, CSR, CLR

Job No.:  5974

CONFIDENTIAL

Page 36

```
1         not the "arrangement."  It may be
2         material.
3              MS. SCHMITT:  I am going to
4         withdraw the question.
5    BY MS. SCHMITT:
6         Q.   What creativity did Planner 5D
7    add with relation to the arrangement of the
8    scenes in the public gallery?
9              MR. BERNSTEIN:  Objection.
10        Vague.
11        A.   So, look, the public gallery of
12   Planner 5D is sort of the advertising; it's
13   our display of what is possible to do.  And
14   because the audience of Planner 5D is huge
15   and very diverse, we would like to show how
16   can they solve their tasks using our
17   display and our tools.  Therefore, the
18   gallery selection has to be thoroughly
19   worked on, and, also, it has to look the
20   best according to my views and opinions
21   because the -- and that is why the scene
22   selection depends on the number of criteria
23   and they are subjective.
24             CHECK INTERPRETER:  The check
25        interpreter would like to direct
```

CONFIDENTIAL

Page 37

1          attention to the fact that the
2          word used by Mr. Sheremetyev was
3          not a number, but a multitude of
4          criteria.
5     BY MS. SCHMITT:
6          Q.    Other than the scene selection,
7     what creative decisions do you make with
8     regard to the order or arrangement of the
9     scenes in the public gallery?
10         A.    There are two points here.
11              CHECK INTERPRETER:  As a minimum,
12         two points.
13              THE INTERPRETER:  As a minimum,
14         right.
15              So I asked Mr. Sheremetyev to use
16         shorter sentences and not paragraphs of
17         text so we can interpret them more
18         precise.
19         A.    So first of all, there was a
20    possibility to sort those scenes in a very
21    different way -- using different ways.  So
22    we use the different tags.  We are using
23    different categories, and we also are using
24    different editing features.  So we can use
25    whatever it's necessary to use.

CONFIDENTIAL

Page 38

1    BY MS. SCHMITT:

2         Q.    And that means the users are --

3    sorry.

4              That means the people who visit

5    the gallery can sort and search using

6    different tags and categories.

7              Is that right?

8         A.    I also wanted to add that without

9    even the sorting by users or with the

10   sorting by users, we also use the so-called

11   sorting by default for the scenes.

12        Q.    What does that mean?

13        A.    It means that I select the scenes

14   for publishing based on what we already

15   have in our public gallery.  And, also, I

16   can rearrange or change the order of the

17   scenes, if I wish so to do.  And this may

18   be called "sorting by default," but not

19   necessary.

20        Q.    Can you describe the arrangement

21   or ordering of the scenes in Planner 5D's

22   asserted scenes work?

23              CHECK INTERPRETER:  The question

24        wasn't interpreted completely.  The

25        portion about the asserted scenes work

CONFIDENTIAL

Page 39

1           wasn't interpreted.  Could the check
2           interpreter provide interpreting into
3           Russian?
4                (Translation provided).
5                CHECK INTERPRETER:  The question
6           has been interpreted.
7                Mr. Sheremetyev forgot the
8           question, and the interpreter forgot
9           the question.
10                THE INTERPRETER:  Can you repeat
11           the question, please.
12                CHECK INTERPRETER:  That would be
13           appropriate for the attorney to repeat
14           the question.
15   BY MS. SCHMITT:
16        Q.   Can you describe the arrangement
17   and ordering of the scenes in Planner 5D's
18   asserted scenes work?
19        A.   I think that there -- the sorting
20   was based on the dates, most probably.
21   Without going deep into all legal details,
22   but as far as I remember, we had to stick
23   to the dates registration-wise.
24        Q.   Thank you.
25                I would like to turn back to

CONFIDENTIAL

Page 40

1          Exhibit 27, the functions page.

2                A.    Okay.  Ready to answer.

3                      MR. BERNSTEIN:  Are we on a

4          particular page?

5     BY MS. SCHMITT:

6                Q.    What does "Created projects"

7     refer to?

8                      MR. BERNSTEIN:  Sorry.  What page

9          are we on, please?

10                     MS. SCHMITT:  P5D 207890 and it

11         also says 207903.  You have two Bates

12         numbers on them.

13               A.    The document has closed -- is

14    closed on my screen.  Is it accidental, and

15    can I open it myself?

16    BY MS. SCHMITT:

17               Q.    Can you see what's on the screen

18    here?

19               A.    No.  I can see only the list of

20    two exhibits on my screen, Number 37 and

21    Number 27.

22                     MS. SCHMITT:  Let's go off the

23         record.

24                     THE VIDEOGRAPHER:  The time is

25         10:11 a.m.  Off the record.

CONFIDENTIAL

Page 41

1               (Discussion off the record)

2               THE VIDEOGRAPHER:  The time is

3          10:17 a.m.  Back on the record.

4               THE INTERPRETER:  Alexey said

5          that he is ready to answer.

6               MS. SCHMITT:  Are we on the

7          record?  Yes.  We are.  Sorry.  I

8          didn't hear you.

9     BY MS. SCHMITT:

10          Q.    What does the "Created Projects"

11     row mean?

12               MR. BERNSTEIN:  Objection.  Lack

13          of foundation.

14               You can answer.

15          A.    Not a very detailed description

16     here, but I assume that this refers to the

17     projects that have been created in Planner

18     5D by users as of a certain date -- by a

19     certain date.

20     BY MS. SCHMITT:

21          Q.    And the "Projects posted in

22     gallery" refers to the number of projects

23     that users flagged for inclusion on the

24     public gallery as of the date of this

25     document, correct?

CONFIDENTIAL

Page 42

1          MR. BERNSTEIN:  Objection.  Lack

2      of foundation and calls for

3      speculation.

4          You can answer.

5      A.   This is really speculation but

6  what I can say is that it all happened such

7  a long time ago that I cannot say -- that I

8  cannot give you any definite answer.

9  BY MS. SCHMITT:

10      Q.   By February 2016, you had

11  reviewed every single scene that was

12  flagged for inclusion on the public

13  gallery?

14      A.   Yes, as I must.

15      Q.   And how many did you reject from

16  the public gallery?

17          MR. BERNSTEIN:  As of that date,

18      Johanna?

19          MS. SCHMITT:  Yes.  Marc, I

20      already have a standing instruction

21      that the witness understood that all

22      questions were as of February 2016

23      unless otherwise specified.

24          MR. BERNSTEIN:  And I don't mean

25      to be disputing that, but there are

CONFIDENTIAL

Page 43

1           sometimes exhibits that are dated

2           later, et cetera.  So I just want the

3           record to be clear, but go ahead,

4           Mr. Sheremetyev.  You can answer.

5           A.   I do not remember how many.

6    BY MS. SCHMITT:

7           Q.   And do you have written records

8    showing how many you rejected from the

9    public gallery by February 2016?

10          A.   I am not sure that we can check

11   by the date.  I cannot tell you for sure.

12          Q.   Did anyone ever complain that you

13   rejected their scene from the public

14   gallery?

15          A.   I don't remember.

16          Q.   Did you notify users when you

17   rejected a scene from -- sorry.

18               Did you notify a user if you

19   rejected their scene from the public

20   gallery?

21          A.   No.  We did not notify.  Moreover

22   we could reject the work even after it had

23   been accepted before, also without any

24   notification to the user.

25          Q.   Did you notify users that all

CONFIDENTIAL

Page 44

```
1      scenes on the public gallery were reviewed
2      by Planner 5D for selection or rejection?
3                MR. BERNSTEIN:  Vague as to time.
4          A.    What do you mean by notification
5      here?  Let's try to narrow it down.
6      BY MS. SCHMITT:
7          Q.    In your terms of use, did Planner
8      5D explain the process of review of the
9      scenes?
10         A.    I personally did not compile the
11     terms of use, so I do not know whether it
12     contained this information or not.  You can
13     check for yourselves.
14         Q.    On Planner 5D's website, did it
15     -- I am sorry.
16               Did Planner 5D's website include
17     an explanation to users about the selection
18     process for the public gallery?
19         A.    I do not remember.
20         Q.    Was there anything on Planner
21     5D's --
22               MR. BERNSTEIN:  Sorry to
23               interrupt.  It's been about an hour and
24               a half now.  I think we really should
25               use the next availability opportunity,
```

CONFIDENTIAL

Page 45

1        Johanna.

2               MS. SCHMITT:  Yes, just one more

3        question.

4    BY MS. SCHMITT:

5        Q.    Was there anything on Planner

6    5D's website that alerted users to the

7    possibility that their scenes could be

8    removed from the public gallery?

9               CHECK INTERPRETER:  "Remove," the

10       correct term, not "approve."

11              THE INTERPRETER:  Missed that.

12       Sorry.

13       A.    I think there must have been

14   something, but I do not remember whether it

15   was there or not.

16              Once again, I want to repeat, it

17   was a free of charge feature, not

18   obligatory at all, and we used it as our

19   own feature -- advertising feature -- in

20   order to resolve our own tasks, not the

21   tasks of our users.  And to store -- to

22   save data without passing the data over to

23   anybody else.

24              CHECK INTERPRETER:  To accumulate

25       the data.

CONFIDENTIAL

Page 138

1          MR. BERNSTEIN:  Objection.  That
2      mischaracterizes the record.  It
3      assumes facts not in evidence.  You can
4      answer.
5          A.   So, honestly, I do not recall.  I
6  do not recall of any changes.  So you
7  mentioned 63,000.  Well, I think this
8  number relates to the one that we saw
9  already in one of the documents.  That was
10 the number of flagged objects by users to
11 be sent.  That's before the moderation
12 process and before they are published in
13 the gallery.
14 BY MS. SCHMITT:
15         Q.   I thought you said that they are
16 published in the gallery and then you look
17 at them after they are published?
18         A.   So our understanding of
19 publishing is when a scene has gone through
20 some sort of moderation process, selection
21 process, and then we can call it a
22 compilation of scenes.
23         Q.   But if a user flags a scene for
24 inclusion on the public gallery, doesn't it
25 appear automatically in the public gallery,

CONFIDENTIAL

Page 139

1    and then it goes through a moderation

2    process after that?

3         A.    Yes.  It shows up in the gallery

4    for a very short period of time, and then

5    either it deserves the right to be there or

6    it will be rejected.

7         Q.    What do you mean by "short period

8    of time"?  How long is that?

9         A.    So I won't be able to tell you

10   exactly how long.  This moderation happens

11   a few times during the day, or 24-hour

12   period, and it's about a quarter of a day,

13   each moderation.  They are a quarter of a

14   day.

15        Q.    Every day you spend a quarter of

16   your time reviewing the public gallery?

17   Sorry.  Let me ask the question again.

18             Every day you spend a quarter of

19   your day reviewing the public gallery?

20             MR. BERNSTEIN:  I object.  That

21        mischaracterizes the testimony.  You

22        can answer.

23        A.    Yes.  I know that a quarter of a

24   day spent in reviewing the public gallery

25   is a very odd calculation, but back in the

CONFIDENTIAL

Page 140

1    day, we were very interested in this

2    project, and sometimes I spent -- used to

3    spend the whole day just reviewing public

4    galleries.

5    BY MS. SCHMITT:

6         Q.    So the scene compilation then

7    changed every day, is that right?

8              MR. BERNSTEIN:  Objection.

9         Vague.

10        A.    The gallery was adding new scenes

11   every day.

12   BY MS. SCHMITT:

13        Q.    And you were also deleting scenes

14   periodically, correct?

15        A.    Well, technically, yes, depending

16   on more or less of them, rejecting.

17   Depending also on the number of added

18   scenes.

19        Q.    So how does Planner 5D know what

20   the scene compilation -- what the public

21   gallery -- what was in the public gallery

22   as of February 17, 2016?

23        A.    That's called logging.

24        Q.    What do you mean, "logging"?

25   What does that mean?

CONFIDENTIAL

Page 141

1          A.    So that means that certain

2     records show what scene was added to the

3     gallery and on what date.

4          Q.    And what are the certain records?

5          A.    So the records which show which

6     scenes were added and were not rejected on

7     February '16 -- 2016.

8          Q.    Have those records been produced?

9          A.    I think so.

10              Can we take a break, just a very

11    short one, one or two minutes?

12              MS. SCHMITT:  Sure.

13              THE WITNESS:  Thank you.

14              THE VIDEOGRAPHER:  It is 4:52

15        p.m.  Off the record.

16              (Recess)

17              THE VIDEOGRAPHER:  The time is

18        4:55 p.m.  Back on the record.

19              MS. SCHMITT:  I would like to

20        mark as Exhibit 49 a spreadsheet that

21        was produced to us at P5D 221489.

22              (30(b)(6) Exhibit 49, Spreadsheet

23        bearing Production Nos. P5D

24        221489.xlsx, 1974 pages, was marked for

25        identification)

CONFIDENTIAL

Page 142

1    BY MS. SCHMITT:

2         Q.    Are these the records that show

3    when scenes were added to the public

4    gallery?

5         A.    Well, I think, yes.  Yes.

6         Q.    And your counsel told us that the

7    "cdate" was the creation date of the scene

8    and also when it was published to the

9    public gallery.

10             Is that accurate?

11             THE INTERPRETER:  Question from

12        the interpreter.  Did you say cdate,

13        like the letter "C"?

14             MS. SCHMITT:  Yes.  In the column

15        on the left, it says letter "cdate."

16        The second column.  The second column.

17        A.    So I think the right formulation

18    would be here is the date when a user

19    flagged this object to be published.

20    BY MS. SCHMITT:

21        Q.    Right.  And it would then be

22    available in the public gallery

23    automatically, correct?

24        A.    Yes.  As I said before, for a

25    very short period of time until I delete

CONFIDENTIAL

Page 143

1       the scene or I reject the scene.

2            Q.    So the last column says,

3       "Deleted."  Does this -- do these records

4       indicate when the scene was deleted?  And I

5       am sorry.  I mean deleted from the public

6       gallery.  That's what I mean.

7            A.    Right.  It means whether it was

8       rejected or the scene was deleted from the

9       public library -- gallery, correction.  The

10      public gallery.

11           Q.    But the records don't show the

12      date and time that it was rejected or

13      deleted from the public gallery, correct?

14           A.    That's right.

15           Q.    Do you have -- does Planner 5D

16      have records about when scenes were deleted

17      or rejected from the public gallery?

18           A.    No.  We do not store such

19      records.

20           Q.    All right.  So, again, you said

21      you reviewed -- again, I am talking about

22      the period up through February 17, 2016.

23      You reviewed every single scene flagged for

24      inclusion on the public gallery personally;

25      is that right?

CONFIDENTIAL

Page 144

1          A.    Absolutely right.

2          Q.    And how many scenes up until that

3     point did you reject from the public

4     gallery?

5          A.    I don't remember by heart when I

6     count based on this spreadsheet.

7          Q.    And one of your criteria was to

8     delete scenes that were obscene?

9          A.    This is not one of the criteria

10    for selection.  This is quite evident that

11    such scenes cannot be part of the gallery.

12         Q.    Right.  Right.

13               I mean, you would delete scenes

14    that were obscene, correct?

15         A.    Certainly.  Obscene scenes will

16    never be approved for public gallery.

17         Q.    Is obscene -- by "obscene

18    scenes," do you mean, for example, nudity?

19         A.    I do not even know what you

20    include into obscene scenes because,

21    actually, there was no precedent to make me

22    even think about it.

23         Q.    So you never excluded a scene

24    because you thought it was offensive or

25    indecent?

CONFIDENTIAL

Page 145

1          A.    I can't remember such a case when
2     I would perceive a scene as offensive for
3     somebody.
4          Q.    And you wanted to include scenes
5     that depicted a realistic, plausible
6     interior or exterior design?
7          A.    As I have already said, the
8     public gallery is a kind of a showcase or
9     an advertisement of what can be done.
10    Hence, there are many criteria for
11    selection or approval, and one of them is
12    my personal subjective opinion as of the
13    date when I am reviewing the scene.  Based
14    on the context of the gallery itself, the
15    new functions or what I would like to show
16    on that particular date.
17               For example, you have named
18    realism, more realistic appearance.  Yes.
19    This is one of the criteria as well as
20    antirealism.
21         Q.    What do you mean by
22    "antirealism"?
23         A.    The same as you would understand
24    to be realism, but absolutely opposite.
25    The opposite to what you would understand

CONFIDENTIAL

Page 146

```
1      that -- the realism.
2           Q.   Can you give me an example of a
3      scene on the public gallery that is
4      antirealistic?
5           A.   Yes.  I can describe one example.
6                For example, one of the scenes,
7      it was a submarine that has nothing to do
8      with either the interior or exterior of
9      buildings and premises.  But it was done so
10     awesome that we had to show this to the
11     audience because part of the audience has a
12     request for the creation of such kind of
13     scenes.
14                I can give you other examples as
15     well.
16                MS. SCHMITT:  No.  That's fine.
17                I want to mark as Exhibit 50 --
18           yes.  These are Planner 5D's third
19           amended and supplemental objections to
20           Princeton's interrogatories.
21                (30(b)(6) Exhibit 50, Planner
22           5D's Third Amended and Supplemental
23           Objections and Responses to the
24           Trustees of Princeton University's
25           First Set of Interrogatories with
```

CONFIDENTIAL

Page 150

1        she was quoting the exhibit.

2              THE INTERPRETER:  No.  I cannot

3        quote the exhibit because I do not have

4        access to any of these files.  It's

5        okay.

6              MS. SCHMITT:  No.  Let me ask

7        again.  I will ask the witness.

8   BY MS. SCHMITT:

9        Q.   What is in Exhibit A to this

10  interrogatory response?

11       A.   It is written there -- shall I

12  read it out or what?

13       Q.   My question is, when were these

14  scenes subsequently winnowed from the

15  public gallery?

16              CHECK INTERPRETER:  (Translation

17        provided).

18       A.   As I have already mentioned, we

19  are not keeping any records of the exact

20  dates when the scenes are rejected or

21  winnowed from the gallery -- public

22  gallery.

23              By using the method of exclusion,

24  we can deduct that this was done in the

25  period from 2016 through 2019.

CONFIDENTIAL

Page 151

1     BY MS. SCHMITT:

2          Q.    So you know that these -- so the

3     scenes listed in Exhibit A were winnowed

4     from the public gallery sometime between

5     2016 to 2019?

6               CHECK INTERPRETER:  Yes.  It

7          appears so.  By the method of

8          exclusion, we found out from the date

9          of scraping until the date of backup.

10              MS. SCHMITT:  Okay.

11    BY MS. SCHMITT:

12         Q.    So Exhibit A --

13              MS. SCHMITT:  Okay.  We are going

14         to go off the record for a moment.

15              THE VIDEOGRAPHER:  The time is

16         5:17 p.m.  Off the record.

17              (Discussion off the record)

18              THE VIDEOGRAPHER:  The time is

19         5:19 p.m.  Back on the record.

20    BY MS. SCHMITT:

21         Q.    So how many scenes were -- so

22    what scenes were deleted or rejected from

23    the public gallery before February 17,

24    2016?

25         A.    All the scenes except those that

CONFIDENTIAL

Page 152

1    were left in the gallery.

2         Q.    Do you have a list of the scenes

3    that were rejected or deleted from the

4    public gallery before February 17, 2016?

5         A.    We have -- it looks to me that we

6    have discussed them in the previous

7    spreadsheet.

8         Q.    But the previous spreadsheet

9    didn't indicate the dates of when they were

10   deleted, correct?

11        A.    We came to the conclusion

12   together that we at Planner 5D do not

13   produce the dates when we delete the scenes

14   anywhere.

15        Q.    So you don't have that

16   information, that data?

17        A.    As we have just discussed, we do

18   not store the records with the dates when

19   any specific scene is rejected or deleted

20   from the public gallery.

21             MS. SCHMITT:  Okay.  I think we

22        can take a ten-minute break, and we may

23        be almost done.

24             THE VIDEOGRAPHER:  The time is

25        5:22 p.m.  Off the record.

CONFIDENTIAL

Page 153

1              (Recess)

2              THE VIDEOGRAPHER:  The time is

3        5:46 p.m.  Back on the record.

4    BY MS. SCHMITT:

5        Q.    During one of the breaks, did

6    your attorneys tell you what they plan to

7    ask you during the redirect tonight?

8        A.    No.  He did not.

9        Q.    They didn't discuss any issues

10   they thought they needed to clean up on the

11   record?

12       A.    No.

13       Q.    Was anyone else involved -- as of

14   February 17, 2016, was anyone else at

15   Planner 5D involved in the process of

16   reviewing and approving scenes for

17   inclusion on the public gallery?

18       A.    First of all, my apologies for

19   coughing.  The answer is I was involved one

20   way or another, and maybe I wasn't pushing

21   the technical buttons in terms of approving

22   or rejecting, but I was on top of the

23   process, and I was observing the process,

24   but besides me, I also worked with Sergey

25   Nosarev.  He was in charge of it as well.

CONFIDENTIAL

Page 154

1          Q.    So he would review scenes and

2     decide whether they should be removed from

3     the public gallery?

4          A.    Yes.  He was doing the same thing

5     because we have the same strategy, and we

6     were following that strategy together.

7          Q.    What was your strategy?

8          A.    The strategy was a thorough scene

9     selection for them to stay in the public

10    gallery, and there are quite a few criteria

11    such as artistic value, humor, realism, and

12    antirealism, as we have discussed before,

13    also creativity.  Some innovations.  So

14    also the context of what has been added and

15    also the context of the functionality of

16    what Planner 5D became over time.

17         Q.    So, over time, you might delete a

18    scene from the public gallery that's become

19    outdated?

20         A.    So I would put it this way.  The

21    process could be divided into two steps.

22    The first one is a primary selection, so to

23    speak.  And then the secondary selection

24    when some scenes can still be deleted

25    regardless of the fact that they were part

Page 155

1    of the public library before.  While the

2    secondary deletion, we called it siphoning.

3              CHECK INTERPRETER:  Winnowing.

4         They called it winnowing.

5              THE INTERPRETER:  Or winnowing.

6    BY MS. SCHMITT:

7         Q.   So you could winnow a scene that

8    might have been up in the public gallery

9    for a month, but then you would winnow it

10   out because it was old?

11        A.   So, as far as I recall, this

12   process of winnowing didn't start just

13   right away, but a few years later.  And, of

14   course, again, if I recall correctly, that

15   started in the beginning of 2017.  So there

16   was enough time for projects to become old,

17   and then we started this process of

18   winnowing.

19        Q.   So when in 2017 did you begin

20   this process?

21        A.   Well, I cannot recall exactly

22   when, but my guess is just the beginning of

23   2017.

24              CHECK INTERPRETER:  So beginning

25         with 2017.  So there was no indication

CONFIDENTIAL

Page 156

1          of the exact time frame within the
2          year.
3     BY MS. SCHMITT:
4          Q.   So it could have been January 1,
5     2017?
6          A.   It might have happened at any
7     time of 2017.  Maybe January.  Maybe later.
8     I think, of course, later than January.
9          Q.   But you are not sure?
10          A.   So I am sure that most likely it
11     was later in 2017 than earlier in 2017.
12          Q.   Got it.  So you did not winnow --
13     Planner 5D did not winnow any scenes to
14     create the asserted scenes work, which is
15     dated February 17, 2016.
16               Is that right?
17          A.   So in asserted works, asserted
18     works consisted of compiled scenes that we
19     saw in our backups in 2019.  So the
20     earliest backup that we could have access
21     to, the closest one, 2016, was 2019.  So,
22     in that backup, we were able to find scenes
23     which were dated February 2017 -- I am
24     sorry -- 2016.
25          Q.   Right.  And I am not talking

CONFIDENTIAL

Page 157

1       about your back-up records.  I am asking

2       you to create the scene compilation, which

3       you assert in this case, dated February 16

4       -- sorry -- February 17, 2016, did Planner

5       5D winnow scenes from the public gallery to

6       create that work?

7           A.    Just let me think about the

8       answer so I don't confuse again.  So, as I

9       see it, it's possible that some scenes were

10      winnowed comparing to the work that was

11      filed for asserted files because, again, I

12      don't know the exact dates on when and what

13      was rejected.  But the important thing here

14      is that we didn't have a larger number of

15      scenes as on February 2016.

16              CHECK INTERPRETER:  No.  So there

17          were no additional scenes to the ones

18          we had in early 2016, so their amount

19          didn't become larger.  Probably it

20          became smaller.

21              THE INTERPRETER:  (Nodding

22          affirmatively).

23      BY MS. SCHMITT:

24          Q.    I am sorry.  I don't understand.

25              You removed scenes from the

CONFIDENTIAL

Page 158

1      public gallery before February 2016, or you

2      don't have the records?

3          A.    Which scenes?

4          Q.    Any scenes that were flagged by

5      users for inclusion into the public

6      gallery.

7              THE INTERPRETER:  So I just asked

8          Mr. Sheremetyev to break the sentences

9          a little bit.  I cannot deal with

10         paragraphs.

11         A.    So, in 2016, the -- some scenes

12     which had been approved, they were there

13     and the scenes that had been rejected, they

14     were not there.  And while some scenes,

15     though not many, have been rejected after

16     2016, how did we learn this?

17             As I have already said, by the

18     method of exclusion, after we received

19     additional information after the deposition

20     conducted by our party.

21     BY MS. SCHMITT:

22         Q.    What information did you receive?

23         A.    We received a list of scenes that

24     were scraped by the defendant and compared

25     this with the data we received from our

CONFIDENTIAL

Page 159

1        backup as of the same date and found out

2        that some scenes that were absent from 2016

3        or after 2016; thus, we managed to find out

4        that some dates, or more accurately, a

5        range, a period of time.  But I have an

6        impression that we are moving in circles,

7        or is it only my impression?

8             Q.   So there were scenes on the

9        public gallery, as of February 17, 2016,

10       that were later removed from the public

11       gallery?

12            A.   Yes.  Not many.  Around 300 had

13       been winnowed at a later date by us.

14            Q.   Okay.  How many were deleted

15       before February 17, 2016?

16            A.   We can take all the spreadsheets

17       and compare them.  Thus, we will come to

18       the figure.  I do not know this figure.

19            Q.   Okay.  Let's bring up the

20       spreadsheet again, which is Exhibit 49.

21                 So how can you tell -- you

22       testified, sir, that we know the creation

23       date.  Correct?  That's in the second

24       column?

25            A.   No.  This is not correct.

CONFIDENTIAL

Page 160

1          Q.    It's the date that it was flagged
2     for inclusion on the public gallery?
3          A.    And this is correct now.
4          Q.    And it was -- somebody could view
5     it on the public gallery shortly after that
6     time, correct?  As of that time?
7          A.    I would put it right the
8     opposite.  Soon after that date, people
9     could not see some of the scenes in the
10    public gallery.
11               MS. SCHMITT:  I don't understand.
12         Can you --
13               THE INTERPRETER:  Could not see
14         some of the scenes in the public
15         gallery.
16    BY MS. SCHMITT:
17         Q.    All of the scenes in the
18    spreadsheet were on the public gallery at
19    some point, correct?
20         A.    At some point, for a certain
21    period of time, they could be seen in the
22    public gallery, right.
23         Q.    Right.
24               And you have testified that
25    Planner 5D does not have records -- you do

CONFIDENTIAL

Page 161

1    not know -- when they were deleted from the

2    public gallery, correct?

3          A.    We do not know the exact date of

4    when one scene or other has been rejected,

5    but by comparing two spreadsheets and using

6    the method of exclusion, we have come to

7    the -- we have come to understanding that

8    around 300 scenes have been deleted in the

9    period of several years.

10         Q.    So can you -- is there a scene on

11   this page that was deleted from the public

12   gallery?

13         A.    We can all go to the deleted

14   column and see the scenes there.

15         Q.    Because they have a 1?

16              THE INTERPRETER:  Because?

17   Sorry?

18   BY MS. SCHMITT:

19         Q.    Because there is a 1 in the

20   column?

21         A.    Right.

22         Q.    So looking at Scene 22, that

23   scene was deleted at some point, correct?

24         A.    Seems like it.

25         Q.    But you don't know when it was

CONFIDENTIAL

Page 162

1    deleted, correct?

2        A.    We did not know either the exact

3    date or the exact time.  We don't.  But,

4    once again, by comparing some data, we can

5    approximately come to a certain range of

6    several years.  That was generally

7    speaking.  But if we speak in particular

8    about some specific scene, the scene

9    deleted prior to 2016 should be deleted

10   before their flagging that it would like to

11   be present in the public gallery.

12           CHECK INTERPRETER:  The check

13       interpreter has to correct the

14       interpretation.

15           So it should have been deleted on

16       the same date when it was flagged for

17       inclusion in the public gallery.

18           THE WITNESS:  So we can deduct

19       the date of deletion by using such

20       logical connections for one scene or

21       other.  But not the time.  The exact

22       time, for example.

23           But, once again, only -- we can

24       do this only if we use a deductive

25       method and try to discover when exactly

CONFIDENTIAL

Page 163

1          or approximately the scene was deleted.

2          But we do not store the exact data

3          about the date and the time of the

4          deletion of the scenes.  No special

5          line reserved for that or column.

6               MS. SCHMITT:  I am going to go

7          off the record, and we should be almost

8          done.

9               THE VIDEOGRAPHER:  The time is

10         6:17 p.m.  Off the record.

11              (Recess)

12              THE VIDEOGRAPHER:  The time is

13         6:38 p.m.  Back on the record.

14    BY MS. SCHMITT:

15         Q.    In Exhibit 49, what does the

16    "views" column mean?

17         A.    Just a moment.  I will open the

18    exhibit because I have closed it already.

19    This column "views," that means how many

20    times different people viewed a specific

21    scene.

22         Q.    And what does "rcounter" mean,

23    the column next to it?

24         A.    This is the rating counting, the

25    number of references.  Something like that.

CONFIDENTIAL

Page 183

1                 C E R T I F I C A T E

2

3    STATE OF NEW YORK )

4                     ) ss.

5    COUNTY OF NEW YORK)

6

7          I, Christina Diaz, a Certified Realtime

8    Captioner, Certified Realtime and Registered

9    Merit Reporter and Notary Public within and for

10   the State of New York, do hereby certify:

11         That ALEXEY SHEREMETYEV, the witness

12   whose deposition is hereinbefore set forth, was

13   duly sworn by me and that such deposition is a

14   true record of the testimony given by such

15   witness on November 10, 2022.

16         I further certify that I am not related

17   to any of the parties to this action by blood or

18   marriage and that I am in no way interested in

19   the outcome of this matter.

20   Dated:  November 14, 2022

21

22   _____

     CHRISTINA DIAZ
23   NCRA Certified Realtime Captioner
     NCRA Certified Realtime Reporter
24   NCRA Registered Merit Reporter
     NYS Certified Shorthand Reporter
25