United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UAB "PLANNER5D",
Plaintiff,
v.
META PLATFORMS, INC., et al.,
Defendants.

Case No. 19-cv-03132-WHO (SK)

**ORDER**

Regarding Docket No. 358

Plaintiff UAB "Planner5D" seeks the Court's assistance to obtain physical copies of datasets. Defendant Meta Platforms, Inc. argues that Plaintiff may only inspect the datasets in a secure room, with protocols for security. The Court finds that Plaintiff's request is premature. Plaintiff must first examine the datasets in a secure room, with protocols for security. If Plaintiff finds that it needs physical copies of the datasets – of some or all – then Plaintiff may petition the Court again. However, the Court advises Plaintiff that it should attempt to narrow the scope of the request. The inspection must occur by April 26, 2024, and Plaintiff may renew this request in a joint letter brief by no later than May 13, 2024.

**IT IS SO ORDERED**.

Dated: March 28, 2024

SALLIE KIM
United States Magistrate Judge