UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UAB "PLANNER5D",<br><br>        Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC., et al.,<br><br>        Defendants. | Case No. 19-cv-03132-WHO (SK)<br><br>**ORDER REGARDING TECHNICAL EXPERT** |

The Court appoints Robert C. DeCicco as a technical expert to assist the Court. The parties will pay fees to DeCicco equally between Plaintiff on the one hand and Defendant Meta Platforms, Inc. ("Meta") on the other hand. The Court retains the discretion to apportion the payment of fees in a different manner if the Court finds that one party prevails in the pending discovery dispute regarding Plaintiff's ability to review Meta's data. The parties and DeCicco are ORDERED to appear for a status conference to discuss the scope of his work. The parties are ORDERED to meet and confer with DeCicco to determine if they can attend any of the following dates and times:

    (1) July 1, 2024 at 8:30 am, 2:00 pm, 3:00 pm, or 4:00 pm,

    (2) July 2, 2024 at 8:30 am, and

    (3) July 3, 2024 at 9:00 am, 10:00 am, or 1:00 pm.

The conference will take place on Zoom. If a party believes that confidential information will be discussed, the party should indicate that belief on the submission. Parties should submit their responses to the Court via letter sent to SKPO@cand.uscourts.gov by the end of day, June 28, 2024.

/ / /

/ / /

Even before this conference, DeCicco is authorized to begin preliminary work to understand the technology at issue and to read the pleadings regarding the discovery dispute.

**IT IS SO ORDERED**.

Dated: June 26, 2024

_____
SALLIE KIM
United States Magistrate Judge