**THE BUSINESS LITIGATION GROUP, P.C.**
MARC N. BERNSTEIN (Cal. Bar No. 145837)
mbernstein@blgrp.com
WILL B. FITTON (Cal. Bar No. 182818)
wfitton@blgrp.com
CHRISTIAN G. ANDREU-VON EUW (Cal. Bar No. 265360)
christian@blgrp.com
150 Spear Street, Suite 800
San Francisco, CA  94105
Phone:            (415) 765-6633
Facsimile:        (415) 283-4804

Attorneys for Plaintiff
*UAB "Planner5D"*

**JENNER & BLOCK LLP**
David R. Singer (S.B.N. 204699)
dsinger@jenner.com
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Phone: (213) 239-5100
Facsimile: (213) 239-5199

Andrew H. Bart (pro hac vice)
abart@jenner.com
Cayman C. Mitchell (pro hac vice)
cmitchell@jenner.com
Andrew C. Elliott (pro hac vice)
aelliott@jenner.com
Sarah L. Atkinson (pro hac vice)
satkinson@jenner.com
1155 Avenue of the Americas
New York, NY 10036-2711
Phone: (212) 891-1600
Facsimile: (212) 891-1699

Attorneys for Defendant
*The Trustees of Princeton University*

**KIRKLAND & ELLIS LLP**
Dale M. Cendali (SBN 1969070)
dale.cendali@kirkland.com
Mary Mazzello (*pro hac vice*)
mary.mazzello@kirkland.com
Jonathan D. Brit (*pro hac vice*)
jonathan.brit@kirkland.com
Abbey Quigley (*pro hac vice*)
abbey.quigley@kirkland.com
Miriam Kontoh (*pro hac vice*)
miriam.kontoh@kirkland.com
601 Lexington Avenue
New York, NY  10022
T: (212) 446-4800
F: (212) 446-4900

Yan-Xin Li (SBN 332329)
yanxin.li@kirkland.com
555 California Street, 27th Floor
San Francisco, CA 94104
T: (415) 439-1400
F: (415) 439-1500

Attorneys for Defendants
*Meta Platforms, Inc.* and *Meta Platforms Technologies, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER5D" dba PLANNER 5D,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., META PLATFORMS TECHNOLOGIES, LLC, THE TRUSTEES OF PRINCETON UNIVERSITY, DOES 1-200, ABC CORPORATIONS 1-20, and XYZ UNIVERSITIES 1-20,<br><br>Defendants. | **Case No. 3:19-cv-03132-WHO (SK)**<br><br>**STIPULATED REQUEST TO EXTEND PORTIONS OF CASE SCHEDULE AND ORDER**<br><br>June 28, 2024 |

Under Civil L.R. 6-2 and 7-12, Plaintiff UAB "Planner5D" d/b/a Planner 5D ("Planner 5D"), Defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC (together, "Meta"), and Defendant The Trustees of Princeton University ("Princeton," and together with Meta, "Defendants"), through their respective attorneys, submit the following Stipulated Request to Extend Portions of the Case Schedule and [Proposed] Order.

**Recitals**

The current close of fact discovery is June 28, 2024.  ECF No. 412.

The parties have worked diligently to schedule fact depositions and complete fact discovery. The parties have served written discovery, and responses to the last sets of newly propounded discovery will be due on June 28, 2024. The parties have conducted and already completed several depositions during June 2024.

Magistrate Judge Kim has scheduled a hearing for early July 2024 for a pending discovery dispute between Planner 5D and Meta regarding the process for inspection of datasets.  ECF No. 426; *see also* ECF No. 423 at 2 ("Because this process may extend beyond the discovery cutoff, the parties are encouraged to request an extension of time from the District Court").

The parties also have other discovery disputes that still will need to be resolved by the Court before the completion of party designee depositions pursuant to Fed. R. Civ. P. 30(b)(6).

Despite the parties' diligent efforts, scheduling all the needed depositions by the end of June has been unworkable.

The parties agree and hereby stipulate, subject to the approval of the Court, that a one-month extension of the fact discovery cutoff to July 31, 2024 will permit the completion of all depositions. The parties have reached agreement on a deposition schedule.

The parties further agree that no additional written discovery will be served absent leave of court.

**Stipulation**

The parties therefore stipulate and request to extend by roughly a month the fact discovery cutoff date, the expert discovery deadlines, the case management conference date, and the dispositive motion briefing and hearing dates on the case calendar. The mediation deadline of September 13, 2024, and the pre-trial and trial dates, would remain unchanged.

The parties' proposed modified case schedule is as follows:

| Event | Current Date | New Date |
|---|---|---|
| Close of fact discovery (No new written discovery may be served) | June 28, 2024 | July 31, 2024 |
| Expert opening reports | July 31 | Aug. 30 |
| Expert rebuttal reports | Aug. 28 | Oct. 2 |
| Mediation deadline | Sept. 13 | Sept. 13 (no change) |
| Close of expert discovery | Sept. 25 | Oct. 25 |
| Further case management conference | Oct. 1 | Oct. 29 |
| Dispositive motion opening brief | Oct. 9 | Nov. 6 |
| Dispositive motion opposition brief | Nov. 6 | Dec. 4 |
| Dispositive motion reply brief | Nov. 22 | Dec. 20 |
| Dispositive motion hearing | Jan. 8, 2025 | Feb. 5, 2025 |
| Pretrial conference | Mar. 31, 2025 | Mar. 31, 2025 (no change) |
| Trial | Apr. 28, 2025 | Apr. 28, 2025 (no change) |

IT IS SO STIPULATED.

DATED: June 28, 2024            **THE BUSINESS LITIGATION GROUP, P.C.**

By:     */s/ Will B. Fitton*
             Will B. Fitton

Attorney for Plaintiff
*UAB "Planner5D"*

DATED: June 28, 2024            **KIRKLAND & ELLIS LLP**

By:     */s/ Dale Cendali*
             Dale Cendali

Attorneys for Defendants
*Meta Platforms, Inc.* and *Meta Platforms Technologies, LLC*

DATED: June 28, 2024            **JENNER & BLOCK LLP**

By:     */s/ Andrew H. Bart*
             Andrew H. Bart

Attorney for Defendant
*The Trustees of Princeton University*

|   |   |
|---|---|
| 1 | **Attestation** |
| 2 | I, Will B. Fitton, am the ECF user whose ID and password are being used to file this Stipulated |
| 3 | Request to Extend Portions of the Case Schedule. In compliance with Local Rule 5-1(i)(3), I hereby |
| 4 | attest that concurrence in the filing of this document has been obtained from all signatories. |
| 5 | DATED: June 28, 2024 |
| 6 | By: _____/s/ Will B. Fitton_____ |

# **ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT the following case schedule dates are modified as follows:

| Event | Current Date | New Date |
|---|---|---|
| Close of fact discovery (No new written discovery may be served) | June 28, 2024 | July 31, 2024 |
| Expert opening reports | July 31 | Aug. 30 |
| Expert rebuttal reports | Aug. 28 | Oct. 2 |
| Mediation deadline | Sept. 13 | Sept. 13 (no change) |
| Close of expert discovery | Sept. 25 | Oct. 25 |
| Further case management conference | Oct. 1 | Oct. 29 |
| Dispositive motion opening brief | Oct. 9 | Nov. 6 |
| Dispositive motion opposition brief | Nov. 6 | Dec. 4 |
| Dispositive motion reply brief | Nov. 22 | Dec. 20 |
| Dispositive motion hearing | Jan. 8, 2025 | Feb. 5, 2025 |
| Pretrial conference | Mar. 31, 2025 | Mar. 31, 2025 (no change) |
| Trial | Apr. 28, 2025 | Apr. 28, 2025 (no change) |

DATED:  JULY 1, 2024



THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE