UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UAB "PLANNER5D",<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>Defendants. | Case No. 19-cv-03132-WHO   (SK)<br><br>**ORDER GRANTING ADMINISTRATIVE MOTIONS TO SEAL**<br><br>Regarding Docket Nos. 469, 471 |

Before the Court are two administrative motions to seal. One motion relates to a Response regarding third-party confidentiality in dataset review, and the other relates to a discovery letter brief.

Compelling reasons having been shown, the administrative motion to file under seal in connection with Meta's Response to Plaintiff's Supplemental Brief on Third Party Confidentiality in Dataset Review (Dkt. No. 469) is GRANTED, and the following portions of Response (Dkt. No. 470) may be filed under seal: Page 3, lines 26-27 & n.2, and page 4, lines 1-12 & 14-15.

Compelling reasons having also been shown, the administrative motion to consider whether information should be sealed in conjunction with the Joint Update on Discovery Dispute (Dkt. No. 471) is GRANTED, and the following portions of Joint Update Brief on Discovery Dispute Regarding Whether Meta Must Produce Specifically Identified Documents (Dkt. No. 472) may be filed under seal: Page 1, lines 11-19; URLs in footnotes 2-7; page 2, lines 9-10.

**IT IS SO ORDERED**.

Dated: August 19, 2024

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge