UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UAB "PLANNER5D",<br><br>        Plaintiff,<br><br>  v.<br><br>META PLATFORMS, INC., et al.,<br><br>        Defendants. | Case No. 19-cv-03132-WHO (SK)<br><br>**ORDER DIRECTING PARTIES TO FILE THIRD-PARTY AGREEMENTS**<br><br>Regarding Docket No. 397 |

In the May 13, 2024, Joint Discovery Letter Brief and supplemental briefings (Dkt. Nos. 460, 470), the parties referred to certain agreements between Defendant Meta Platforms, Inc. and third parties. The Court scanned the docket and was unable to locate them. Therefore, the Court ORDERS that the parties shall file the cited third-party agreements referenced in their supplemental briefings by no later than August 23, 2024 or identify, for each agreement, the docket number of the sealed, unredacted version of the agreement.

**IT IS SO ORDERED**.

Dated: August 20, 2024

_____
SALLIE KIM
United States Magistrate Judge