UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UAB "PLANNER5D",
Plaintiff,
v.
META PLATFORMS, INC., et al.,
Defendants.

Case No. 19-cv-03132-WHO (SK)

**ORDER REGARDING JOINT DISCOVERY LETTER BRIEF**

Regarding Docket Nos. 397, 460, 470

At issue is the request by Plaintiff to obtain copies of seven sets of datasets, instead of the current process in which Plaintiff reviews those datasets in a secure environment provided by Defendant Meta Platforms, Inc. ("Meta"). Five of the seven datasets are owned by third parties, and Meta argues that it must protect the confidentiality of those five datasets. Plaintiff argues that there are agreements between Meta and the third parties who own those five datasets and that those agreements allow unrestricted distribution of the datasets. The Court has now reviewed those five agreements and finds that they do not provide for unrestricted distribution of the datasets. Meta also represents that it has an obligation to maintain the confidentiality of the datasets, and Plaintiff does not disagree with that representation.

In addition, the Court obtained guidance from an outside expert chosen jointly by Plaintiff and Meta. The Court also agrees with the recommendation of the outside expert to maintain the current protocols in place for Plaintiff to review the seven datasets.

/ / /

/ / /

/ / /

/ / /

/ / /

United States District Court
Northern District of California

United States District Court
Northern District of California

For these reasons, the Court DENIES Plaintiff's request to alter the protocol for reviewing the seven datasets at issue.

**IT IS SO ORDERED**.

Dated: August 26, 2024

SALLIE KIM
United States Magistrate Judge