UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UAB "PLANNER 5D"<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>META PLATFORMS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-03132-WHO<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 486 |

Plaintiff Planner 5D has moved for relief from the nondispositive pretrial order of Magistrate Judge Sallie Kim. Dkt. Nos. 480, 486. Meta shall file a response, limited to five pages, on or before September 17, 2024. The matter will then be under submission.

**IT IS SO ORDERED.**

Dated: September 10, 2024

　　　　　　　　　　　　　　　　　　　　William H. Orrick
　　　　　　　　　　　　　　　　　　　　United States District Judge