| | |
|---|---|
| **THE BUSINESS LITIGATION GROUP, P.C.** <br> MARC N. BERNSTEIN (Cal. Bar No. 145837) <br> mbernstein@blgrp.com <br> WILL B. FITTON (Cal. Bar No. 182818) <br> wfitton@blgrp.com <br> CHRISTIAN G. ANDREU-VON EUW (Cal. Bar No. 265360) <br> christian@blgrp.com <br> 4 Embarcadero Center, Suite 1400 <br> San Francisco, CA  94111 <br> Phone:          (415) 765-6633 <br> Facsimile:     (415) 283-4804 <br><br> Attorneys for Plaintiff <br> *UAB "Planner5D"* <br><br> **JENNER & BLOCK LLP** <br> David R. Singer (S.B.N. 204699) <br> dsinger@jenner.com <br> 515 S. Flower Street, Suite 3300 <br> Los Angeles, CA 90071-2246 <br> Phone: (213) 239-5100 <br> Facsimile: (213) 239-5199 <br><br> Andrew H. Bart (pro hac vice) <br> abart@jenner.com <br> Cayman C. Mitchell (pro hac vice) <br> cmitchell@jenner.com <br> Andrew C. Elliott (pro hac vice) <br> aelliott@jenner.com <br> Sarah L. Atkinson (pro hac vice) <br> satkinson@jenner.com <br> 1155 Avenue of the Americas <br> New York, NY 10036-2711 <br> Phone: (212) 891-1600 <br> Facsimile: (212) 891-1699 <br><br> Attorneys for Defendant <br> *The Trustees of Princeton University* | **KIRKLAND & ELLIS LLP** <br> Dale M. Cendali (SBN 1969070) <br> dale.cendali@kirkland.com <br> Mary Mazzello (*pro hac vice*) <br> mary.mazzello@kirkland.com <br> Jonathan D. Brit (*pro hac vice*) <br> jonathan.brit@kirkland.com <br> Abbey Quigley (*pro hac vice*) <br> abbey.quigley@kirkland.com <br> Miriam Kontoh (*pro hac vice*) <br> miriam.kontoh@kirkland.com <br> 601 Lexington Avenue <br> New York, NY  10022 <br> T: (212) 446-4800 <br> F: (212) 446-4900 <br><br> Yan-Xin Li (SBN 332329) <br> yanxin.li@kirkland.com <br> 555 California Street, 27th Floor <br> San Francisco, CA 94104 <br> T: (415) 439-1400 <br> F: (415) 439-1500 <br><br> Attorneys for Defendants <br> *Meta Platforms, Inc.* and *Meta Platforms Technologies, LLC* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UAB "PLANNER5D" dba PLANNER 5D, <br><br>           Plaintiff, <br><br>     v. <br><br> META PLATFORMS, INC., META PLATFORMS TECHNOLOGIES, LLC, THE TRUSTEES OF PRINCETON UNIVERSITY, DOES 1-200, ABC CORPORATIONS 1-20, and XYZ UNIVERSITIES 1-20, <br><br>           Defendants. | **Case No. 3:19-cv-03132-WHO (SK)** <br><br> **STIPULATED REQUEST FOR TWO DAY EXTENSION OF EXPERT REPORT DEADLINES AND [PROPOSED] ORDER** <br><br> September 27, 2024 |

Under Civil L.R. 6-2 and 7-12, Plaintiff UAB "Planner5D" d/b/a Planner 5D ("Planner 5D"), Defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC (together, "Meta"), and Defendant The Trustees of Princeton University ("Princeton," and together with Meta, "Defendants"), through their respective attorneys, submit the following Stipulated Request to Extend Expert Report Deadlines and [Proposed] Order.

## Recitals

The close of fact discovery was July 31, 2024. ECF 429.

Opening expert reports are due October 1, 2024, and rebuttal reports are due October 29, 2024. ECF 484.

The expert reports in this case cover very complex, technical issues. (Bernstein Decl. ¶ 2.)

Planner 5D's damages expert has recently been summoned to trial in another matter, and its computer vision technical expert is currently traveling domestically and internationally. These circumstances have slowed communication substantially, and more than anticipated, making it impossible to produce thorough reports that will be understandable and helpful within the current deadlines. (*Id.* ¶ 3.)

Planner 5D requested of Defendants a three-day extension of opening expert reports, and a corresponding extension of expert rebuttal reports.

Defendants responded that they do not oppose a two-day extension of these deadlines. (*Id.* ¶ 5.)

The proposed extension would not affect the remaining case schedule. (*Id.* ¶ 6.)

Accordingly, the parties agree and hereby stipulate, subject to the approval of the Court, that opening expert reports will be due October 3, 2024, with rebuttal reports due October 31, 2024.

## Stipulation

The parties therefore stipulate and request to extend the expert opening and rebuttal report deadlines to an including October 3, 2024 and October 31, 2024 respectively.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: September 27, 2024 | **THE BUSINESS LITIGATION GROUP, P.C.** |
| | By:     */s/ Marc N. Bernstein* |
| | Marc N. Bernstein |
| | Attorney for Plaintiff<br>*UAB "Planner5D"* |
| DATED: September 27, 2024 | **KIRKLAND & ELLIS LLP** |
| | By:     */s/ Dale Cendali* |
| | Dale Cendali |
| | Attorneys for Defendants<br>*Meta Platforms, Inc.* and *Meta Platforms Technologies, LLC* |
| DATED: September 27, 2024 | **JENNER & BLOCK LLP** |
| | By:     */s/ Andrew H. Bart* |
| | Andrew H. Bart |
| | Attorney for Defendant<br>*The Trustees of Princeton University* |

**Attestation**

I, Marc N. Bernstein, am the ECF user whose ID and password are being used to file this Stipulated Request for Two Day Extension of Expert Report Deadlines and [Proposed] Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from all signatories.

DATED: September 27, 2024

By: _____*/s/ Marc N. Bernstein*_____

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT the expert opening reports in this case shall be due October 3, 2024.  Rebuttal reports will be due October 31.  All other dates will remain unchanged.

IT IS SO ORDERED.

DATED:  SEPTEMBER 30, 2024     

THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE