Dale M. Cendali (SBN 1969070)
dale.cendali@kirkland.com
Mary Mazzello (*pro hac vice*)
mary.mazzello@kirkland.com
Jonathan Brit (*pro hac vice*)
jonathan.brit@kirkland.com
Abbey Elizabeth Quigley (*pro hac vice*)
abbey.quigley@kirkland.com
Emily Sheffield (*pro hac vice*)
emily.sheffield@kirkland.com
Miriam Kontoh (*pro hac vice*)
miriam.kontoh@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
T: (212) 446-4800

Yan-Xin Li (SBN 332329)
yanxin.li@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
T: (415) 439-1400

*Attorneys for Defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UAB "PLANNER5D" d/b/a PLANNER 5D, | Case No. 3:19-cv-03132-WHO |
| Plaintiff, | **RESPONSE TO PLAINTIFF PLANNER 5D'S EMERGENCY MOTION AND DECLARATION TO STRIKE OR EXTEND TIME (DKT. 513)** |
| v. | |
| META PLATFORMS, INC., META PLATFORMS TECHNOLOGIES, LLC, THE TRUSTEES OF PRINCETON UNIVERSITY, DOES 1-200, ABC CORPORATIONS 1-20 and XYZ UNIVERSITIES 1-20, | Honorable William H. Orrick<br>Honorable Sallie Kim<br><br>Civil L.R. 7-11 |
| Defendants. | |

Pursuant to Civil L.R. 7-11 (and specifically Civil L.R. 7-11(b)), Defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC (collectively, "Meta") respectfully respond to the Emergency Motion and Declaration to Strike or Extend Time to Respond to Defendants' Motion to Extend Page Limits ("Motion") (Dkt. 513) filed by Plaintiff UAB "Planner5D" d/b/a Planner 5D ("P5D").[1]

P5D's Motion states that it would be a hardship to prepare P5D's opposition by Monday, December 2, 2024 and moves for a continuance of its time to respond. Dkt. 513 at ¶¶ 5, 7, 10. Meta has no objection to giving P5D a reasonable time after the Thanksgiving holiday to prepare its opposition to Defendants' Administrative Motion Re Page Limits.

As a point of clarification, Meta believes that P5D inadvertently misstated Civil L.R. 7-11(a) regarding meeting and conferring. *See* Dkt. 513 at ¶¶ 9, 11. Civil L.R. 7-11(a) states:

> **Form and Content of Motions.** A motion for an order concerning a miscellaneous administrative matter may not exceed 5 pages (not counting declarations and exhibits), must set forth specifically the action requested and the reasons supporting the motion, and must be accompanied by a proposed order and by either a stipulation under Civil L.R. 7-12 or by a declaration that explains why a stipulation could not be obtained. If the motion is manually filed, the moving party must deliver the motion and all attachments to all other parties on the same day that the motion is filed

Civil L.R. 7-11(a) does not require a meet and confer before the filing of a Motion for Administrative Relief. *Contrast, e.g.*, Civil L.R. 37-1, 54-5, 56-2.

\*   \*   \*

---

[1] Defendants' Motion for Administrative Relief to Increase Page Limit for Phase 2 Summary Judgment Briefs ("Defendants' Administrative Motion Re Page Limits") (Dkt. 512) was a motion filed jointly by Meta and Defendant The Trustees of Princeton University ("Princeton"). As Meta is sensitive to the concerns raised by P5D in its Motion, Meta files this response on its own behalf.

Meta remains available to all counsel to discuss solutions in advance of the parties' Case Management Conference on December 3, 2024.

DATED: November 27, 2024

Respectfully submitted,

KIRKLAND & ELLIS LLP

/s/ Yan-Xin Li

Dale M. Cendali (SBN 1969070)
dale.cendali@kirkland.com
Mary Mazzello (*pro hac vice*)
mary.mazzello@kirkland.com
Jonathan Brit (*pro hac vice*)
jonathan.brit@kirkland.com
Abbey Elizabeth Quigley (*pro hac vice*)
abbey.quigley@kirkland.com
Emily Sheffield (*pro hac vice*)
emily.sheffield@kirkland.com
Miriam Kontoh (*pro hac vice*)
miriam.kontoh@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
T: (212) 446-4800

Yan-Xin Li (SBN 332329)
yanxin.li@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
T: (415) 439-1400

*Attorney for Defendants Meta Platforms, Inc. and Meta Platform Technologies, LLC*