Dale M. Cendali (SBN 1969070)
dale.cendali@kirkland.com
Mary C. Mazzello (admitted *pro hac vice*)
mary.mazzello@kirkland.com
Jonathan D. Brit (admitted *pro hac vice*)
jonathan.brit@kirkland.com
Abbey Elizabeth Quigley (admitted *pro hac vice*)
abbey.quigley@kirkland.com
Emily Sheffield (admitted *pro hac vice*)
emily.sheffield@kirkland.com
Miriam Kontoh (admitted *pro hac vice*)
miriam.kontoh@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
T: (212) 446-4800

Yan-Xin Li (SBN 332329)
yanxin.li@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
T: (415) 439-1400

*Attorneys for Defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UAB "PLANNER5D" d/b/a PLANNER 5D,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.; META PLATFORMS TECHNOLOGIES, LLC; THE TRUSTEES OF PRINCETON UNIVERSITY; et al.,<br><br>Defendants. | Case No. 3:19-CV-03132-WHO<br>Case No. 3:20-CV-08261-WHO<br><br>**[PROPOSED] ORDER GRANTING META'S PHASE 2 MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: March 28, 2025<br>Time: 10:00 AM<br>Courtroom: 2, 17th Floor<br>Judge: Honorable William H. Orrick |

Before the Court is the Phase 2 Motion for Summary Judgment (the "Motion") by Defendant Meta Platforms, Inc., and Meta Platforms Technologies, LLC (collectively "Meta") that came for hearing before this Court on March 28, 2025, at 10:00 a.m.  Having considered the briefs and arguments of the parties, and with good cause appearing therefor, the Court hereby GRANTS Meta's Motion based on the following grounds:

1. That Plaintiff UAB "Planner5D" d/b/a Planner 5D ("Planner 5D") cannot establish trade secret misappropriation against Meta as a matter of law.

2. That Planner 5D cannot establish copyright infringement of its asserted scene compilation against Meta as a matter of law.

3. That Planner 5D cannot establish copyright infringement of its asserted objects against Meta as a matter of law.

4. That Planner 5D cannot establish copyright infringement of the 18 individual scenes it purports to own against Meta as a matter of law.

5. That P5D cannot establish contributory liability as to copyright infringement against Meta as a matter of law.

6. That P5D cannot establish vicarious liability as to copyright infringement against Meta as a matter of law.

7. That Meta's use of Planner 5D's asserted copyrighted works is fair use under 17 U.S.C. § 107.

For the foregoing reasons, Plaintiff's Complaint for Trade Secret Misappropriation and Copyright Infringement (Case No. 3:20-cv-08261, consolidated), as to Meta is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: _____, 2025          By: _____
                                              The Honorable William H. Orrick
                                              United States District Judge