| | |
|---|---|
| **THE BUSINESS LITIGATION GROUP, P.C.**<br>MARC N. BERNSTEIN (Cal. Bar No. 145837)<br>mbernstein@blgrp.com<br>WILL B. FITTON (Cal. Bar No. 182818)<br>wfitton@blgrp.com<br>CHRISTIAN G. ANDREU-VON EUW (Cal. Bar No. 265360)<br>christian@blgrp.com<br>4 Embarcadero Center, Suite 1400<br>San Francisco, CA  94111<br>Phone:           (415) 765-6633<br>Facsimile:      (415) 283-4804<br><br>Attorneys for Plaintiff<br>*UAB "Planner5D"*<br><br>**JENNER & BLOCK LLP**<br>David R. Singer (S.B.N. 204699)<br>dsinger@jenner.com<br>515 S. Flower Street, Suite 3300<br>Los Angeles, CA 90071-2246<br>Phone: (213) 239-5100<br>Facsimile: (213) 239-5199<br><br>Susan J. Kohlmann (pro hac vice)<br>skohlmann@jenner.com<br>Cayman C. Mitchell (pro hac vice)<br>cmitchell@jenner.com<br>Sarah L. Atkinson (pro hac vice)<br>satkinson@jenner.com<br>1155 Avenue of the Americas<br>New York, NY 10036-2711<br>Phone: (212) 891-1600<br>Facsimile: (212) 891-1699<br><br>Attorneys for Defendant<br>*The Trustees of Princeton University* | **KIRKLAND & ELLIS LLP**<br>Dale M. Cendali (SBN 1969070)<br>dale.cendali@kirkland.com<br>Mary Mazzello (*pro hac vice*)<br>mary.mazzello@kirkland.com<br>Jonathan D. Brit (*pro hac vice*)<br>jonathan.brit@kirkland.com<br>Abbey Quigley (*pro hac vice*)<br>abbey.quigley@kirkland.com<br>601 Lexington Avenue<br>New York, NY  10022<br>T: (212) 446-4800<br>F: (212) 446-4900<br><br>Yan-Xin Li (SBN 332329)<br>yanxin.li@kirkland.com<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>T: (415) 439-1400<br>F: (415) 439-1500<br><br>Attorneys for Defendants<br>*Meta Platforms, Inc.* and *Meta Platforms Technologies, LLC* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER5D" dba PLANNER 5D,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., META PLATFORMS TECHNOLOGIES, LLC, THE TRUSTEES OF PRINCETON UNIVERSITY, DOES 1-200, ABC CORPORATIONS 1-20, and XYZ UNIVERSITIES 1-20,<br><br>Defendants. | **Case No. 3:19-cv-03132-WHO (SK)**<br><br>**STIPULATED REQUEST FOR STAY OF PRETRIAL AND TRIAL DEADLINES DUE TO SETTLEMENT IN PRINCIPLE AND [PROPOSED] ORDER** |

Plaintiff UAB "Planner5D" dba Planner 5D and Defendants META PLATFORMS, INC., META PLATFORMS TECHNOLOGIES, LLC, and THE TRUSTEES OF PRINCETON UNIVERSITY (collectively the "Parties") hereby stipulate as follows:

## RECITALS

The pretrial conference is set in this matter for May 2, 2025, which triggers various pre-trial obligations;

The trial is set in this matter for June 16, 2025;

On April 1, 2025, the Parties attended a Settlement Conference with Magistrate Judge Donna Ryu;

On April 4, 2025, the Parties agreed to material terms of a settlement and full resolution of the claims at issue in this litigation and reduced those terms to a term sheet that requires the Parties to document their settlement in a written Settlement Agreement within 10 calendar days;

The term sheet requires additional events to occur within 30 calendar days and that Planner 5D file a request to dismiss the action within two court days of the last of those occurrences; and

The Parties agree that a stay of all pretrial and trial deadlines is warranted so that the Parties can prepare the contemplated Settlement Agreement without needlessly preparing for trial.

## STIPULATIONS

The Parties, by and through their respective counsel of record, hereby agree and stipulate to the following: All Pretrial deadlines are stayed for 45 days to allow the Parties to draft and execute a Settlement Agreement and meet their obligations under that agreement, after which Planner 5D will file a request to dismiss the action.

IT IS SO STIPULATED.

DATED: April 7, 2025              **THE BUSINESS LITIGATION GROUP, P.C.**

                                  By:      /s/Marc N. Bernstein
                                              Marc N. Bernstein

                                  Attorney for Plaintiff
                                  UAB "Planner5D"

DATED: April 7, 2025              **KIRKLAND & ELLIS LLP**

                                  By:        /s/Dale Cendali
                                                Dale Cendali

                                  Attorneys for Defendants
                                  *Meta Platforms, Inc.* and *Meta Platforms Technologies, LLC*

DATED: April 7, 2025              **JENNER & BLOCK LLP**

                                  By:      /s/Susan J. Kohlmann
                                              Susan J. Kohlmann

                                  Attorney for Defendant
                                  *The Trustees of Princeton University*

**Attestation**

I, Marc N. Bernstein, am the ECF user whose ID and password are being used to file this Stipulated Request for Stay of Pretrial and Trial Deadlines due to Settlement in Principle and [Proposed] Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from all signatories.

DATED: April 7, 2025

By: ___*/s/ Marc N. Bernstein*___

**[PROPOSED] ORDER**

Pursuant to stipulation and good cause having been shown, the Court rules as follows:

All Pretrial deadlines are stayed for 45 days to allow the Parties to draft and execute a Settlement Agreement and meet their obligations under that agreement, after which Planner 5D will file a request to dismiss the action.

DATED: _____        _____

                                              THE HONORABLE WILLIAM H. ORRICK
                                              UNITED STATES DISTRICT JUDGE