**THE BUSINESS LITIGATION GROUP, P.C.**
MARC N. BERNSTEIN (Cal. Bar No. 145837)
mbernstein@blgrp.com
WILL B. FITTON (Cal. Bar No. 182818)
wfitton@blgrp.com
CHRISTIAN G. ANDREU-VON EUW (Cal. Bar No. 265360)
christian@blgrp.com
4 Embarcadero Center, Suite 1400
San Francisco, CA  94111
Phone:        (415) 765-6633
Facsimile:    (415) 283-4804

Attorneys for Plaintiff
*UAB "Planner5D"*

**JENNER & BLOCK LLP**
David R. Singer (S.B.N. 204699)
dsinger@jenner.com
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Phone: (213) 239-5100
Facsimile: (213) 239-5199

Susan J. Kohlmann (pro hac vice)
skohlmann@jenner.com
Cayman C. Mitchell (pro hac vice)
cmitchell@jenner.com
Sarah L. Atkinson (pro hac vice)
satkinson@jenner.com
1155 Avenue of the Americas
New York, NY 10036-2711
Phone: (212) 891-1600
Facsimile: (212) 891-1699

Attorneys for Defendant
*The Trustees of Princeton University*

**KIRKLAND & ELLIS LLP**
Dale M. Cendali (SBN 1969070)
dale.cendali@kirkland.com
Mary Mazzello (*pro hac vice*)
mary.mazzello@kirkland.com
Jonathan D. Brit (*pro hac vice*)
jonathan.brit@kirkland.com
Abbey Quigley (*pro hac vice*)
abbey.quigley@kirkland.com
601 Lexington Avenue
New York, NY  10022
T: (212) 446-4800
F: (212) 446-4900

Yan-Xin Li (SBN 332329)
yanxin.li@kirkland.com
555 California Street, 27th Floor
San Francisco, CA 94104
T: (415) 439-1400
F: (415) 439-1500

Attorneys for Defendants
*Meta Platforms, Inc.* and *Meta Platforms Technologies, LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UAB "PLANNER5D" dba PLANNER 5D,<br><br>                    Plaintiff,<br><br>          v.<br><br>META PLATFORMS, INC., META PLATFORMS TECHNOLOGIES, LLC, THE TRUSTEES OF PRINCETON UNIVERSITY, DOES 1-200, ABC CORPORATIONS 1-20, and XYZ UNIVERSITIES 1-20,<br>Defendants. | **Case No. 3:19-cv-03132-WHO (SK)**<br><br>**STIPULATED REQUEST FOR STAY OF PRETRIAL AND TRIAL DEADLINES DUE TO SETTLEMENT IN PRINCIPLE AND ~~[PROPOSED]~~ ORDER** |

Plaintiff UAB "Planner5D" dba Planner 5D and Defendants META PLATFORMS, INC., META PLATFORMS TECHNOLOGIES, LLC, and THE TRUSTEES OF PRINCETON UNIVERSITY (collectively the "Parties") hereby stipulate as follows:

RECITALS

The pretrial conference is set in this matter for May 2, 2025, which triggers various pre-trial obligations;

The trial is set in this matter for June 16, 2025;

On April 1, 2025, the Parties attended a Settlement Conference with Magistrate Judge Donna Ryu;

On April 4, 2025, the Parties agreed to material terms of a settlement and full resolution of the claims at issue in this litigation and reduced those terms to a term sheet that requires the Parties to document their settlement in a written Settlement Agreement within 10 calendar days;

The term sheet requires additional events to occur within 30 calendar days and that Planner 5D file a request to dismiss the action within two court days of the last of those occurrences; and

The Parties agree that a stay of all pretrial and trial deadlines is warranted so that the Parties can prepare the contemplated Settlement Agreement without needlessly preparing for trial.

STIPULATIONS

The Parties, by and through their respective counsel of record, hereby agree and stipulate to the following: All Pretrial deadlines are stayed for 45 days to allow the Parties to draft and execute a Settlement Agreement and meet their obligations under that agreement, after which Planner 5D will file a request to dismiss the action.

IT IS SO STIPULATED.

Stip Request for Stay                                                                    CASE No. 3:19-CV-03132

DATED: April 7, 2025

**THE BUSINESS LITIGATION GROUP, P.C.**

By:        */s/Marc N. Bernstein*
               Marc N. Bernstein

Attorney for Plaintiff
*UAB "Planner5D"*

DATED: April 7, 2025

**KIRKLAND & ELLIS LLP**

By:        */s/Dale Cendali*
               Dale Cendali

Attorneys for Defendants
*Meta Platforms, Inc.* and *Meta Platforms Technologies, LLC*

DATED: April 7, 2025

**JENNER & BLOCK LLP**

By:        */s/Susan J. Kohlmann*
               Susan J. Kohlmann

Attorney for Defendant
*The Trustees of Princeton University*

Stip Request for Stay               Case No. 3:19-cv-03132

**Attestation**

I, Marc N. Bernstein, am the ECF user whose ID and password are being used to file this Stipulated Request for Stay of Pretrial and Trial Deadlines due to Settlement in Principle and [Proposed] Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from all signatories.

DATED: April 7, 2025

By:        */s/ Marc N. Bernstein*

1

**[PROPOSED] ORDER**

2

Pursuant to stipulation and good cause having been shown, the Court rules as follows:

3

All Pretrial deadlines are stayed for 45 days to allow the Parties to draft and execute a Settlement

4

Agreement and meet their obligations under that agreement, after which Planner 5D will file a request to

5

dismiss the action.

6

7



8

DATED:  <u>APRIL 8, 2025</u>

9

THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28