1  **THE BUSINESS LITIGATION GROUP, P.C.**
   MARC N. BERNSTEIN (Cal. Bar No. 145837)
2  mbernstein@blgrp.com
   WILL B. FITTON (Cal. Bar No. 182818)
3  wfitton@blgrp.com
   CHRISTIAN G. ANDREU-VON EUW (Cal. Bar No.
4  265360)
   christian@blgrp.com
5  4 Embarcadero Center, Suite 1400
   San Francisco, CA 94111
6  Phone:        (415) 765-6633
   Facsimile:    (415) 283-4804
7
   Attorneys for Plaintiff
8  *UAB "Planner5D"*

9  **JENNER & BLOCK LLP**
   David R. Singer (S.B.N. 204699)
10 dsinger@jenner.com
   515 S. Flower Street, Suite 3300
11 Los Angeles, CA 90071-2246
   Phone: (213) 239-5100
12 Facsimile: (213) 239-5199

13 Susan J. Kohlmann (pro hac vice)
   skohlmann@jenner.com
14 Cayman C. Mitchell (pro hac vice)
   cmitchell@jenner.com
15 Sarah L. Atkinson (pro hac vice)
   satkinson@jenner.com
16 1155 Avenue of the Americas
   New York, NY 10036-2711
17 Phone: (212) 891-1600
   Facsimile: (212) 891-1699
18
   Attorneys for Defendant
19 *The Trustees of Princeton University*

   **KIRKLAND & ELLIS LLP**
   Dale M. Cendali (SBN 1969070)
   dale.cendali@kirkland.com
   Mary Mazzello (*pro hac vice*)
   mary.mazzello@kirkland.com
   Jonathan D. Brit (*pro hac vice*)
   jonathan.brit@kirkland.com
   Abbey Quigley (*pro hac vice*)
   abbey.quigley@kirkland.com
   601 Lexington Avenue
   New York, NY 10022
   T: (212) 446-4800
   F: (212) 446-4900

   Yan-Xin Li (SBN 332329)
   yanxin.li@kirkland.com
   555 California Street, 27th Floor
   San Francisco, CA 94104
   T: (415) 439-1400
   F: (415) 439-1500

   Attorneys for Defendants
   *Meta Platforms, Inc.* and *Meta Platforms Technologies, LLC*

20                **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
21                    **SAN FRANCISCO DIVISION**

22 

23 UAB "PLANNER5D" dba PLANNER 5D,            | **Case No. 3:19-cv-03132-WHO (SK)**
                                               | **Case No. 3:20-cv-08261-WHO (SK)**
24         Plaintiff,

25         v.                                  | **STIPULATION AND [PROPOSED]**
                                               | **ORDER OF DISMISSAL**
26 META PLATFORMS, INC., META PLATFORMS
   TECHNOLOGIES, LLC, THE TRUSTEES OF
27 PRINCETON UNIVERSITY, DOES 1-200, ABC
   CORPORATIONS 1-20, and XYZ
28 UNIVERSITIES 1-20,
   Defendants.

The parties to these consolidated actions have entered a confidential settlement agreement ("Agreement"), under which these actions will be dismissed with prejudice and the U.S. District Court for the Northern District of California ("Court") will retain and have jurisdiction over any actions arising under the Agreement, including any actions to enforce the Agreement (meaning, if any party brings an action arising from this Agreement, the parties agree that the federal district court for the Northern District of California will have jurisdiction over the suit). Fed. R. Civ. P. 41(a)(2).

Accordingly, all parties now stipulate and request the Court order the consolidated actions dismissed with prejudice with the Court retaining and having jurisdiction over actions arising under the Agreement.

IT IS SO STIPULATED.

DATED: May 6, 2025            **THE BUSINESS LITIGATION GROUP, P.C.**

By:    */s/ Marc N. Bernstein*
              Marc N. Bernstein

Attorneys for Plaintiff
*UAB "Planner5D"*

DATED: May 6, 2025            **KIRKLAND & ELLIS LLP**

By:    */s/ Dale Cendali*
              Dale Cendali

Attorneys for Defendants
*Meta Platforms, Inc.* and *Meta Platforms Technologies, LLC*

DATED: May 6, 2025            **JENNER & BLOCK LLP**

By:    */s/ Susan J. Kohlmann*
              Susan J. Kohlmann

Attorneys for Defendant
*The Trustees of Princeton University*

**Attestation**

I, Marc N. Bernstein, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order of Dismissal. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from all signatories.

DATED: May 6, 2025

By: _____*/s/ Marc N. Bernstein*_____

1

**[PROPOSED] ORDER**

2  By stipulation, and good cause having been shown, the Court orders as follows:

3  The matter is dismissed with prejudice.

4  The United States District Court for the Northern District of California retains and has

5 jurisdiction over any actions arising under the parties' settlement agreement, including any actions to

6 enforce the settlement agreement. As such, if any party brings an action arising from this Agreement, the

7 federal district court for the Northern District of California will have jurisdiction over the suit.

DATED: ___May 13, 2025                    _____

THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

[Proposed] Order                                                                                  CASE No. 3:19-CV-03132